# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF OHIO

Dawn Chappel, Pro Se
211 Sunshine Ave
Winchester, Ohio 45697
    Plaintiff

**RECEIVED**

NOV - 7 2023

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

1:23CV728J

J.COLE

M.J. DOWMAN

vs

Magistrate David M Hunter, Adams County Juvenile Court,
Judge Brett M Spencer, Adams County Common Pleas Court,
Tyler Cantrell, Attorney at Law Young & qCaldwell LLC,
Mackinzie Carrington, GAL Wallace Law Firm,
Sarah Shelton, Shelton Law Office, Adams County Board of Commissioners, and
other related parties
    Defendants

## COMPLAINT FOR RELIEF:

### PARTIES

**1.**    Dawn Chappel, hereafter referred to as the "Plaintiff," is a resident of Ohio with an address listed in this complaint.

**2.**    Defendant Brett Spencer, individually and as a judge with the Adams County Juvenile Court, is located at 110 West Main Street, West Union, Ohio 45693. Defendant's actions have resulted in constitutional violations where immunity is waived due to the violation.

**3.**    Defendant David Hunter, individually and as a Magistrate with the Adams County Juvenile Court, can be located at 110 West Main Street, West Union, Ohio 45693. Defendant's actions have resulted in constitutional violations where immunity is waived due to the violation.

**4.**    Defendant Tyler Cantrell, individually and as Public Defender for the Adams County Juvenile Court, is found at 225 N Cross St, West Union, OH 45693. Defendant's actions have resulted in constitutional violations where immunity is waived due to the violation.

**5.**    Defendant Mackenzie Carrington, individually and as GAL for the Adams County Juvenile Court, can be found at 108 S High St, Mt Orab, OH 45154. Defendant's actions have resulted in constitutional violations where immunity is waived due to the violation.

<u>6</u>.      Defendant Sarah Shelton, individually and as Public Defender for the Adams County Juvenile Court, is located at 225 N Cross St, West Union, OH 45693. Defendant's actions have resulted in constitutional violations where immunity is waived due to the violation.

<u>7</u>.      Adams County Board of Commissioners 215 North Cross Street Suite 102 West Union, OH 45693

<u>8</u>.      Shayla Tumbleson in individual and official capacity. Shayla Tumbleson Peer Recovery Specialist at the Adams County Health Department and can be found at 923 Sunrise Avenue West Union, Ohio 45693. Defendant's actions have resulted in harm to the plaintiff's family.

## JURISDICTION AND VENUE

1.      The court possesses subject matter jurisdiction over this action pursuant to 28 U.S.C. 1331, as well as applicable court rules, as the claims raised implicate rights guaranteed by the United States Constitution.

2.      Territorial jurisdiction is established as the violations occurred within the boundaries of Adams County, Ohio, and involved actions by entities operating within the State of Ohio.

3.      Venue is appropriate in this district court due to the complexity of the legal issues involved, necessitating a higher court with broader jurisdiction and resources for fair adjudication.

## FACTUAL BACKGROUND

1      The Plaintiff, Dawn Chappel, a resident of Winchester, Ohio, is the loving mother, E.M. and T.C., aged 14 and 10. The events leading to this lawsuit centre around the actions of the Defendants in the Adams County Juvenile Court as well as legal professionals and individuals from the Adams County Health Department and Board of Commissioners

2      On October 12, 2022, Child Protective Services (CPS) social workers, Kelsey Redmon and Emily Grooms, accompanied by the local police chief, visited the Plaintiff's residence at 211 Sunshine Avenue to address an unrelated individual who did not reside with the Plaintiff A.C.. During this visit, the Plaintiff's son, E.M., then 9 years old, was observed playing in the front yard with no concerns raised by the agency.

3      October 13, 2022, CPS social worker Kelsey Redmon filed a complaint with the Juvenile court in relation to A.C. (B1)

4.      On October 17, Ashlee Moore, a caseworker with the department of children's services, visited the plaintiff's home while the plaintiff was away. Ashlee spoke to the plaintiffs daughter T.C. but left no card or note and the plaintiff was unsure of who Ashlee wanted to speak with.

5    On November 8, 2022, a false complaint was said to have been filed with the court by Ashlee Moore. (A3) The complaint lacked evidence of any immediate danger to the children.

6    Ashlee failed to follow proper procedures provided by the Ohio Revised Code 5101:2-36 before allegedly filing the complaint

7    On November 14, 2022, without any notice having been provided to the plaintiff, CPS social worker Ashlee Moore, the Plaintiff's landlord, and the local police chief appeared at the Plaintiff's home, claiming to have a court order. However, they refused to provide a copy of this order to the Plaintiff. The Plaintiff took a photo of the document which lacked the courts docketing information at the bottom. (A1)

8    These actions violated the Plaintiff's procedural due process rights under the Fourteenth Amendment and failed to adhere to the requirements outlined in Ohio Revised Code (O.R.C.) Rule 5101:2-36-09 for dependent child assessments. Specifically, the lack of concrete evidence for immediate danger to the plaintiff's children should have resulted in a less invasive approach by CPS. Title 5, US Code Sec. 556(d), Sec. 557, Sec.706: Courts lose jurisdiction if they do not follow Due Process.

*Void judgement is one where the court lacked personal or subject matter jurisdiction or entry of order violated due process, U.S.C.A. Const. Amend. 5-Triad Energy Corp. v. McNeil. 110 F.R.D. 382 (S.D.N.Y. 1986).*
*Government officials performing discretionary functions generally are granted a qualified immunity and are `shielded from liability for civil damages insofar as their conduct does not violate clearly established statutory or constitutional rights of which a reasonable person would have known.'"Wilson v. Layne. 526 U.S. 603, 119 S. Ct. 1692, 143 L. Ed. 2d 818 (1999).*

## FIRST CAUSE OF ACTION: Constructing evidence - false information on documents and backdating court orders

9.    The Plaintiff incorporates paragraphs 1 through 9 as if fully set forth herein.

10.    A notable discrepancy exists within court documents, where the statement "when the child was removed" is mentioned. However, these documents are stamped as having been drafted a week prior to the search (A5). This inconsistency raises serious doubts about the accuracy and authenticity of the court proceedings.

11.    The concerns regarding the inconsistency in the timing of the documents are amplified by the existence of conflicting text messages from Ashlee (A2) and the absence of docketing information on the documents presented to the Plaintiff by Ashlee (A1). This is in stark contrast to the court order provided by the sheriff on November 16, 2022, which notably includes docketing information at the bottom (A4). These disparities cast doubt on the legitimacy of the court order, suggesting the possibility that documents may have been backdated to obscure a warrantless entry.

12.    The implications of this situation strongly imply that the court may have engaged in backdating documents as a means to conceal their actions. This could

potentially indicate a willful attempt to manipulate the timeline and misrepresent the events that transpired.

13.     The actions of the defendants, as described in the preceding paragraphs, appear to be either part of a broader conspiracy to impede, hinder, obstruct, or defeat the due course of justice. These actions, if substantiated, would be a direct violation of the Plaintiff's right to equal protection under the laws. Alternatively, they may involve document tampering to manipulate the evidence in the Plaintiff's case.

14.     Section 1985 of the legal code provides citizens with a cause of action against private conspiracies aimed at violating constitutional rights. In this case, the Plaintiff is asserting that there is a concerted effort to deprive her of her rights, thus making Section 1985 relevant to their claims.

15.     The Plaintiff asserts that there are significant indications within court documents that point to the court's involvement in constructing evidence. In addition, the Plaintiff has obtained permission from other individuals to include court documents from their cases as evidence of false information. This collective evidence highlights a systemic issue of potential misconduct and manipulation of legal proceedings within the court.

16.     A specific document, for instance, inaccurately states that a father J.S. was present before a hearing in 2022, discussed the case with lawyers and CPS, and agreed to the recommendations (B14). Other documents in the case indicate that the father was appointed an attorney (B13) and, notably, this specific father passed away in 2018 (B12). This discrepancy raises grave concerns about the accuracy and credibility of the information presented in court documents.

17.     The Plaintiff presents documentary evidence of previous cases handled by CPS that the agency failed to report to the SACWIS registry (B17,B18). This demonstrates a pattern of non-compliance with reporting requirements, potentially indicating a systemic issue within the agency's practices.

18.     Furthermore, the Plaintiff provides case plan documents pertaining to their own case that include false information. (B8) Of particular importance is the fact that these documents inaccurately reflect that the Plaintiff was not present for a case plan meeting and that her signatures were waived. However, the Plaintiff was indeed present for this meeting and many undisclosed elements were added to the documents without her knowledge. This not only points to issues of accuracy and transparency within the case but also raises questions about the Plaintiff's right to be fully informed and participate in their own legal proceedings. It was discovered at the hearing that took place November 01, 2023 that Sonya Meyer illegally added the plaintiff and E.M. 's signatures to the document using some sort of editing device as the documents Magistrate Hunter printed out at this hearing show the signatures added on a blank area of the page well below the signature lines. Magistrate Hunter himself pointed this out during the hearing.

19.     During the court hearing on November 23, 2022, the court made a note that E.M. and the Plaintiff failed to contact their attorneys before the hearing. However, the Plaintiff had no knowledge of the hearing on November 08, 2022 of which this

document is referring to (B6). The court also stated that a drug screen was confirmed by a lab. This information is also a misrepresentation of the truth (B6).

20.     The court spoke about the Plaintiff motions filed as if only one were filed (B7) which is not the case. The Plaintiff filed two motions one was honoured (C2) the other ignored. (C1) This discrepancy highlights potential issues with procedural fairness in the legal proceedings.

21.     In addition to the specific claims mentioned earlier, it's important to note another case that involves a mother who was accused of allowing her child to sell methamphetamine and to participate in explicit online activities. (B15) The parent in this case had no prior knowledge of the complaint filed against her. She received an unexpected visit by multiple police officers and CPS who entered her home without a warrant, and against her wishes further raising questions about the legality and due process of the actions taken.

22.     The court in this case took custody of the child without the parent's knowledge and failed to provide notice of the initial hearing. The mother repeatedly asked for evidence to support these false claims but was met with a lack of transparency and accountability from the court. Instead, the court dropped the allegations in exchange for an admission of educational neglect, (B17) which the parent felt compelled to accept based on advice from her paid lawyer, Mackenzie Carrington.

23.     In a separate case, A.C., who suffers from hypoglycemia (B17), experienced unjust treatment. While at a local gas station purchasing Bug Juices for the eight children in her home, she lost consciousness, leading to her arrest while unconscious and unresponsive. (B17) A.C. was released, after stabilising her blood sugar levels through a meal. This raises concerns about the treatment of individuals with medical conditions and the need for more comprehensive assessments of their needs. The CPS agency visited A.C. while in jail and conducted a drug screen which was negative on all panels (B17).

24.     Magistrate Hunter's public discussion of A.C.'s ongoing case during a conference, which was subsequently published in the local paper, (G1) violated professional ethics. This public discourse adds to concerns about the handling of sensitive legal matters and the potential for bias or lack of impartiality.

25.     In the People's Defender, Magistrate Hunter introduced multiple false facts into A.C.'s narrative, including claims of bizarre behaviour in jail. These false claims have been attributed to A.C. 's medical condition, as her outbursts were pleas for much-needed medical care, which were repeatedly denied. There were also allegations of an overdose in A.C.'s home, even though this event did not occur while she lived there. Hunter further suggested that A.C. was using an undetectable substance, WASP, possibly referring to the Bug Juices she purchased at the gas station.

26.     This allegation contradicts A.C.'s record of passing multiple drug screens, both random and scheduled (B19), over a period of more than fourteen months before regaining custody of her children. The misleading information in this case reflects broader concerns about the accuracy and integrity of court records.

27.     Hunter claimed that A.C. admitted to taking one Percocet, implying that it caused her to go into labour in her car. However, these details were misrepresented, and A.C. was not tested because the hospital deemed it too late. The accuracy and reliability of this information come into question.

28.     During a hearing, both Magistrate Hunter and A.C.'s counsel, Tyler Cantrel, pressured A.C. into admitting guilt. These actions raise concerns about the conduct and ethical standards of legal professionals and the fairness of legal proceedings.

29.     Ultimately, Hunter granted custody of A.C.'s children to the agency once again, raising questions about the consistency and fairness of legal decisions.

30.     The defendants' actions in these cases have violated the Plaintiff's procedural due process rights under the Fourteenth Amendment.

***"An elementary and fundamental requirement of due process in any proceeding which is to be accorded finality is notice reasonably calculated, under all the circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections. Fuentes v. Shevin, 407 U.S. 67, 81 (1972).

Malik v. Arapahoe County Dept. of Soc. Servs.191 F.3d 1306, (10th Cir. 1999) "The defence of qualified immunity protects government officials from individual liability under 42 U.S.C. ' 1983 for actions taken while performing discretionary functions, unless their conduct violates "clearly established statutory or constitutional rights of which a reasonable person would have known." Court also held that: "it was clearly established law that, except in extraordinary circumstances, a parent has a liberty interest in familial association and privacy that cannot be violated without adequate pre-deprivation procedures

***18 U.S. Code § 4, also known as Misprision of Felony, is a section of the United States Code that deals with the concealment of known felonies. According to this law, anyone who has knowledge of the actual commission of a felony that is cognizable by a court of the United States, and conceals it without making it known to some judge or other person in civil or military authority under the United States, can be fined or imprisoned for not more than three years, or both

  1. To be found guilty of this crime, the government must prove each of the following elements beyond a reasonable doubt:
  2. A federal felony was committed.
  3. The defendant had knowledge of the commission of that felony.
  4. The defendant had knowledge that the conduct was a federal felony.
  5. The defendant failed to notify a federal authority as soon as possible.
  6. The defendant did an affirmative act, as alleged, to conceal the crime

## SECOND CAUSE OF ACTION
### Lack of jurisdiction

31.     The Plaintiff hereby incorporates paragraphs 1 through 31 as if fully set forth herein.

32.     The court lacked jurisdiction to grant certain orders related to the Plaintiff's home, non-compliance, and protective supervision.

33.     The Defendants initiated actions against her without proper jurisdiction, failing to establish the necessary prerequisites for court orders,

34.     There was no open case with the Plaintiff's family, no emergency or imminent circumstances present, which are evident by the length of time taken by Ashlee Moore to act on the orders after them being granted a full week before checking on the children.

35.     This lack of jurisdiction is linked to the violation of the plaintiff's due process rights which has resulted in harm. The Due Process Clause of the Fifth Amendment asserts that no person shall "be deprived of life, liberty, or property, without due process of law.

*** *Void Judgement is an Unenforceable Nullity: A void judgement is one which, from its inception, was a complete nullity and without legal effect. See Lubben v. Selective Service System Local Bd. No. 27, 453 F.2d 645, 14 A.L.R. Fed. 298 (C.A. 1 Mass. 1972)*
*** *A void judgement is one which, from its inception, is and forever continues to be absolutely null, without legal efficacy, ineffectual to bind the parties or to support a right, of no legal force and effect whatever, and incapable of enforcement in any manner or to any degree. Loyd v. Director, Dept. of Public Safety, 480 So.2d 577 (Ala.Civ.App. 1985). A judgement shown by evidence to be invalid for want of jurisdiction is a void judgement or at all events has all attributes of a void judgement. City of Los Angeles v. Morgan, 234 P.2d 319 (Cal.App. 2 Dist. 1951).*
*** *A void judgement is one which from the beginning was complete nullity and without any legal effect. See Hobbs v. U.S. Office of Personnel Management, 485 F.Supp. 456 (M.D. Fla. 1980).*
*** *"Officers of the court have no immunity, when violating a Constitutional right, from liability. For they are deemed to know the law." Owen v. Independence, 100 S.CT. 1398, 445 US 622; Scheuer v Rhodes, 416 U.S. 232.*
*** *The Fifth and Fourteenth Amendment guarantees Due Process and Equal Protection to all. "No state shall deprive any person of life, liberty or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws." United States Constitutional Amendment XIV and adopted by the State of Indiana Constitution.*

## THIRD CAUSE OF ACTION: Ineffective counsel & Denial of Right to Present Evidence

36.     The Plaintiff hereby incorporates paragraphs 1 through 36 as if fully set forth herein.

37.     During an adjudicatory hearing, November 23, 2022 Magistrate David M. Hunter declined to review relevant documents submitted by the Plaintiff and passed them on to Attorney Sarah Shelton, who failed to present the evidentiary documents crucial to the Plaintiff's case. Sarah withdrew from the case (D2) after the first hearing taking the Plaintiff's evidence with her, compromising her right to a fair hearing.

38.     The handling of evidence is crucial in legal proceedings, and the law requires the disclosure of exculpatory and impeachment evidence when such evidence is material to guilt or punishment.

39.     The Plaintiff contends that the court's actions raise concerns about the fair handling of the case, cast doubt on the integrity of the adjudicatory process, and

raise questions about the handling of evidence and the adherence to fair legal practices.

40.     As a result, the court granted temporary custody to the Children's Services Agency, separating the siblings from their parents and each other and placing them into separate foster homes.

41.     Plaintiff further alleges that Attorney Tyler Cantrell's involvement in negotiating an agreement with the Plaintiff's landlord created a conflict of interest, diverting his focus away from representing the Plaintiff's best interests in the custody case. (D3, D4)

42.     The Plaintiff provides evidence, including photos on social media, showing Attorney Sarah Shelton in the company of employees from CPS. (D1) This raises concerns about potential bias and conflicts of interest.

43.     Neither attorney sufficiently advocated for the Plaintiff's rights, nor did they object to any of the wrongful restrictions imposed upon the Plaintiff. This failure to advocate for her rights resulted in a severe miscarriage of justice.

44.     The handling of evidence and the failure to present it effectively are believed to have compromised the plaintiff's right to a fair hearing and the ability to present evidence resulting in harm to the plaintiff.

*Liability may be imposed only when the decision by the professional is such a substantial departure from accepted professional judgement, practice, or standards as to demonstrate that the person responsible actually did not base the decision on such a judgement."-in Landau v. Voss.*

## FOURTH CAUSE OF ACTION
### Faulty drug screens and procedures

45.     The Plaintiff hereby incorporates paragraphs 1 through 55 as if fully set forth herein.

46.     Ohio Revised Code Section 340.15 allows for court-ordered drug screening by licensed mental health and addiction providers. However, it does not specify that untrained caseworkers or individuals can be court-ordered to perform these screenings.

47.     Adams County Court provides devices to the children services agency, but these devices lack FDA clearance to conduct tests on parents (E10). Without FDA clearance, these devices may not be checked for validity or accuracy. Additionally, they are labelled as "For Forensic Use Only." (E9)

48.     Devices labelled "For Forensic Use Only" like these rapid drug screens typically necessitate a screening process before acquisition. They are intended for use by law enforcement and should be sent for confirmation before using the results as evidence in a court of law. These devices are not meant for use in family court proceedings.

49.     Rule 123:1-76-01, as outlined in Chapter 123:1-76, provides a specific definition of a "Positive test result." It refers to a result that initially tested positive on an FDA-approved immunoassay test and was subsequently confirmed by a gas

chromatography/mass spectrometry test. Each time the plaintiff brought up the Ohio Revised Code in the November 01, 2024 hearing the prosecutor objected and Magistrate Hunter sustained the objection. The plaintiff was not permitted to cite Ohio law in her responses.

50.     Drug tests should only be conducted by trained professionals. In the case of Adams County Board of Commissioners, untrained individuals have been allowed to carry out these tests, raising concerns about violations of the Fourth, Fifth, and Fourteenth Amendments, and the denial of due process.

51      The Supreme Court of Ohio provides a handbook on drug screening for drug courts, emphasising the unethical nature of adjudicating cases based on misinformation due to its infringement on Due Process.

52      The plaintiff's case documents suggest confirmation testing was done, but this is falsely reported. Proper procedures were not followed by the county. The plaintiff contends that the test results were also falsely reported during the 11/23/22 hearing. Ashlee Moore's response to Magistrate Hunter has been documented in the audio transcript.

53      It's also important to note that If a parent disputes drug use following a presumptive positive result, the agency sometimes sends an oral fluid sample to a lab with cutoff levels that significantly differ from the HHS guidelines (E1, E2). This is another indication of the state court illegally constructing evidence to support allegations against parents.

*A supervisory official may be held liable under § 1983 only if there exists either (1) his or her personal involvement in the constitutional deprivation, or (2) a sufficient causal connection between the supervisor's wrongful conduct and the constitutional violation." Keates v. Koile; 883 F.3d 1228, 1242-43 (9th Cir. 2018)*

## FIFTH CAUSE OF ACTION: Bias attitude towards addiction

55.     The Plaintiff hereby incorporates paragraphs 1 through 55 as if fully set forth herein

56.     The Plaintiff alleges that the Defendants displayed a prejudiced attitude towards individuals with addiction issues, which could have affected their ability to fairly adjudicate the Plaintiff's case. (G15-G17)

57.     The Plaintiff cites a statement made by one of the judges during a conference and in the People's Defender, (G10) which raises concerns as he stated that addicts go home, rape, starve, and beat their children.

58.     Additionally, the Plaintiff presents evidence that indicates bias and favouritism in reference to Kelsey Redmons request to modify her husband's bond to allow for visitation with the father and their children and enable them to communicate. Kelsey felt it was in her children's best interest. The court granted this request. (G20-G23)

59.     Kelsey Redmon sent a letter to M.R. the father of A.C. children stating that he could see his older children  at his mother's when the younger children were not around. M.R. children are the same age as the plaintiff's children. (G15)

60.     In most other cases the court places a 3 (G24) drug screen restriction on parents. However the court placed a 5 drug screen restriction on the Plaintiff (G25) and have repeatedly reported faint lines as positive. Other parents are generally permitted phone calls with their children (G23) the Plaintiff has been cut off of all forms of communication.

61.     The courts ignoring the plaintiffs motion in which she raised her constitutional claims raises concerns about the fairness of legal representation and implying potential willful blindness under 18 U.S.C. § 1028. The plaintiff argues that these actions violate her rights to a fair trial, equal protection under the law, and due process.

*United States v. United States Gypsum Co., 438 U.S. 422, 445 (1978), acting purposefully means consciously desiring a result, regardless of its likelihood, while acting knowingly implies awareness of a practically certain outcome.*

*In United States v. United States Gypsum Co., 438 US 422, 445 (1978), a person who causes a particular result is said to act purposefully if he consciously desires that result whatever the likelihood of that result happening from his conduct while he is said to act knowingly if he is aware that the result is practically certain to follow from his conduct, whatever his desire may be as to that result.*

*Canon 2 states, A judge shall not be swayed by public clamour or fear of criticism. (B) A judge shall not permit family, social, political, financial, or other interests or relationships to influence the judge's judicial conduct or judgement. (C) A judge shall not convey or permit others to convey the impression that any person or organisation is in a position to influence the judge.*

## SIXTH CAUSE OF ACTION
## Guardian ad Litem's (GAL) Negligence and Failure to Act in the Best Interest of the Children,:

62.     The Plaintiff hereby incorporates paragraphs 1 through 62 as if fully set forth herein

63.     The Guardian ad Litem (GAL) recommended no contact, in a May 03, 2023 hearing, despite the plaintiff never having neglected or abused her children. In a hearing Nov 01, 2023, Mackenzie made the same recommendation, claiming the children are doing well in their placements.

64.     The GAL had never interacted with or met the plaintiff's children, until October of 2023, yet provided recommendations without firsthand observations.

65.     The children's desires were never taken into account, despite them being 13 and 9 years old when the case began, and now at ages 14 and 10, they are capable of expressing their preferences.

66.     The plaintiff maintains that if the children's wishes were considered, the court would discover their desire to return home. (G5)

67.     The GAL's failure to fulfil their duties, including considering the children's wishes, constitutes a breach of their responsibilities.

68.    This jeopardises the plaintiff's right to family life, protected by human rights instruments. The GAL's actions have caused irreversible harm to the plaintiff's family and disregarded the law and children's welfare.

*Croft v. Westmoreland County Children and Youth Servs., 103 F.3d 1123 (3d Cir. 1997). Holding that "a state has no interest in protecting children from their parents unless it has some reasonable and articulable evidence giving rise to a reasonable suspicion that a child has been abused or is in imminent danger of abuse.*

## SEVENTH CAUSE OF ACTION
## Health department allowing unlicensed individuals to conduct assessments and hold substance abuse counseling sessions

69.    The plaintiff hereby includes paragraphs 1 through 65 by reference. On May 31, a new assessment was conducted by Shayla Tumbleson, and although not recommended for substance abuse treatment, the plaintiff voluntarily initiated relapse prevention sessions every two weeks, which continued until July when Shayla went on maternity leave.

70    In September, Ashlee Moore conducted a home visit and suggested the plaintiff should admit guilt so this all could just go away.

71    Four days later, Sonya Meyer, CPS director, performed a home visit and informed the plaintiff that she could take drug screens at the health department (F21).

72    On September 27, during a relapse prevention session (F22), Shayla explained the process for random drug tests, which would also be done at the health department. However, on October 3, Shayla insisted on a drug test at the courthouse using specific devices (F24). Uncomfortable with this, the plaintiff went to a health department appointment.

73    Shayla then cancelled the October 4 relapse prevention appointment (F25) and falsely marked the plaintiff as missing her mental health appointment on October 3. The plaintiff discovered discrepancies in insurance billing, including charges for services not received and billing by Brooke Stafford, whom the plaintiff has never seen.

74    Brooke Stafford is the child of Donnie Edginton, currently engaged in an active case with the US Court of Appeals as the plaintiff. To create Shayla's appointment reminder cards, she utilised Brooke Stafford's business cards and inscribed her own name on them (F26).

75    The plaintiff later discovered that Shayla does not have the required licence to perform assessments or counselling, raising concerns about the case's fairness and legality, potentially violating the plaintiff's rights to a fair trial and due process.

76    In a hearing on November 01, CPS and the health department reported the plaintiff as non-compliant with their requirements.

*18 U.S. Code § 1505 – Obstruction of proceedings before departments, agencies, and committees. This code addresses the obstruction of compliance with any civil investigative*

*demand and may be applicable in cases involving the willful withholding, misrepresentation, removal, concealment, destruction, mutilation, alteration, or falsification of documentary material, answers to written interrogatories, or oral testimony*

## REQUEST FOR RELIEF

The damages sought by the plaintiff include both compensation for the harm suffered and measures to prevent further harm or violations of rights.

WHEREFORE, Plaintiff prays for judgement against Defendants as follows:

1.    An immediate investigation into the drug screening practices of the Adams County Juvenile Court and Children's Services Agency to ensure compliance with established legal standards.

2.    The Court's intervention to prevent the continued reporting of presumptive positive test results without proper confirmation, as mandated by the Ohio Administrative Code Rule 123:1-76-06

3.    A declaration that the agency's misinterpretation of test results constitutes a violation of the Plaintiff's rights.

4.    The cessation of the use of rapid drug screen devices designated for forensic use only, and a requirement for the use of accurate and validated drug screening methods.

5.    Any other relief deemed appropriate by this Court to rectify the grave injustices resulting from these faulty drug screening procedures.

6.    A declaration that Defendants' actions violated Plaintiff's constitutional rights.

7.    An injunction restraining Defendants from further violation of Plaintiff's rights.

8.    Compensatory and punitive damages.

9.    Reversal of the court orders issued in the state court.

10.    Such other relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

"I declare under penalty of perjury that the foregoing is true and correct.

Signed this **01** of **Nov** 20 **23**

Dawn Chappel (Plaintiff)
211 Sunshine Avenue
Winchester, Ohio 45697
Artkitten2@gmail.com
937-205-4602

## EXHIBIT A –

1 - Copy of the document presented to the plaintiff by a social worker from the Adams County Children's Services agency 11-16-22 which lacks the court's docketing information at the bottom

2 – Text message from the social worker 11-15-2022 and 11-30-2022

3 - Complaint

4 - Copy of the court order delivered by sheriff 11-16-22 two days after the search

6 – Document stamped 11-08-22 a week prior to the search and coerced removal of the plaintiff's children " when the child was removed."

## EXHIBIT B –

**The following are relevant to this case as they show false accusations in complaints made along with the court's acceptance and granting custody wrongfully. I have been given permission to submit the documents by the individuals named on the documents.**

1 - Complaint from the case opened against A.C. in 2020, despite negative drug screen. A.C. was arrested while unconscious due to sugar dropping and woke up in jail. The agency took her children accusing her of using an undetectable drug as Spencer states in the People's Defender to the public

2 - Email from A.C. to the Children's Services Agency October 14, 2022

3 - Text message from the plaintiff's oldest daughter

4 - Email from the plaintiff to the court requesting the address be corrected in the system as A.C. did not reside with the plaintiff

6 - Plaintiff's Court documents containing false information

7 - Misleading information on court documents about the plaintiff's submitted Motions

8 - Case plan documents including false information, and waiver of signatures without permission

9 - Letter from family member

11 - Proof of address for A.C.

12 - J.S. obituary 2018

13 - Document stating J.S. was appointed an attorney in 2022

14 - Document stating that J.S., the attorney's, CPS, and the child agreed to the recommendation of the state before the hearing in 2022

15 - J.S. false testimony on Complaint

16 - State dismissing J.S. dependency only for the admission to an amended complaint of educational neglect.

17 - Case against A.C. in 2020 NOT RECORDED on SACWIS

19 - A.C. court docs showing all tests were negative random and scheduled for over 14 months while children remained in custody for suspected drug use.

# EXHIBIT C –
## Motions filed in Adams County Court Dependency case

1 - Petition for removal from the state court to the district court to address constitutional claims

2 - Conflict of interest, motion to remove counsel Tyler Cantrell

# EXHIBIT D –
## Ineffective counsel

1 - Photo of the plaintiff counsel Sarah Shelton with an employee from CPS

2 - Sarah Shelton withdraw from plaintiff's case

3 - Letter appointing Tyler Cantrell

4 - Demand for restitution of the plaintiff's premises etc signed Tyler Cantrell

# EXHIBIT E –
## Faulty drug screen devices misinterpretation of results & cutoff levels well below HHS and SAMHSA guidelines

1 - Cutoff levels deviating far from the HHS and SAMHSA guidelines as well as the Code of Federal Regulations and Ohio Revised Code.

2 - Photo faint line

3 - Faint lines counted as a positive result on 01-09-23

6 - Court document showing the faint lines reported to the court as a positive drug screen. Also showing the misinterpretation of test results. This document states that the plaintiff's home had been clean for each visit, despite the case plan documents stating otherwise.

5 - Faulty test showing all test lines disappeared shortly after the plaintiff took test

9 - Photo of the package the test cup comes in

10 - Email from the FDA

11 - Metabolism

12 - Document showing breakdown in the body

13 – Drug screens donated

## EXHIBIT F-

1- Notes from physicians D.C.

21- Text from Sonya Meyer director of CPS

22- Text from Shayla Tumbleson

19 Shayla Tumbleson license status

26 – Health Department changed Oct 03, 2023 appointment to missed and then Corrected it. D.C. and E.M.

## EXHIBIT G-

## Bias & inequality

1 - People's Defender statements made by Judge Spencer and Hunter suggesting Possible bias

2 - Meeting in Spencer's courtroom

3 - Spencer in attendance

4 - Email from the coalition target addiction and mental health issues for Specialized dockets purposes.

5 - Coalition member suggesting someone focus specifically grant filing

6 - Case workers husband violating felony protection order

7 - Letter from worker requesting modification stating best interest of the kids

8 - Court granting request

10 - Email from Kelsey Redmon telling M.R. he can see his two oldest children at His mother's when the younger children are not around

11 - D.S. no contact however, still permitted phone calls

12 - Text from Ashlee 5 scscreen

13 - A.C. 3 screen restriction

14 – Plaintiff 5 screen restriction

## EXHIBIT H –

1 - TEXTS FROM ASHLEE MOORE

2 - TEXT FROM CASE WORKER PROVING THE PLAINTIFF'S CHILDREN WANT TO RETURN HOME.

3 – TAX INFO 2019, 2020, 2021, 2022

11 – BUSINESS REGISTRATION WITH OHIO SECRETARY OF STATE FRANK LAROSE

12 – PARENTING CLASS CERTIFICATION

13 – T.C. REPORT CARD

14 – E.M. REPORT CARD

15 - T.C. MEDICAL RECORDS

16 - E.M. MEDICAL RECORDS



*Photo of the one presented*
*11/14/22*

COURT OF COMMON PLEAS,
JUVENILE DIVISION
ADAMS COUNTY, OHIO

FILED
ADAMS COUNTY
COURT OF COMMON PLEAS
JUVENILE DIVISION

2022 NOV -8 AM 10:29

~~Beth M~~ames
JUDGE

In re:
~~E___ M___INZIE~~
~~T___A CL___~~

Case No. 20223078, 20223079

JUDGE: BRETT M. SPENCER

MAGISTRATE: DAVID M. HUNTER

Alleged
☐ Abused ☐ Neglected ☒ Dependent
Child(ren)

MAGISTRATE'S ORDER

---

This case was before the Court *sua sponte* pursuant to the Complaint filed by the agency. Pursuant to Juvenile Rule 13(A), the Court finds that the facts alleged in the complaint require the Court to issue the following temporary order in the child's interest and welfare. The agency has attempted on multiple occasions to investigate reports regarding the minor child(ren) set forth in the caption above. The facts imply that the lack of contact may be a result of a parent avoiding contact. The concerns surround the safety and suitability of the care being provided for the children. The agency is hereby granted protective supervision of the minor children pending further proceedings.

IT IS THEREFORE ORDERED that that Dawn CHAPPEL AND/OR Eric MCKINZIE any other adult residing at 211 Sunshine Avenue Winchester, OH 45697 are ordered to produce the children at the request of the agency caseworker and/or allow the worker access to the residence so that the worker may investigate the allegations in the case. Specifically, the parties listed above shall permit the worker to access the residence where the child(ren) are located to ensure their safety. Law Enforcement may assist the worker upon request.

IT IS SO ORDERED

11/8/22
Date Signed

_____
Magistrate David M. Hunter

## MOTION TO SET ASIDE MAGISTRATE'S ORDER

Any party may file a motion to set aside a Magistrate's Order. The Motion shall state the moving party's reason's with particularity and shall be filed no later than 10 days after the Magistrate's order is filed. See Civil Rule of Procedure 53 and/or Juvenile Rule 40. The filing of a motion to set aside does NOT stay the order.

## INSTRUCTIONS TO THE CLERK:

Please serve the foregoing upon parties and counsel of record



( no filing info )

A1



9:36

**Ashlee Moore**
1:05 PM Nov 15

Your children are not allowed to be at your home due to the safety plan. We need to have the drug screens completed as soon as we can. As we discussed yesterday about the filing of protective supervision. That was apparently ordered when the order to comply was issued so there is a court hearing next Wednesday at 1:30pm. I got the paperwork on that today so you should be getting yours in the mail today as well

*On November 15, 2022 Ashlee Moore informed me that protective supervision was granted on November 08, 2022 when the order to comply was issued*

   

9:37



**Ashlee Moore**
1:16 PM Nov 30

We were granted order to comply and the protective supervision would be heard upon
was not granted for no reason it was granted due to the report that was mad and we were unable to determine if it was true or false. H everything been false we would not have be granted anything at the hearing and could h completed the investigation instead of bein court involved. However, the drug use that was reported was accurate and the magistra granted our agency custody

*Ashlee sent a secon text on November 30, 2022 to convince me protective supervision was no granted*

37

**Ashlee Moore**
1:30 PM Nov 30

We filed order to comply. The magistrate put in his order that there would be a hearing for protective supervision. At that hearing he granted us custody due to your drug use. The drug use by you and Eric is the main concern at this time. Shirley has been in constant communication with me and her landlord did not allow her to keep the children so they had to be moved. There is nothing I have to get even with you for I have no reason to do that. I do my job and do what I am told to do which is what I have done. Your drug use is the reason your children are not in your home at this time. We will need to focus on getting those 5 clean screens so that you can visit and will start your case plan

*November 30, 2022 Ashlee denied the protective supervision being granted on November 08, 2022*



  



FILED
ADAMS COUNTY
COURT OF COMMON PLEAS
JUVENILE DIVISION

**IN THE COURT OF COMMON PLEAS**
**JUVENILE DIVISION**
**ADAMS COUNTY, OHIO**

2022 NOV -8 AM 9: 02

Beth M Spencer
JUDGE

CASE # 2022 3018
ID # 8366

IN THE MATTER OF:

DOB: 2/6/13

E███ M███████

**ALLEGED DEPENDENT CHILD**

The undersigned, being duly sworn and cautioned according to law, says that she has knowledge of a certain child, to-wit: E███ M███████ (DOB: ████13), age 9 YEARS, who appears to be a Dependent child in that:

**COUNT ONE: DEPENDENT**

said child whose condition or environment is such as to warrant the State, in the interests of the child, in assuming the child's guardianship; thus making said child Dependent as defined by Ohio Revised Code §2151.04(C).

To wit: On October 12, 2022 the Agency received a report that an individual was residing at the residence of Dawn Chappel, the individual was identified as A████ C██████, who was found hiding in the home and lied to CPS about her child's birth until the baby was eventually removed from the residence and transported for medical treatment. While at the residence the Agency observed the home from the doorway and observed it to be very dirty and known drug users were living in their home. Dawn Chappel would not allow the Agency into the residence. The Agency made another visit to the family on October 17, 2022 and A████ C██████ was in the driveway and stated that the family was not home. The Agency proceeded to knock on the door and the child's sibling answered and stated that Dawn Chappel was her mother. The home visit was not successful. On October 28, 2022 the Agency attempted another home visit with no success. A non-compliance letter was sent to the mother on October 20, 2022 with no response. The Agency has concerns for the safety of the child(ren) due to the home being filthy, drug use occurring in the home and the non-compliance of the family.

A3

That the names and addresses of the parents/guardian/custodian of said child are as follows:

Mother, D████ C██████, ███ ██████ ███████, Winchester, OH 45697

Alleged Father, E██c M██████ie, ███ █████████ ███e, Winchester, OH 45697

WHEREFORE, Adams County Children Services respectfully requests this honorable Court grant PROTECTIVE SUPERIVISION of the above-named child to Adams County Children Services, or in the alternative, make a finding and appropriate disposition pursuant to Ohio Revised Code §2151.353 or 2151.33(B)(1). The Agency further requests an ORDER to allow the Agency to enter the home to conduct a safety review.

*The State of Ohio and the Agency further requests an ORDER TO COMPLY directed to the parents to allow the Agency to enter the home to conduct a safety review and to further investigate this matter.*

Ashlee Moore, Complainant
Adams County Children Services
300 N. Wilson Drive
West Union, Ohio 45693

Sworn to before me and signed in my presence this 8th day of November, 2022.

Judge

Deputy Clerk

Case: 1:22-cv-00747-SJD-KLL Doc #: 1 Filed: 12/14/22 Page: 10 of 88 PAGEID #: 10

*Delivered 11/16/22 by Sherriff*

COURT OF COMMON PLEAS,
JUVENILE DIVISION
ADAMS COUNTY, OHIO

FILED
ADAMS COUNTY
COURT OF COMMON PLEAS
JUVENILE DIVISION

2022 NOV -8 AM 10: 29

Brett M Spencer
JUDGE

In re:

E▉▉▉ M▉▉▉
T▉▉▉ C▉▉▉

Alleged
☐Abused ☐Neglected ☒Dependent
Child(ren)

Case No. ▉▉▉▉

JUDGE: BRETT M. SPENCER

MAGISTRATE: DAVID M. HUNTER

MAGISTRATE'S ORDER

---

This case was before the Court *sua sponte* pursuant to the Complaint filed by the agency. Pursuant to Juvenile Rule 13(A), the Court finds that the facts alleged in the complaint require the Court to issue the following temporary order in the child's interest and welfare. The agency has attempted on multiple occasions to investigate reports regarding the minor child(ren) set forth in the caption above. The facts imply that the lack of contact may be a result of a parent avoiding contact. The concerns surround the safety and suitability of the care being provided for the children. The agency is hereby granted protective supervision of the minor children pending further proceedings.

IT IS THEREFORE ORDERED that that D▉▉ C▉▉▉ AND/OR ▉▉▉ ▉▉ any other adult residing at ▉▉▉▉▉▉▉ Winchester, OH 45697 are ordered to produce the children at the request of the agency caseworker and/or allow the worker access to the residence so that the worker may investigate the allegations in the case. Specifically, the parties listed above shall permit the worker to access the residence where the child(ren) are located to ensure their safety. Law Enforcement may assist the worker upon request.

IT IS SO ORDERED

11/8/22
Date Signed

_____
Magistrate David M. Hunter

## MOTION TO SET ASIDE MAGISTRATE'S ORDER

Any party may file a motion to set aside a Magistrate's Order. The Motion shall state the moving party's reason's with particularity and shall be filed no later than 10 days after the Magistrate's order is filed. See Civil Rule of Procedure 53 and/or Juvenile Rule 40. The filing of a motion to set aside does NOT stay the order.

## INSTRUCTIONS TO THE CLERK:

Please serve the foregoing upon parties and counsel of record

( I 304 PG 260 ) A4

On the following document stamped and dated Nov-8-2022 in the top right corner

1.) Number 2 states "when the child was removed" this is said to have been drafted a week prior to the search conducted by Ashlee Moore and a week prior to the coerced removal of the children

2.) Number 3 states "at the time the complaint was filed" this document was said to have been created within the same time-frame of the complaint On the same date.

3.) Number 5 states that Dawn Chappel is ordered to contact the attorney (Sarah Shelton) within 72 hours of this hearing and submit an affidavit of indigency and a 25$ application fee. Despite the plaintiff not receiving any notice this is worded to suggest that she was present for a hearing of which she had no knowledge of.

4.) Number 6 states that Eric Mckinzie is ordered to contact the attorney (Tanya Drinnon) within 72 hours of this hearing and submit an affidavit of indigency and a 25$ application fee. Despite the plaintiff not receiving any notice this is worded to suggest that she was present for a hearing of which she had no knowledge of.

FILED
ADAMS COUNTY
COURT OF COMMON PLEAS
JUVENILE DIVISION

COURT OF COMMON PLEAS, JUVENILE DIVISION
ADAMS COUNTY, OHIO

2022 NOV -8 PM 2:49

| | |
|---|---|
| In re:<br>E~~███~~M~~████████~~<br>T~~████~~ C~~██████~~ | Case No. 20223078, 20223079<br><br>JUDGE: BRETT M. SPENCER |
| Alleged<br>☐Abused ☐Neglected ☒Dependent<br>Child(ren) | MAGISTRATE: DAVID M. HUNTER<br><br>MAGISTRATE'S SCHEDULING ORDER |

1. Guardian ad Litem Mackenzi Carrington shall be appointed for the minor child(ren) by separate entry

2. ACCSB is to establish paternity of the minor child T~~████~~ C~~███████~~. When the Child was removed, Mother was the sole residential parent pursuant to RC 3109.042. Father was unknown.

3. E~~███~~ M~~███████~~ is the ALLEGED Father of E~~████~~M~~███████~~. At the time the complaint was filed, Mother was the sole residential parent pursuant to RC 3109.042. ACCSB is to establish paternity of the minor child

4. ACCSB is to locate and perfect service upon unknown Dather of T~~████~~ C~~██████~~

5. Attorney Sarah Shelton Shall be appointed to represent Dawn CHAPPEL. Dawn CHAPPEL is ordered to contact the attorney within 72 hours of this hearing and submit an affidavit of indigency and a $25.00 application fee or other documents as requested by the Public Defender.

6. Attorney Tanya Drinnon Shall be appointed to represent E~~███~~ M~~███████~~. E~~███~~ M~~███████~~ is ordered to contact the attorney within 72 hours of this hearing and submit an affidavit of indigency and a $25.00 application fee or other documents as requested by the Public Defender.

7. IT IS ORDERED, that parents and custodians involved with agency cases may be required to participate in services as set forth in the case plan developed by the Adams County CSB. Mere participation in, and/or completion of, various aspects of the case plan is not all that is necessary for reunification and/or termination of a case. It is the affirmative duty of each parent to maintain contact with their caseworker and the Guardian ad Litem. This means that when a parent calls the agency, a message should be left. If the parent does not receive a return call, the parent must keep attempting to make contact. Parents shall be truthful with agency workers, the GAL, persons providing services, and the Court. Credibility of a parent is important when the Court determines what is in the best interest of the child. You are required to maintain contact with your attorney. You may be required to maintain a period of sobriety of at least 7 months before the agency may terminate their services – even if all other case planned services are complete. If random drug screens are ordered in your case, you must provide the case worker with your work schedule. If you are not going to be home, you must let the caseworker know. When you are subject to a drug screen, failure to provide a urine sample may be considered a presumptive positive screen. When you appear at Court, you must report to the probation department for drug screening AFTER you check in at the Juvenile Court window. If your case plan requires you to participate in a program, you are ordered to meaningfully participate in the program, not just merely attend. The goal of a case plan is to resolve and



address the behaviors and/or issues that resulted in the agency involvement. If the issues have been resolved, reunification and/or termination of agency involvement may not occur.

IT IS HEREBY ORDERED, that this case is scheduled for ADJUDICATION AND DISPOSITION on Nov 23, 2022 at 1:30 ☐ am ☒ pm.

A.  If disposition cannot be completed, the Court may continue the disposition hearing to the date below. No continuances granted for any disposition beyond 90 days without an explicit waiver of the 90 day requirement by ALL parties and subject to approval by the Court.

B.  If disposition is completed, the date below will be vacated.

C.  The GAL shall have a preliminary report and recommendation prepared for the hearing. The report may, but need not be, in writing.

9.  IT IS FURTHER ORDERED, that this case is scheduled for DISPOSITION on Feb 8, 2023 at 11:30 ☒ am ☐ pm.

10. IT IS FURTHER ORDERED, that this case is hereby scheduled for Semi-Annual review on May 3, 2023 at 1:30 ☐ am ☒ pm.

11. IT IS FURTHER ORDERED, that the Annual Review is hereby scheduled on Nov 1, 2023 at 1:30 ☐ am ☒ pm.

☒ *Due to the COVID-19 pandemic, your next hearing date may be continued or you may be ordered to appear by audio/video conference. You must maintain contact with your Agency caseworker. You are ordered provide a working cell phone number and an email address if available to your caseworker.*

Attorneys are responsible for notifying their clients of the new hearing dates.

The Juvenile Court is located on the Third Floor of the Adams County Courthouse, 110 W. Street, West Union, Ohio 45693

IT IS SO ORDERED

11/8/22
Date

Magistrate David M. Hunter

## MOTION TO SET ASIDE MAGISTRATE'S ORDER

Any party may file a motion to set aside a Magistrate's Order. The Motion shall state the moving party's reason's with particularity and shall be filed no later than 10 days after the Magistrate's order is filed. See Civil Rule of Procedure 53 and/or Juvenile Rule 40. The filing of a motion to set aside does NOT stay the order.

## INSTRUCTIONS TO THE CLERK:

Please serve the foregoing upon parties and counsel of record

# EXHIBIT B

2022 OCT 13 PM 1:37



## IN THE COURT OF COMMON PLEAS
## JUVENILE DIVISION
## ADAMS COUNTY, OHIO

IN THE MATTER OF:

DOB: ████ 22                                    CASE #

J████ M████ R████

ALLEGED DEPENDENT/NEGLECTED CHILD

The undersigned, being duly sworn and cautioned according to law, says that she has knowledge of a certain child, to-wit: J████ M████ R████ (DOB: 1█████age INFANT, who appears to be a Dependent child in that:

### COUNT ONE: DEPENDENT

said child's conditions or environment is such as to warrant the State, in the interests of the child, in assuming the child's guardianship; thus, making said child Dependent as defined by Ohio Revised Code §2151.04(C).

### COUNT TWO: NEGLECTED

said child Who lacks adequate parental care because of the faults or habits of the child's parents, guardian, or custodian; thus, making said child Neglected as defined by Ohio Revised Code §2151.03(A)(2).

To wit: On October 10, 2022 the Agency received a report that A████ C████ had given birth to a child in her driveway in the recent days and had not taken the child to the hospital or received any medical treatment.

The Agency currently has temporary custody of A████ C████ other four children and is in the process of filing for permanent custody. (Adams County Juvenile Court, case nos. 202██████76 and ███████5.)



The Agency had no contact with A████ C█████ or M█████ R██████ since July 2022 and had no known address for the couple. On October 12, 2022 the Agency received a call stating that someone saw A████ and M████'s car at a residence in Winchester. The Agency went to the residence, along with law enforcement, in case April had the child with her. The Agency knocked on the door and heard movement inside and finally an individual came from behind the residence and reported that A███ was inside and that he/she would get her.

A███ came out of the residence and few minutes later and she was visibly no longer pregnant and had scabs on both of her arms. The Agency stated that they had not heard from her in months and that she had not been visiting her other children. When asked about being pregnant she stated that she miscarried the child at 20 weeks at home and that she never went to the doctor. The Agency told her that it was concerning at 20 weeks and that she needed to report it because that child was so far along. She continued to deny that she was pregnant and that she had lost the child. Law enforcement spoke to other individuals at the residence who reported that the child had been born. When confronted A███ began to cry and stated that the child was with his father, M█████ R██████ in a black Sebring and she didn't know where he was. A few minutes later A███ came out of the home with the child in a blanket. April reported that the child was born on ██████ 2022 at 3:50 a.m. She stated that she delivered the child herself in the driveway in the car. An ambulance was called to the location for medical treatment.

The child was very yellow and had red cheeks. The Agency took custody of the child pursuant to Juv.R. 6. The child was transported to Cincinnati Children's Hospital due to jaundice and high blood pressure. Upon arrival the child had breathing issues and his stats were dropping. They advised that he may be a few weeks early and are unsure because the mother had no prenatal care. The child was having trouble breathing and eating at the same time. The child is now in the NICU and has completed a spinal tap, catheter, IV fluids and waiting a possible blood transfusion. He is also being monitored



## Fwd: Court

1 message

a▓▓ c▓▓▓ <c▓▓▓▓▓@gmail.com>                                      Mon, Aug 28, 2023 at 12:08 PM
To: Dawn Chappel <artkitten2@gmail.com>

---------- Forwarded message ----------
From: a▓▓ c▓▓▓ <▓▓▓▓▓@gmail.com>
Date: Fri, Oct 14, 2022, 11:22 AM
Subject: Court ▓▓▓▓
To: <emily.grooms2@jfs.ohio.gov>

I can't get my car to start. I called court for a continuance til at least tomorrow and was advised to contact you.
Updated address ▓▓▓▓▓▓▓▓ updated ▓▓▓▓ 5090. I would have called directly to your
office but I know you would have to be at the courthouse by now and I have no way of getting a hold of my
lawyer to file for one because he has never called me back and I don't have a personal number for him.



NOV 5 AT 10:47 AM

Whaf time is it

**Audio Call**
2 mins

**CALL BACK**

NOV 5 AT 11:28 AM

I'm about to head out &
come get you

April coming

Yeah she's with us her car
is all fucked

NOV 5 ... :56 PM

Message

April lixed WITH K████████

B3

Hello

**Dawn M Chappel** <dawnloveseasy@gmail.com>
To: lheller@adamscountycourts.com

Tue, Oct 18, 2022 at 8:55 PM

A letter came to my address today from the adams county ohio common pleas court jeuvinile/probate devision addressed to M██████ R██████ He does not live here. He has never lived at this address. This information also applies to his significant other A██ Co███ I am able to give him the letter however, my reason for emailing is to inform you of the proper address. The address is
██████████████████ n ohio 45679
This is where they both receive mail and where they both reside.
Please remove my address from your records if possible, to ensure this isnt an issue in the future. Thank you for your time and have a good day.

**Larry Heller** <lheller@adamscountycourts.com>
To: Dawn M Chappel <dawnloveseasy@gmail.com>

Wed, Oct 19, 2022 at 8:40 AM

Good morning,

I'm not over that division of the court but I will forward your message to the Juvenile/Probate Offices.

Have a great day!

Larry Heller

Adams County Clerk of Courts

**Dawn M Chappel** <dawnloveseasy@gmail.com>
To: Larry Heller <lheller@adamscountycourts.com>

Wed, Oct 19, 2022 at 9:56 AM

Thank you so much! Have a good day





Add to album          Move to Archive          Delete from device          Order

**Wed, Oct 5, 2022 • 9:14 AM**

Add description…

B5

Case: 23-3526   Document: 10   Filed: 07/17/2023   Page: 21

FILED
ADAMS COUNTY
COURT OF COMMON PLEAS
JUVENILE DIVISION

COURT OF COMMON PLEAS, JUVENILE DIVISION
ADAMS COUNTY, OHIO

2022 NOV 23 PM 1: 45

In re:

E____ M_____
T____ A C_____

Alleged
☐Abused ☐Neglected ☒Dependent
Child(ren)

Case No. 20223078, 20223079

JUDGE: BRETT M. SPENCER

MAGISTRATE: DAVID M. HUNTER

MAGISTRATE'S DECISION AND
JUDGMENT ENTRY ON
ADJUDICATION

This matter came on for adjudication hearing on Wednesday, November 23, 2022. The
following parties were present before the Court:

*First court date*

☒ Dawn CHAPPEL ("Mother")
☒ SARAH E. SHELTON Counsel for Dawn CHAPPEL
☒ E__ M_____  ("Father" of E___)
☒ Unknown Father of T___
☒ TANYA M. DRINNON Counsel for E__ M_____
☒ Adrienne Buckler, APA
☒ Mackenzi Carrington , Guardian ad Litem by phone
☒ Ashlee Moore ACCSB

    PARENTS AND PARTIES PARTICIPATING IN AGENCY INVOLVED CASES ARE
TO ARRIVE AT THE COURTHOUSE AT LEAST FIFTEEN MINUTES PRIOR TO ANY
SCHEDULED HEARING FOR DRUG SCREENING AND TO MEET WITH THEIR
ATTORNEY.

The Court finds that the parties listed above are now properly before the Court  and that service
has been completed according to law. Neither parent contacted their attorney as ordered by the
Court.

    Both parents tested positive at the hearing today. Mother for methamphetamine and
amphetamine and Father for Methamphetamine, amphetamine, and marijuana. Mother has a prior
drug screen at ACCSB for methamphetamine and amphetamine which she contested and the
results were confirmed by the lab. Both parents disputed the results and denied use. After
considering the behavior and demeanor of both parties at the hearing, the Court finds their denials
lack credibility. The statement of facts in the Complaint is incorporated herein.   State's Exhibit 1
and 2 are admitted without objection.

    The State alleges that the minor children are dependent.

    R.C. 2151.04(C) provides that a child is dependent if his or her "condition
or environment is such as to warrant the state, in the interests of the child, in
assuming the child's guardianship." A finding of dependency under R.C.



*This was drafted # week before Ashlea's visit*

address the behaviors and/or issues that resulted in the agency involvement. If the issues have not been resolved, reunification and/or termination of agency involvement may not occur.

8. IT IS HEREBY ORDERED, that this case is scheduled for ADJUDICATION AND DISPOSITION on _Nov 23, 2022_ at _1:30_ ☐ am ☒ pm.

   A. If disposition cannot be completed, the Court may continue the disposition hearing to the date below. No continuances granted for any disposition beyond 90 days without an explicit waiver of the 90 day requirement by ALL parties and subject to approval by the Court.

   B. If disposition is completed, the date below will be vacated.

   C. The GAL shall have a preliminary report and recommendation prepared for the hearing. The report may, but need not be, in writing.

9. IT IS FURTHER ORDERED, that this case is scheduled for DISPOSITION on _Feb 8, 2023_ at _11:30_ ☒ am ☐ pm.

10. IT IS FURTHER ORDERED, that this case is hereby scheduled for Semi-Annual review on _May 3, 2023_ at _1:20_ ☐ am ☒ pm.

11. IT IS FURTHER ORDERED, that the Annual Review is hereby scheduled on _Nov 1, 2023_ at _1:30_ ☐ am ☒ pm.

☒ *Due to the COVID-19 pandemic, your next hearing date may be continued or you may be ordered to appear by audio/video conference. You must maintain contact with your Agency caseworker. You are ordered provide a working cell phone number and an email address if available to your caseworker.*

Attorneys are responsible for notifying their clients of the new hearing dates.

The Juvenile Court is located on the Third Floor of the Adams County Courthouse, 110 W. Street, West Union, Ohio 45693.

IT IS SO ORDERED

_11/8/22_
Date

Magistrate David M. Hunter

### MOTION TO SET ASIDE MAGISTRATE'S ORDER

Any party may file a motion to set aside a Magistrate's Order. The Motion shall state the moving party's reason's with particularity and shall be filed no later than 10 days after the Magistrate's order is filed. See Civil Rule of Procedure 53 and/or Juvenile Rule 40. The filing of a motion to set aside does NOT stay the order.

### INSTRUCTIONS TO THE CLERK:

Please serve the foregoing upon parties and counsel of record

J _304_ PG _258_

COURT OF COMMON PLEAS, JUVENILE DIVISION
ADAMS COUNTY, OHIO

In re:

E█████ M██████

T████ C█████

Adjudicated
☐Abused ☐Neglected ☒Dependent
Child(ren)

Case No. 20223078, 20223079

2023 MAY -3 PM 2:29

JUDGE: BRETT M. SPENCER

MAGISTRATE: DAVID M. HUNTER

MAGISTRATE'S DECISION AND
JUDGMENT ENTRY

This case was before the Court for Review on Wednesday, May 3, 2023  The following parties were present before the Court

☒ Dawn CHAPPEL ("Mother")

☐ TYLER E. CANTRELL Counsel for Dawn CHAPPEL   - Excused

☒ ANTHONY BAKER Counsel for Dawn CHAPPEL

☒ E███ M████████   (" Father" of E████)

☒ TANYA M. DRINNON Counsel for E███ M█████████

☒ J█████ T█████ Father of T████ - deceased

☒ Adrienne Buckler, APA,

☒ Mackenzi Carrington , Guardian ad Litem

☒ Mikaylah Miller , ACCSB

PARENTS AND PARTIES PARTICIPATING IN AGENCY INVOLVED CASES ARE TO ARRIVE AT THE COURTHOUSE AT LEAST FIFTEEN MINUTES PRIOR TO ANY SCHEDULED HEARING FOR DRUG SCREENING AND TO MEET WITH THEIR ATTORNEY.

Counsel Anthony Baker is substituted for Tyler Cantrell. The motion filed by the Mother is granted as to replacement counsel. The remainder of the pleading filed is to be removed from the docket as it contains records of another juvenile court case.

- Date Temporary Custody first granted: 11/23/2022
- Adjudication Date: 11/23/2022
- Disposition Date: 02/23/2023

The Court finds that all persons interested are now properly before the Court or had due legal notice of this proceeding,   and that service has been completed according to law. The Court conducted a hearing and took testimony and finds and orders the following in the best interests of the child(ren) listed in the caption above: Mother tested negative at he hearing today. This is her first negative drug screen. Mr. McKinzie tested positive for methamphetamine, amphetamine, nad marijuana at the hearing.

☒ temporary custody shall continue Adams County Children Services Board (ACCSB).



2151.04(C) focuses on whether the child is receiving proper care and support. . . .
Therefore, the court must base its determination on the condition or environment
of the child, not the fault of the parents. . . . That being said, a court may consider
a parent's conduct insofar as it forms part of the child's environment. . . . The
parent's conduct is significant if it is demonstrated to have an adverse impact on the
child sufficient to warrant state intervention.

*In re D.W.*, 2007-Ohio-2552, 06CA42

Clear and convincing evidence must support a finding of abuse, neglect or
dependency. R.C. 2151.35(A). The "clear and convincing evidence" standard is a
higher degree of proof than the "preponderance of the evidence" standard generally
utilized in civil cases. . . . However, the standard is less stringent than the "beyond
a reasonable doubt" standard used in criminal cases. . . . It does not require that the
evidence be unequivocal. ·

*In Re* Waldrop, 2004-Ohio-5351, 04CA27, 04-LW-4497 (4th)

☒ The Court finds that the Adams County Children's Services Board (ACCSB) is now requesting
Temporary Custody Of the minor child(ren).

☒ The Court finds, based upon the testimony and evidence before the Court, and by clear and
convincing evidence that the children are dependent.

☒ The Court further finds that the ACCSB has made reasonable efforts to prevent said removal as
demonstrated in the Case Report testified to by the Caseworker and provided to the Court. The
case report is attached to this entry and is hereby incorporated as if fully rewritten herein.


IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the following minor child(ren);
ERIC MCKINZIE  and  TERRA CHAPPEL is/are ☐ abused ☐ neglected  ☒ dependent
child(ren) and shall be committed to the Temporary Custody of the Adams County Children
Services Board (ACCSB).

☒ IT IS ORDERED, that parents and custodians involved with agency cases may be required to
participate in services as set forth in the case plan developed by the Adams County CSB. Mere
participation in, and/or completion of, various aspects of the case plan is not all that is necessary
for reunification and/or termination of a case. It is the affirmative duty of each parent to
maintain contact with their caseworker and the Guardian ad Litem. This means that when a
parent calls the agency, a message should be left. If the parent does not receive a return call, the
parent must keep attempting to make contact. Parents shall be truthful with agency workers, the
GAL, persons providing services, and the Court. Credibility of a parent is important when the
Court determines what is in the best interest of the child. You are required to maintain contact
with your attorney. You may be required to maintain a period of sobriety of at least 7 months
before the agency may terminate their services – even if all other case planned services are
complete. If random drug screens are ordered in your case, you must provide the case worker
with your work schedule. If you are not going to be home, you must let the caseworker know.
When you are subject to a drug screen, failure to·provide a urine sample may be considered a
presumptive positive screen. When you appear at Court, you must report to the probation

department for drug screening AFTER you check in at the Juvenile Court window. If your case plan requires you to participate in a program, you are ordered to meaningfully participate in the program, not just merely attend. The goal of a case plan is to resolve and address the behaviors and/or issues that resulted in the agency involvement. If the issues have not been resolved, reunification and/or termination of agency involvement may not occur.

☒ That BOTH PARENTS are ordered to have ☒ mental health ☒ substance abuse assessments ☒ as required by the case plan ☒ with Community Coordinator Angela Jordan and the written assessments with recommendations are to be forwarded to the Adams County Children Services Board (ACCSB) and the GAL within thirty days of the order requiring said assessments. The recommendations of the assessor shall then be incorporated into the case plan. The ☒ GAL ☒ Caseworker is to communicate with the community coordinator prior to the assessment to inform her of the nature of the assessment required.

☒ IT IS ORDERED, that it is in the best interest of the child(ren) that the following orders shall apply with regards to **visitation and drug screening**:

   ☒ Visitation with ☒ All Parents ☐ Dawn CHAPPEL ☐ Eric MCKINZIE is at the discretion of the ☒ agency ☒ GAL subject to ☒ clean drug screens ☒ compliance with case plan and any restrictions imposed by the COVID-19 pandemic.

   ☒ In addition to any drug screen conducted at visitation the agency is to conduct at least ☒ 1 ☐ 2 ☐ 3 random, unannounced drug screen(s) every ☒ 1 ☐ 2 ☐ 3 months until the next hearing. The Agency is to inform the GAL of the results of any screen conducted within 48 hours of receiving the result.

   ☒ If a parent fails a drug screen, visitation with the child shall be suspended until such time as the parent has three consecutive clean drug screens within two weeks of the failed screen. At least one of the screens must be random and unannounced. If the parent is unable to complete ☐ Three (3) ☒ Five (5) consecutive clean drug screens, the GAL shall be notified, visitation will be suspended, and a motion for hearing shall be filed with the Court.

   ☒ If any parent has failed a drug screen, the visitation order set forth above shall not begin until they have had ☐ Three (3) ☒ Five (5) clean drug screens since their last failed drug screen.

   ☒ Dawn CHAPPEL ☒ Eric MCKINZIE shall submit to toxicology screens at the discretion of the substance use disorder treatment provider, the ACCSB and/or the

☒ IT IS FURTHER ORDERED, that the Adams County/Ohio Valley School District bear the costs of education pursuant to Sections 2151.35(8)(3) and 2151.362 of the Ohio Revised Code. In accordance with 42 U.S.C. Section 11431, the above-referenced child is entitled to immediate enrollment in school as defined by O.R.C. Section 3313.64. The enrollment of a child in a school district under this division shall not be denied due to a delay in the school district's receipt of any records required under Section 3313.672 of the Revised Code or any other records required/or enrollment. The child's grades, credits, official transcripts, diploma, IEPs or 504 plans shall be transferred immediately upon request of the child's new school. The parent(s) or custodians shall sign a release of school records. *Pursuant to R.C.2151.362, the Court is only required to make the initial determination of which school district is to bear costs of education and any subsequent change to the responsible district shall be made by the Ohio Department of Education.*

1. IT IS FURTHER ORDERED, that this case is hereby scheduled for DISPOSITION on Wednesday, February 8, 2023 at 11:30 AM.

2. IT IS FURTHER ORDERED, that this case is hereby scheduled for Semi-Annual review on Wednesday, May 3, 2023 at 1:30 PM.

3. IT IS FURTHER ORDERED, that the Annual Review is hereby scheduled for Wednesday, November 1, 2023 at 1:30 PM.

The Juvenile Court is located on the Third Floor of the Adams County Courthouse, 110 W. Street, West Union, Ohio 45693.

IT IS SO ORDERED

11/23/2022

_____          _____
Date Signed                                    Magistrate David M. Hunter

## OBJECTION TO MAGISTRATE'S DECISION

Any party may file written objections to a Magistrate's Decision within 14 days of the filing of the decision. A party shall not assign on appeal the Court's adoption of any factual finding or legal conclusion, whether or not specifically designated as a finding or fact or conclusion of law under Juv. R. 40(D)(3)(a)(ii), unless the party timely and specifically objects to that factual finding or legal conclusion as required by Juv.R. 40(D)(3)(b).

## JUDGMENT ENTRY

The Court adopts the Magistrate's Decision as the judgment of the Court.

**A party shall not assign as error on appeal the Court's adoption of any factual finding or legal conclusion, whether or not specifically designated as a finding of fact or conclusion of law under Juvenile Rule 40(D)(3)(a)(ii) unless the party timely and specifically objects to the factual finding or legal conclusion as required by Juvenile Rule 40(D)(3)(b) or Civil Rule 53(D).**

Written objections to the Magistrate's Decision must be filed within fourteen days of the filing of the decision or the filing of findings of fact and conclusions of law, whichever is later. Objections must comply with Juvenile Rule 40 or Civil Rule 53. If objections are filed, this Judgment shall be considered an interim order pursuant to Juv. R. 40(D)(4)(e)(ii) or Civil Rule 53.

Date: 11/23/22          _____
                                       BRETT M. SPENCER, JUDGE

## INSTRUCTIONS TO THE CLERK:

Please serve the foregoing upon parties and counsel of record and the GAL as set forth above.

htt. pros:                          E. mc____:

accsa:

a. sheldon:

IN THE COURT OF COMMON PLEAS
JUVENILE DIVISION
ADAMS COUNTY, OHIO

FILED
ADAMS COUNTY
COURT OF COMMON PLEAS
JUVENILE DIVISION

2023 FEB 23 AM 9: 22

~~Scott M Conner~~
JUDGE

IN THE MATTER OF:

CASE NO.

B███ M████████
T████ C███████

2022 3078
2022 3079

JUDGMENT ENTRY

_____

This matter having come before the Court on February 8, 2023 for the purpose of disposition. Present before the Court were Assistant Prosecuting Attorney Adrienne Buckler-Callihan; representatives of Adams County Children Services; Attorney Tanya Drinnon with Eric McKinzie; Attorney Tyler Cantrell with Dawn Chappel and Guardian Ad Litem, Attorney Mackenzi Carrington.

Thereupon the Court found that all persons interested are now properly before the Court or had due legal notice of this proceeding, and that writs herein have been served according to law.

Upon review, it is hereby ORDERED that temporary custody of the children shall continue with Adams County Children Services. The Court finds said placement to be in the best interest of the children. The Court further finds that Adams County Children Services has made reasonable efforts to prevent said removal from the parent(s) and placement in foster care. The Agency will create and implement an acceptable case plan with a goal of reunification to be filed with the Court.

A review hearing shall be set for May 3, 2023 @ 1:30pm.

All prior ORDERS are NOT modified herein and remain in full force and effect.

Date 2/21/23

JUDGE ~~Margaret A. Clark~~
by assignment

cc: Parties; ACCS

V 30 PG 25

○ There is currently no visitation between parents and child. Dawn and Eric have failed to complete five negative drug screens as required by the court.

**Clients have shown progress in the following areas:**
- The Parents attended the case planning meeting.
- The home has been cleaned and has been maintained for every home visit in an acceptable manner.
- Both parents self- reported that they attended an assessment at UC Health. Agency has no confirmation from UC Health.

**Clients have not shown progress in the following areas:**
- Parents have not passed 5 substance abuse screens to begin visits with the children.
- Parents deny any substance abuse.

- **Drug Screens**
  ○ 12/12/22- Dawn negative for all substances, Eric admitted using THC and tested positive for THC
  ○ 12/16/22- Dawn positive for Methamphetamines, Eric Negative for all substances despite a positive screen and admission of using THC two days earlier.
  ○ 12/30/22- Dawn negative for all substances, Eric positive for Methamphetamines
  ○ 1/9/23- Dawn positive for Methamphetamines, Eric positive for Methamphetamines and Amphetamines
  ○ 1/13/23- Dawn and Eric negative for all substances.
  ○ 1/17/23- Dawn positive for Alcohol, Amphetamines, MDMA, Methamphetamine, Eric negative for all substances.
  ○ 1/27/23- Dawn and Eric positive for Methamphetamines

*[handwritten note, left margin:]* This shows Jan 9 faint line reported as a positive. ONLY for Met ✱

- **HOME VISITS:**
  - 11/14/22- Children were placed with their grandmother.
  - 11/30/22- In the kinship home kinship placement for E⬛
  - 12/08/22- In the licensed foster home placement for T⬛ Completed by Transitions for Youth.
  - 12/16/22- In the parents' home. The home was relatively clean. A drug screen was administered to both parents.
  - 12/21/22- 4 week in the foster home for ⬛
  - 12/28/22- In the kinship home kinship placement for E⬛
  - 1/03/23- In the kinship home kinship placement for E⬛
  - 1/03/23- In the licensed foster home placement for T⬛
  - 1/09/23- In the parents' home. The home was relatively clean. A drug screen was administered to both parents.
  - 1/12/23- In the licensed foster home placement for T⬛. Completed by Transitions for Youth.
  - 1/27/23- Unannounced home visit to the parents' home to administer a random drug screen both parents tested positive for Methamphetamines

*[handwritten note, bottom:]* This WAS NOT a surprise visit!

Page 1 of 8

## OHIO DEPARTMENT OF JOB AND FAMILY SERVICES

### FAMILY CASE PLAN

Plan Number: 2

| | | |
|---|---|---|
| **FAMILY NAME:** Chappel, Dawn | **PLAN STATUS:** Approved | **AGENCY CASE NUMBER:** 1146369 |
| **AGENCY:** Adams County Children Services Board | **CASEWORKER:** Roxie Mcneilan | **AGENCY PHONE NUMBER:** (937) 544-2511 |

### *PARTIES TO THE PLAN*

#### CHILDREN

T█████ C█████    Female, Age 13, DOB: 8██/2009

**Permanency Goal:** Return the child(ren) to parent/guardian/or custodian (Reunification)

**Agency Legal Status:** Temporary Custody/Placement and Care

**Child Location:** Certified Foster Home

**Court Case Number:**    **Court ID Number:**

**Protected by ICWA:** No

E██ M█████    Male, Age 9, DOB: ██/2013

**Permanency Goal:** Return the child(ren) to parent/guardian/or custodian (Reunification)

**Agency Legal Status:** Temporary Custody/Placement and Care

**Child Location:** Certified/Approved Non-Relative Home

**Court Case Number:**    **Court ID Number:**

**Protected by ICWA:** No

#### ADULTS

| NAME | ROLE |
|---|---|
| Dawn Chappel | Parent |
| Eric McKinzie | Parent |

### *CONCERNS*

**CONCERN (1 of 2)**

**1. What are the concerns/needs for the family?**
The home is dirty and the parents appear to lack the motivation to clean and keep things in order.

**2. What does the family and Worker want to see happen to address the identified concerns/needs?**
Parent's will address their mental health issues and demonstrate the ability to utilize positive coping skills.
Parent's will demonstrate the ability to meet the basic, emotional, physical and medical needs of her children.
Parent's will address the poor conditions of the home and demonstrate the ability to maintain a safe environment for her children.

**3. What is causing these concerns/needs for the family?**
The unsanitary condition of the home and possible underlying mental health issues.

| *Selected Risk Contributors for this concern* |
|---|
| **Adult Functioning** |
| **Emotional/Mental Health Functioning**    *Chappel, Dawn - Age 40, McKinzie, Eric - Age 45* |



*Case Plan ID* ████████

Page 2 of

| FAMILY NAME: | PLAN STATUS: | AGENCY CASE NUMBER: |
|---|---|---|
| Chappel, Dawn | Approved | 1146369 |

| | |
|---|---|
| Parenting Practices | McKinzie, Eric - Age 45, Chappel, Dawn - Age 40 |
| Child Functioning | |
| Self Protection | Ch███, T██ - ███ 13, M██████ E██ - Age 9 |
| Family Functioning | |
| Resource Management and Household Maintenance | |

**4. What strengths and family/community supports does the family have?**
The parents are physically capable of maintaining a clean home.

*Selected Non-Risk Contributors for this concern*

| | |
|---|---|
| Child Functioning | |
| Physical/Cognitive/Social Development | Ch███, T██ - Age 13, M██████, E██ - Age 9 |

**5. What steps will the family take to achieve what the Family and Caseworker want to see happen? Identify the individuals who will complete these action steps. (Services to address the concerns/needs)**
Parents will clean their home and maintain it in a safe and sanitary manner.
Parents will keep their home free from all safety hazards that could cause potential harm to her children.
Parents will meet monthly with the caseworker in their home so the home conditions can be monitored.
Parents will sign a release of information for mental health provider so that caseworker can make referral for mental health assessment.

*Linked Services*

**Case Member / Caregiver History**

| Case Member Name(s) | Service Category/Type | Service Classification | Effective Dates |
|---|---|---|---|
| M███, E██ Chappel, Dawn | Case Management/Monitoring Case Progress | Case Member | 12/08/2022 - |
| M███, E██; Ch███, T██ Chappel, Dawn | Diagnostic/Diagnostic Services | Case Member | 12/08/2022 - |

**6. How will the family's progress be measured?**
Family's progress will be measured by monthly visits to the home and by mental health provider reports.

**7. When will the family's progress be reviewed?**
Family's progress will be reviewed during case reviews, SAR's and annual reviews

**CONCERN (2 of 2)**
**1. What are the concerns/needs for the family?**
Mother and Father are using methamphetamines and have tested positive numerous times. Both parents deny illegal drug use. The children are in need of a drug free home in which to reside.

**2. What does the family and Worker want to see happen to address the identified concerns/needs?**
Both parents will submit to a UC health drug/alcohol/mental health assessment.
Both parents will participate in a drug treatment program.
Both parents will submit to and pass scheduled and random drug screens.
Both parents will sign releases of information between UC health and Adams County Children Services.

**3. What is causing these concerns/needs for the family?**

*Case Plan ID: 53814211*

| FAMILY NAME: | PLAN STATUS: | AGENCY CASE NUMBER: |
|---|---|---|
| Chappel, Dawn | Approved | 1146369 |

The Children need sober parents that are willing and able to care for them and meet their needs

| Selected Risk Contributors for this concern | |
|---|---|
| **Adult Functioning** | |
| Substance Use | Chappel, Dawn - Age 40, McKinzie, Eric - Age 45 |
| Emotional/Mental Health Functioning | McKinzie, Eric - Age 45, Chappel, Dawn - Age 40 |
| **Child Functioning** | |
| Self Protection | M██████, E██ - Age 9, C██████ Te████ Age 13 |

**4. What strengths and family/community supports does the family have?**
Parents have their own home and are very vocal about their desire to have their children back.

*Selected Non-Risk Contributors for this concern*
There are no selected Non-Risk Contributors for this Concern.

**5. What steps will the family take to achieve what the Family and Caseworker want to see happen? Identify the individuals who will complete these action steps. (Services to address the concerns/needs)**
The children will remain in substitute care where their needs are met and they are safe, until the parents successfully complete their case plan.

*Linked Services*

Case Member / Caregiver History

| Case Member Name(s) | Service Category/Type | Service Classification | Effective Dates |
|---|---|---|---|
| M██████, E██; Chappel, Dawn | Case Management/Monitoring Case Progress | Case Member | 12/08/2022 - |
| M██████, E██; C██████, Te███ Chappel, Dawn | Diagnostic/Diagnostic Services | Case Member | 12/08/2022 - |

**6. How will the family's progress be measured?**
Home visits.
Progress reports from providers.
Negative drug screens.

**7. When will the family's progress be reviewed?**
Court
Case reviews
SARs

## PLACEMENT SELECTION JUSTIFICATION

Te███ C██████          Female, Age 13, DOB:██/██/2009          Type of Placement: Certified Foster Home

*Justification of why less restrictive placement setting was not selected*

Certified/Approved Relative Home
There are no available family with a passing home study to take the children.

| FAMILY NAME: | PLAN STATUS: | AGENCY CASE NUMBER: |
|---|---|---|
| Chappel, Dawn | Approved | 1146369 |

**Certified/Approved Non-Relative Home**
There are no available family with a passing home study to take Terra.

*Best Interest / Special Needs Consideration for Placement*

**How was it determined this was a safe and appropriate environment for the child?**
Caseworker completed background checks, safety check of the home and submitted request for a home study.

**How will the placement meet the best interest of the child?**
Children will have their needs met in a safe environment.

**How will the placement meet the special needs of the child?**
Terra will have any medical appointments necessary to met her needs.

**How will the placement meet the Family Case Plan Goals of the Child?**
Placement will ensure that Terra attends visitation with her family.

**What is the proximity of the placement to the parent, guardian, custodian? What transportation problems might create obstacles to visitation? How will the agency resolve these obstacles?**
No available placements in the county. Foster parents or their networks will assist with visits if needed.

**Is the youth receiving Prevention Services to help with the parenting of their child?**
No

*Educational Stability Assurances*

**Did the child remain in the school in which the child was enrolled at the time of placement?**
No

**Describe how the agency considered the appropriateness of the current educational setting and the proximity to the school in which the child is enrolled at the time of the placement.**
No placements available in same school area.

**Since the child did not remain in the same school, describe how the agency coordinated the appropriate local educational agencies to determine this was in the best interest of the child.**
Educational Form sent to Connie Lykins at AC/OVLSD.

**Describe how the agency and local educational agencies ensured the immediate and appropriate enrollment in the new school with all the educational records of the child provided to the new school.**
Notified caregiver of any special needs of child.

E█M█████        Male, Age 9, DOB: ████/2013        Type of Placement: Certified/Approved Non-Relative Home

*Justification of why less restrictive placement setting was not selected*

**Certified/Approved Relative Home**
There are no available family with a passing home study to take the children.

*Best Interest / Special Needs Consideration for Placement*

**How was it determined this was a safe and appropriate environment for the child?**
It was approved by the agency after a home safety check and background checks were completed.

**How will the placement meet the best interest of the child?**
Caregivers will ensure the needs of the child are met and the child is safe

**How will the placement meet the special needs of the child?**
Referrals will be made to specialist as needed and appointments will be kept.

| FAMILY NAME: | PLAN STATUS: | AGENCY CASE NUMBER: |
|---|---|---|
| Chappel, Dawn | Approved | 1146369 |

**How will the placement meet the Family Case Plan Goals of the Child?**
Case management and facilitating visitation.

**What is the proximity of the placement to the parent, guardian, custodian?  What transportation problems might create obstacles to visitation?  How will the agency resolve these obstacles?**
Caregivers or the agency will assist with visits as needed.

**Is the youth receiving Prevention Services to help with the parenting of their child?**
No

*Educational Stability Assurances*

**Did the child remain in the school in which the child was enrolled at the time of placement?**
No

**Describe how the agency considered the appropriateness of the current educational setting and the proximity to the school in which the child is enrolled at the time of the placement.**
No placements available in same school area.

**Since the child did not remain in the same school, describe how the agency coordinated the appropriate local educational agencies to determine this was in the best interest of the child.**
Educational Form sent to Connie Lykins at AC/OVLSD

**Describe how the agency and local educational agencies ensured the immediate and appropriate enrollment in the new school with all the educational records of the child provided to the new school.**
Notified caregiver of any special needs of child.

## VISITATION

*Adult Visitation Summary:*

### Dawn Chappel is visiting:

| Child(ren) Name(s): | Frequency/Duration: | Location: |
|---|---|---|
| T█ C█ - Female Age 13 | 1 times Weekly /1 Hourly | Agency Setting |
| E█ M█ - Male Age 9 | | |

**Restricted:** Yes    **Supervised:** No

**Reason for restriction/supervision:**
Visits will be held at the agency until progress made on CP.  Parents must pass a drug screen in order to visit with children

**Other Approved Communication:**
Mail through the agency.

### Eric McKinzie is visiting:

| Child(ren) Name(s): | Frequency/Duration: | Location: |
|---|---|---|
| T█ C█ - Female Age 13 | 1 times Weekly /1 Hourly | Agency Setting |
| E█ M█ - Male Age 9 | | |

**Restricted:** Yes    **Supervised:** No

**Reason for restriction/supervision:**
Visits will be held at the agency until progress made on CP.  Parents must pass a drug screen in order to visit with children

**Other Approved Communication:**
Mail through agency.

*Case Plan ID: 5381421*

FAMILY NAME:
Chappel, Dawn

PLAN STATUS:
Approved

AGENCY CASE NUMBER:
1146369

Page 6 of

## Sibling Visitation Summary

Siblings in agency custody who are visiting each other:

T___ Ch____ - Female Age 13

E__ Mo____ - Male Age 9

Description of sibling visitation:

Children will visit together one time a week at the agency when visiting their parents.

## Sibling Not Visiting Each Other

*Details about siblings not visiting each other has not yet been added.*

## SIGNATURES

### Court Information

Court File Date:

Court Name:

Judge / Magistrate:

Court Status:

### Plan Participants

| NAME/ROLE | JOINTLY DEVELOPED PLAN | AGREED WITH PLAN | PARTICIPATION | DATE COPY OF PLAN PROVIDED |
|---|---|---|---|---|
| Eric McKinzie Parent | No | No | N/A | 12/12/2022 |

EXPLAIN WHY PARTY DID NOT JOINTLY DEVELOP PLAN:
Not available at time of CP development.

EXPLAIN WHY PARTY DID NOT AGREE WITH PLAN:
Not available at time of CP development.

SIGNATURE:                                             Signed Date:

Reason Signature Not Captured: Not Available

| NAME/ROLE | JOINTLY DEVELOPED PLAN | AGREED WITH PLAN | PARTICIPATION | DATE COPY OF PLAN PROVIDED |
|---|---|---|---|---|
| Dawn Chappel Parent | No | No | N/A | 12/12/2022 |

EXPLAIN WHY PARTY DID NOT JOINTLY DEVELOP PLAN:
Not available at time of CP development.

EXPLAIN WHY PARTY DID NOT AGREE WITH PLAN:
Not available at time of CP development.

SIGNATURE:                                             Signed Date:

Reason Signature Not Captured: Not Available

### Associated Plan Participants

| Name/Role | Participation | Signed Date |
|---|---|---|

*Case F*

Page 7 of

| FAMILY NAME:<br>Chappel, Dawn | PLAN STATUS:<br>Approved | AGENCY CASE NUMBER:<br>1146369 |
|---|---|---|
| Meyer, Sonya<br>Supervisor | In Person | 12/12/2022 |
| SIGNATURE:<br>Captured Date: | | |
| McNeilan, Roxie<br>Case Worker | In Person | 12/12/2022 |
| SIGNATURE:<br>Captured Date: | | |

Sonya added our

Signatures right here!

During the 11/01/23 nearing Hunter
printed these case plan documents and
pointed out our signatures werent
where they were supposed be. Sonya
added our signatures using a tool after
we left. If you notice on the previa page
she claimed we werent present.



**BRETT M. SPENCER**
Adams County Common Pleas, Probate
and Juvenile Courts Rm 221
110 W. Main St., West Union, OH 45693

TO:

ARROL CORNEJOS
████████ STREET
SEAMAN, OH 45679

8:15 🅜 in 🅜 •                    ⏰ 🛜 .ıl 14%

⌂  🔒 google.com/amp/s/wı     +    🔲20    ⋮



News Democrat                          ⓃⒹ

John J Swarts, 46

◯  gpsadmin                        5 years ago



This man is included on the following court documents as if he were present

John J Swarts, age 46 of Russellville, OH
passed away Sunday November 11, 2018. He
was born December 27, 1971 in Georgetown,
OH the son of John and Margaret (Wardlow)
Swarts. He was an electrician.

John is survived by his parents, John and
Peggy Swarts of Russellville, 1 daughter,
Jordan Swartz of Winchester, 3 brothers,
▮▮▮▮▮ and wife Rayee of ▮▮▮▮▮
▮▮▮▮▮ of Chillicothe, OH, ▮▮▮▮▮ and
wife ▮▮▮▮ of Georgetown, 1 sister, ▮▮▮
▮▮▮▮▮ of Russellville, former wife,

    |||           ◯            ‹

*B12*

FILED
ADAMS COUNTY
COURT OF COMMON PLEAS
JUVENILE DIVISION

2022 SEP 13 AM 11: 05

*[signature]* M *[illegible]*
JUDGE

COURT OF COMMON PLEAS,
JUVENILE DIVISION
ADAMS COUNTY, OHIO

In re:

J█████ S█████

Alleged
☐Abused ☐Neglected ☒Dependent
Child(ren)

Case No. 20223053

JUDGE: BRETT M. SPENCER

MAGISTRATE: DAVID M. HUNTER

MAGISTRATE'S EX PARTE ORDER

This case was before the Court on review of the request for protective supervision filed by the agency in this matter. Given the facts alleged, both abuse and neglect should have been alleged and temporary custody should have been requested.

☒The Court has reviewed the complaint and finds that
- ☒ it is in the best interest of the child(ren) to place the child(ren) in the Temporary Custody of the Adams County Children Services Board (ACCSB)
- ☒ it would be contrary to the welfare and best interest of the child to continue in the home, or to make it possible for the child to return home safely.
- ☒ Shelter care is necessary to protect the child from immediate or threatened physical or emotional harm

☒ GAL K. Danielle Whitt, is appointed by separate entry

☒ The Court appoints Public Defender Sarah Shelton as Attorney for Mother Da████ S██████ . D████ S██████ is ordered to pay the $25.00 indigent application fee to the clerk and to complete the affidavit of indigency provided at the hearing. D████ S██████ is ordered to contact the Public Defender prior to the next hearing date and to maintain contact with the Public Defender.

☒ The Court appoints Public Defender Tanya Drinnon as Attorney J██ S██████ . J██ S██████ is ordered to pay the $25.00 indigent application fee to the clerk and to complete the affidavit of indigency provided at the hearing. J██ S██████ is ordered to contact the Public Defender prior to the next hearing date and to maintain contact with the Public Defender.

AGAIN FATHER PASSED IN 2018

☐IT IS FURTHER ORDERED, that this case is hereby scheduled for SHELTER CARE hearing on Sept 14, 2022 at 9:30am . The State may amend the complaint at or prior to the hearing.

PARENTS AND PARTIES PARTICIPATING IN AGENCY INVOLVED CASES ARE TO ARRIVE AT THE COURTHOUSE AT LEAST FIFTEEN MINUTES PRIOR TO ANY SCHEDULED HEARING FOR DRUG SCREENING AND TO MEET WITH THEIR ATTORNEY.

B13

COURT OF COMMON PLEAS, JUVENILE DIVISION
ADAMS COUNTY, OHIO

In re: J███████ S███████ | Case No. 20222065

JUDGE: BRETT M. SPENCER

MAGISTRATE: DAVID M. HUNTER

MAGISTRATE'S DECISION AND
JUDGMENT ENTRY ON DISPOSITION

This matter came on for disposition hearing on 12/7/2022. The following parties were present before the Court:

☒ J███████ S███████
☒ TANYA M. DRINNON Counsel for S████ J████
☒ Jade Osman, ACCSB custodian
☒ Kris Blanton, APA
☒ K. D██████ W███, Guardian ad Litem by phone
☒ Samantha Young, Juvenile Probation
☒ S████, D██████ Mother with counsel Mackenzi Carrington

Counsel for the Juvenile, the Juvenile, and the Juvenile's Father agreed to the recommendation of the State at the hearing. For Disposition it is ORDERED that the Juvenile is:

☒ The juvenile shall have no disruptions in school, placement, or home.
☒ The juvenile shall obtain her GED and maintain counseling
☒ The juvenile is hereby placed on community control for one year or until she obtains her GED, whichever is later according to the rules of the Probation Department
☒ Court Costs waived because the child is in the custody of the agency.
    IT IS SO ORDERED

12/7/22
Date Signed

Magistrate David M. Hunter

**OBJECTION TO MAGISTRATE'S DECISION**

Any party may file written objections to a Magistrate's Decision within 14 days of the filing of the decision. A party shall not assign on appeal the Court's adoption of any factual finding or legal conclusion, whether or not specifically designated as a finding or fact or conclusion of law under Juv. R. 40(D)(3)(a)(ii), unless the party timely and specifically objects to that factual finding or legal conclusion as required by Juv.R. 40(D)(3)(b).

The juveniles father has been deceased since 2018

B14

J 307 PG 34

**IN THE COURT OF COMMON PLEAS**
**JUVENILE DIVISION**
**ADAMS COUNTY, OHIO**

FILED
ADAMS COUNTY
...RT OF COMMON PLEAS
...VENILE DIVISION

2022 SEP -7 AM 10: 59

Beti M Loren

IN THE MATTER OF:

CASE # 20223053

DOB: 9/24/05

ID# 8330

J_____ S_____

ALLEGED DEPENDENT CHILD

The undersigned, being duly sworn and cautioned according to law, says that she has knowledge of a certain child, to-wit: **JAYDEN SWARTZ (DOB: 9/24/05), age 16 YEARS**, who appears to be a Dependent child in that:

**COUNT ONE: DEPENDENT**

said child who lacks adequate parental care by reason of the mental or physical condition of the child's parents, guardian, or custodian and said child's conditions or environment is such as to warrant the State, in the interests of the child, in assuming the child's guardianship; thus making said child Dependent as defined by Ohio Revised Code §2151.04(B)&(C).

To wit: On June 14, 2022 that Agency received information that the child's mother, D_____ S_____ was allowing the child to use and sell methamphetamine. It was reported that the family has had contact with law enforcement in the past and it was further reported that the mother is allowing her child to participate in sexual conduct that is allegedly being placed on the internet.

On June 16, 2022 a second report was received that the child and mother were using meth and that the child had lost substantial weight in a three-month period. It was reported that the child was taken out of school and signed up for on-line school but has never completed a credit.

The Agency contacted law enforcement on June 14, 2022 and June 16, 2022 to assist in making contact with the family. On June 21 and 29, 2022 that Agency attempted a home visit with no contact. On July 14, 2022 a non-compliance letter was sent by the Prosecutor's Office requesting the family to contact the Agency and a home visit was also attempted. Contact was made with a male subject that stated the mother was not home but would have her contact the Agency.

COURT OF COMMON PLEAS, JUVENILE DIVISION
ADAMS COUNTY, OHIO

| | |
|---|---|
| In re: J███████ S████ | Case No. 20223053 |
| | JUDGE: BRETT M. SPENCER |
| Alleged ☐Abused ☐Neglected ☐Dependent Child(ren) | MAGISTRATE: DAVID M. HUNTER |
| | MAGISTRATE'S DECISION AND JUDGMENT ENTRY ON ☒ADJUDICATION ☒DISPOSITION |

This matter came on for adjudication hearing on 12/7/2022. The following parties were present before the Court:

☒ D█████ S█████ ("Mother of J███████ S████████")
☒ MACKENZI CARRINGTON Counsel for D█████ S█████
☐ John(Deceased) SWARTZ ("Father of J████ S███████")
☒ Kris Blanton, APA
☒ K. Danielle Whitt , Guardian ad Litem – by phone
☒ Angela Ross ACCSB

PARENTS AND PARTIES PARTICIPATING IN AGENCY INVOLVED CASES ARE TO ARRIVE AT THE COURTHOUSE AT LEAST FIFTEEN MINUTES PRIOR TO ANY SCHEDULED HEARING FOR DRUG SCREENING AND TO MEET WITH THEIR ATTORNEY.

The Court finds that the parties listed above are now properly before the Court  and that service has been completed according to law. The complaint was filed on 09/07/2022.

☒ The Court personally addressed ☒ D█████ S█████ , and discussed the nature of the allegations in the complaint and the consequences of an admission to those allegations. The Court further informed the parents that entering an admission would waive their rights to challenge witnesses and evidence offered by the ACCSB, the right to remain silent, and the right to introduce evidence at a hearing, including the right to subpoena witnesses.

☒ The State is dismissing the Dependency allegations in exchange for an admission to AMENDED allegation of Educational Neglect by Mother.

The Court finds that the Adams County Children's Services Board (ACCSB) is requesting Temporary Custody Of the minor child(ren).

*This was not recorded on SACWIS*

FILED
ADAMS COUNTY
COURT OF COMMON PLEAS
JUVENILE DIVISION

## IN THE COURT OF COMMON PLEAS
## JUVENILE DIVISION
## ADAMS COUNTY, OHIO

2020 JUL 13 AM 11: 33

IN THE MATTER OF:

T. ███ C██████  DOB ██████/16          CASE # 20203075

## ALLEGED ABUSED / NEGLECTED / DEPENDENT CHILD

The undersigned, being duly sworn and cautioned according to law, says that s/he has knowledge of a certain child, to-wit: **TAYLOR CORTIJO (DOB: 02/04/16), age 4 YEARS**, who appears to be an Abused, Neglected, and/or Dependent child in that:

### COUNT ONE: ABUSED

said child is endangered, as defined in Ohio Revised Code §2919.22, in that the parents/guardian/custodian have created a substantial risk to the health or safety of the child by violating a duty of care, protection, or support, thus making said child Abused pursuant to Ohio Revised Code §2151.031(B);

### COUNT TWO: NEGLECTED

said child lacks adequate parental care because of the faults or habits of the child's parents/guardian/custodian, thus making said child Neglected as defined by Ohio Revised Code §2151.03(A)(2);

### COUNT THREE: DEPENDENT

said child is homeless or destitute or without adequate parental care through no fault of the parents/guardian/custodian, AND/OR said child's conditions or environment is such as to warrant the State, in the interests of the child, in assuming the child's guardianship, thus making said child Dependent as defined by Ohio Revised Code §2151.04(A) and §2151.04(C).

**To wit:** On or about July 11, 2020, the Agency received a report that A███ C██████ mother of the child, had been arrested for disorderly conduct and appeared to be under the influence while at a local business. The Agency went to the home to assess the child's safety. The child was found with an individual who reported being the main care giver of the child for the past week. The care giver was asked to complete a drug screen and self-reported that she would test positive for THC.

B17

The individual further stated that the mother left the home with her vehicle and money without her permission. The alleged father, B████ C██████, is currently living in his car and is still legally married to A████ C████████.

The Agency has a current investigation pending in regard to suspected substance abuse by the mother, who most recently refused a drug screen on July 10, 2020. A urine drug screen was conducted at the Adams Jail and results were negative on all panels. April admitted to using THC on July 11, 2020 and a mouth swab screen has been sent for further testing.

The Agency received custody of the child pursuant to Juv.R. 6 due to the incarceration of A████ C██████, the continued concerns of substance abuse and pending further investigation into all parties.

Complainant further states:

That the names and addresses of the parents guardian/custodian of said child are as follows:

Mother, A████ C████████████████████ West Union, Ohio **45693**

Alleged Father, B████ C████████████████ Peebles, Ohio **45660**

WHEREFORE, Adams County Children Services respectfully requests this honorable Court grant **TEMPORARY CUSTODY** of the above named child to Adams County Children Services, or in the alternative, make a finding and appropriate disposition pursuant to Ohio Revised Code §2151.353 or 2151.33(B)(1).

Jade Osman, Complainant
Adams County Children Services
300 N. Wilson Drive
West Union, Ohio 45693

Sworn to before me and signed in my presence this __13th__ day of __July__, 2020.

_____
Judge

_____
Deputy Clerk

including the agency that conducted the investigation, the type of allegation, the final disposition and disposition date of the report(s). Assessment/Investigations that have not yet been completed are listed as "Pending."

| Agency | Abuse Type | Disposition | Disposition Date |
|---|---|---|---|
| Adams County Children Services Board | Medical Neglect | Substantiated | 10/17/2022 |
| Adams County Children Services Board | Neglect | Substantiated | 10/17/2022 |
| Adams County Children Services Board | Physical Abuse | Substantiated | 10/08/2021 |

A███, C███████ may contact the agency(ies) that conducted the investigations for additional information about the allegation(s): <u>Adams County Children Services Board</u> at <u>(937) 544-2511</u>.

This information is provided to you in accordance with Ohio Administrative Code rule 5101:2-33-21, *Confidentiality and Dissemination of Child Welfare Information.*

B18

# CASE REPORT

| Case Name: Co▓▓jo | |
|---|---|
| Hearing Date: **9/29/2021** | Hearing Type: Review |

| Adjudication Date: 8/12/2020 | Disposition Date: | Temporary Custody Date: 7/11/2020 |
|---|---|---|

| Children's Name | Date of Birth | Court ID # |
|---|---|---|
| A▓▓ C▓▓ | ▓▓▓2014 | ▓▓▓▓076 |
| T▓▓ C▓▓ | ▓▓2016 | ▓▓▓▓075 |
| B▓▓ C▓▓▓ | ▓▓3018 | ▓▓▓▓▓74 |

The following objectives were listed on the case plan for the family:

- **Parenting Practices**- Mrs. C▓▓▓ will need to complete parenting classes by an adequate service provider. She will need to sign releases of information so that this caseworker can communicate with providers.
- **Substance abuse**- Ms. C▓▓▓ will need to attend drug/alcohol counseling/treatment. She will need to follow all recommendations made by adequate service provider. She will also need to sign a release of information so that this caseworker can communicate with provider on status of treatment.
- **Resource management/household maintenance**- Mrs. C▓▓▓ will need to maintain a safe and stable home for her child. They will also need to have a steady income to provide for themselves and their children's needs.

The Agency is providing the following services/reasonable efforts for the family:

- Case management and informational services
- Monthly home visits/phone calls
- Weekly drug screens before visitations
- Referrals for parenting, drug/alcohol services

Clients have shown progress in the following areas:

- Mrs. C▓▓▓ has tested negative on all scheduled and random drug screens since August of 2020.
- Mrs. C▓▓▓ has completed her outpatient program with The Counseling Center. Mrs. C▓▓▓ was going three days a week and was screening for the agency once and The Counseling Center once or twice a week. Mrs. C▓▓▓ started The Counseling Center in October of 2020. Mrs. C▓▓▓ also completed parenting education classes.
- Mrs. C▓▓▓ moved into her current home on 4/1/2021.
- Worker Kelsey Redmon completed random home visits since the children have been on extended home visits on 9/9/2021, 8/4/2021, 7/20/2021, 7/21/2021, 7/7/2021.
- Mrs. C▓▓▓ is currently pregnant by M▓▓▓ Ri▓▓▓s and is due in October of 2021.
- Mrs. C▓▓▓ has maintained a steady job and income since the duration of the case. Mrs. C▓▓▓ is a manager at ▓▓▓ in Sardinia, Ohio.
- The children are doing very well in Mrs. C▓▓▓'s home. ▓▓▓ and ▓▓▓ attend North Adams Elementary School. ▓▓▓ it goes to Mrs. C▓▓▓'s mother's home which was

# EXHIBIT C

## ADAMS COUNTY JUVENILE COURT
### 110 WEST MAIN STREET
### WEST UNION, OHIO 45693

*This motion was IGNORED*

2023 MAY -1  AM10: 21

In the matter of:

T___ C_____ ___/2009
E__ M_____ Jr ___/2013

Case No: 20223078, 20223079

## PETITION FOR REMOVAL

I, Dawn Chappel, respectfully request that this Honorable Court remove the above-captioned case to the United States District Court for the Southern District of Ohio.

## INTRODUCTION

I seek removal on the grounds that there are civil rights violations at issue in this case, and that the United States District Court has jurisdiction over such violations pursuant to 42 U.S.C. § 1983.

## STATEMENT OF FACTS

On Oct 12, 2022 two social workers along with the chief of police appeared at my home for someone who did not reside at my residence. The two social workers were Kelsey Redmon and Emily Grooms. Neither of the social workers attempted to speak to anyone in my family although both of them had the chance. Five days later Ashlee Moore, who was not present on Oct 12, 2022, appeared at my home while I was at the store. Ashlee spoke to my daughter T.C. Ashlee asked about my oldest daughter K.C. then left. She did not leave a card or note, therefore were unsure as to who Ashlee came to speak to.

Both of my children were seen by the agency. Oct 12th 2022 Kelsey Redmon and Emily Grooms saw my son who was playing in the front yard. On Oct 17th 2022 Ashlee Moore saw my



daughter while making the ONLY attempt to contact my family before allegedly sending a non compliance letter to my address of which she cannot provide proof. At the very least a receipt from a certified mailing should be in my case file. Neither of my children appeared to be at risk of harm or in danger or immediate action would have been taken by the agency.

According to Ohio Revised Code Rule 5101:2-36-091, before child protective services (CPS) or other authorized officials can request a court order to enter someone's home in a child welfare case, they must follow certain procedures to investigate allegations of child abuse or neglect. If consent is not given or cannot be obtained, CPS or other authorized officials may request a court order to enter the home. To obtain a court order, they must demonstrate to a judge that there is probable cause to believe that the child is in danger and that there is a need for immediate intervention to protect the child's safety

Reference: 28 U.S. Code § 1343 (a); Title 18, U.S.C., Section 242; Ohio Revised Code Rule 5101: 2-36-091

Ashlee Moore chose to disregard legal procedures and filed a misleading and perjured testimony before the court on Nov 08, 2022 requesting protective supervision, an order to comply, and an order granting entry to my home. No one in my family had spoken to a social worker since 2018. We have never been involved with the juvenile court system. With the exception of the Oct 17, 2022, attempt made by Ashlee Moore, no one from the agency had attempted to contact us.

The fourth amendment right guarantees the right to be free of unreasonable searches and seizures, and requires that any warrant for a search is supported by probable cause and be specific in its scope. According to the CPS handbook when requesting a court order to enter a person's home, clear and convincing evidence is a requirement. Ashlee Moore could not have provided evidence for any of the allegations placed against me. Ashlees complaint is also self contradictory. She mentions that A.C. was found hiding in my home and that a child was eventually removed. However, Ashlee also states that I would not permit the agency to enter my home. Therefore Ashlee contradicts her own testimony. The testimony given by Kelsey Redmon pertaining to October 12, 2022 also contradicts Ashlees testimony.

The agency simply did not ask to enter my home. With that being said if no one from the agency entered my home how was a child removed? If no one from the agency entered my home, how was A.C. found hiding in my home. Ashlee alleges concerns about drug users were living in the home. No one has lived in my home aside from those on the lease. A.C. lived in Seaman, Ohio and still resides at the same address to this day. Ashlee states that while at my home the agency observed my home from the doorway and it appeared to be very filthy. The entire visit the agency stood out on my sidewalk and the door was shut. I have provided photos of my home a week before October 12, 2022. My home could not have been in such a condition that it warranted the state.

In general, conditions that warrant the state are those in which include violence, hazardous or unsanitary conditions, or lack basic necessities such as food, water, and shelter. I admit my home was a disaster, however it was not hazardous or unsanitary and it was cleaned up by the end of the day and has been clean since. The CPS handbook which social workers are required to follow, lists the conditions that can cause the removal of a child from their home. Unsanitary conditions, such as no running water, feces in the living quarters, or mold, as well as Hazardous conditions, such as exposed outlets, holes in the floor or weapons in the home are

environments that can cause removal. It also points out clutter to the point that it blocks entry or exit from the home.

Not only did my family not have prior involvement with the agency in recent years, but Ashlee put very little effort into making contact with my family. One attempt to contact the family before issuing a non compliance letter goes against the Ohio revised code which states that an attempt should be made every five days for forty five days. If contact is not made within the forty five days an extension can be requested for an additional fifteen days. The social worker then may file a complaint with the court or contact the prosecuting attorney. The parents are always given notice of the filing of the complaint.

In emergency situations a court order can be requested without going through these steps. However if the court order is requested for emergency purposes and without notifying the parents, a hearing must be held within 72 hours. Neither myself nor Eric were given notice of the complaint filed against us on November 08, 2022 until November 16, 2022, two days after Ashlee appeared at my home on November 14, 2022 and removed my children through the use of coercion. The fourteenth Amendment to the United States Constitution, guarantees that no person shall be deprived of life, liberty, or property without due process of law.

If the complaint was filed as an emergency complaint, Ashlee did not appear to check on my children until a full week had passed. A week is a substantial amount of time to wait to check on a child if one were in fear for the child's safety. Ohio revised code also provides the guidelines to be followed after an emergency complaint is filed, Ashlee did not follow those guidelines either. Ashlee claimed to fear for the safety of my children, yet she appeared at my home at roughly ten am. She appeared during school hours knowing she would not have been able to check on them. Ashlee was also not present for the October 12, 2022 visit so there was no way for her to have known any of the facts she alleged in the complaint. Facts that she stated she knew to be true and under oath.

The statements made by Ashlee Moore were not made in good faith. Her statements were intentional misrepresentations of the truth and used to manipulate the court. The statements were given in bad faith and for the purpose of obtaining the court orders she requested. Ashlee is well aware of her legal boundaries and the proper measures to take to ensure that a parent's constitutional rights are protected, instead she acted above the law and intentionally violated my rights. Social workers are supposed to act in the best interest of the child, and the goal is supposed to be reunification. Yet the agency has not done anything to show that my children are the true concern or that reunification is the goal. Instead it seems retaliation is the goal.

On December 12, 2022 Eric and I attended a case plan meeting. Sonya Meyer told us both that she would get us phone calls during that meeting. We discussed placement for our children as there were multiple people willing and capable of taking my children. Sonya took notes but did not incorporate anything we discussed into the case plan. Instead Sonya noted that we were not able to attend and waived our signatures. Sonya then added the only way to communicate was by mail through the agency. Sonya stated there was no one willing and capable to take my children, which is why they ended up in foster care and separated. Sonya Meyers' acts are intentional and also violate my family's rights.

IN Ohio it is a requirement to attempt to place children with relatives before sending them to foster care. If placing the children together isn't possible then the agency is responsible

for arranging visits for the siblings. The agency has not done this either. In fact my oldest daughter has only been permitted one visit with her younger siblings and she calls nearly every day. Ashlee manipulated this situation and intentionally my children by telling the grandmother she had a court order to remove my daughter. She planned the removal of my daughter yet withheld the information from me. She told me to have family contact her and just a few hours later took my daughter hours away. She placed my daughter in a home where the foster parents stole from her. They forced her to clean all week long and paid her eight dollars allowance. With that allowance she had to buy food. If the family went out to eat my daughter was to buy her own food or she was forced to watch them eat and go hungry. My daughter lost 10 pounds in a very short time.

When the case worker delivered the $200 shop with a cop gift card that is given to the children by the county to my daughter she handed it to the foster. Once the case worker left the foster opened it up and said "ohhh $200 I'm keeping that!" My daughter asked if she could spend any of it and the foster said I guess but your limit is $50. I contacted the ombudsman over the situation the agency then covered for the fosters telling them that since she was moved out of the county she only got $50. The ombudsman asked why I couldn't get phone calls. The agency blamed the court saying that the judge ordered no contact whatsoever. Ashlee seperated my children and placed them in foster care. She was placed hours away from home although I had told her family members were interested in taking them. One of those family members was an employee of Jobs and Family Services in Cincinnati and was fully capable of keeping my kids. Ashlee stated that my daughter was not an option due to her drug use. However my oldest daughter was 21 at the time and was also 8 months pregnant and could provide all the drug tests from the OB GYN and medical records. This daughter was also the power of attorney of my children but Ashlee said it didn't matter.

The social work profession has a code of ethics that emphasizes the importance of promoting the well-being of clients and protecting their rights. Social workers are expected to act in a professional and ethical manner, and to prioritize the needs and preferences of their clients in all aspects of their work. They are also expected to work within the parameters of the law and professional standards. Ultimately, the goal of social work is to empower clients to achieve their goals and improve their quality of life, while respecting their autonomy and dignity.

Ashlees actions reflect everything but that. In fact Ashlees actions have caused my family irreparable harm. Each member of my family will suffer indefinitely due to the intentional and negligent actions of a social worker who felt entitled to violate our rights, take our children without due process of law and place the most restrictions possible against us causing more harm than she could have possibly prevented.

The agency constantly fails Eric and I for only met. However it is a scientific fact that a methamphetamine user which is what we're accused of would fail for both met and amp. The parent metabolite in methamphetamine is amphetamine. When broken down in the body only roughly 20 percent of the drug remains unchanged. Therefore when excreted through the urine both would appear. The vistaflow cups test for both. Looking at the documents pertaining to the 02/08/23 hearing I noticed the agency repeatedly fails Eric and I for only met. There is only one possible reason a person would have a true positive for met and it is a prescription medication. Desoxyn is rarely prescribed anymore. So despite the fact that none of the tests are confirmed

by a lab which is a requirement in the state of Ohio, they are held against us in court and used to keep us away from our children.

The Forensic Fluids Laboratory which is used by the agency to confirm drug use, uses a cutoff level that is far lower than the guidelines set forth by the department of health and human services. The HHS guidelines are 50 ng/ml for an initial oral fluid test and 25 ng/ml for confirmatory, yet Forensic Fluids uses a 6 ng/ml cutoff level. This would ensure a higher possibility of false positives. This procedure goes against the guidelines which state that a confirmatory test is to be done on the original sample. I'd like to add that sending a sample to a laboratory that uses a significantly low cutoff level to confirm drug use also violates my due process rights. This test was used to determine whether my children return home or not. The test we paid to have sent off on 02/08/23 were not sealed in front of neither Eric nor myself. The law states that the sample must be sealed in front of the donor in a manner that would ensure that the sample could not be tampered with. Not to mention this laboratory has already been sued multiple times having to pay back roughly $2 million in one lawsuit and $845,000 in another for fraudulent acts.

A child's wishes are also supposed to be considered in matters such as these. I could understand the court arguing that my son may be too young to consider his wishes, although he's much more mature than most give him credit for. However, my daughter is fourteen years old and mature enough to give a testimony, yet neither of my children's wishes have ever been considered. My children have suffered two fires within years of each other. Each fire uprooted them and caused them to lose everything they loved. They were young, lost all their favorite toys and the comfort of a familiar home. The last fire occurred in Winchester. We moved down the street to prevent any further emotional damages. We did not want our children to be forced to enter a new school and leave behind all their friends and the teachers they loved. We wanted to protect them as much as possible. It is absolutely unacceptable for an individual in Ashlee Moores position to enter someone's home without notice or warning, and remove their children. Then make whatever decision they chose for those children. Adding the term "in the best interest of the children" to a statement does not mean it's correct. What gives anyone that right to interfere with Eric and I and our children? My children have suffered no harm. My children were happy and taken care of. My children always had hot meals and clean clothing, their emotional medical and physical needs have always been met. It is my fundamental right to raise my children as I see fit without governmental interference, and no government shall impose. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

## LEGAL ARGUMENT

The United States District Court has jurisdiction to hear claims arising under 42 U.S.C. § 1983, which provides a remedy for violations of constitutional rights by persons acting under color of state law. There are fundamental liberties at stake in this case. Absent exigent circumstance or imminent danger the order granting entry to my home is a violation of my fourth amendment right as it was obtained using a perjured and misleading testimony. Ashlee Moore,

police chief Donnie Edgington, and the maintenance man all appearing at my residence, entering my home and conducting a search violate my fourth amendment right to be free from unreasonable searches and seizures. My fourth and Fourteenth constitutional rights were violated when Ashlee removed my children through the use of coercion. All of these acts were committed against my family out of retaliation for reviews posted and complaints filed further violating my rights. The granting of protective supervision of my children before allowing me a fair and impartial hearing is a violation of my due process rights.

## PRAYER FOR RELIEF

I request that this Honorable Court remove this case to the United States District Court for the Southern District of Ohio based on the alleged civil rights violations, and for such further relief as the Court may see proper.

Respectfully submitted,

Dawn Chappel

211 Sunshine Ave
Winchester, Ohio 45697
937-205-4602

ADAMS COUNTY JUVENILE COURT
110 WEST MAIN STREET
WEST UNION, OHIO 45693

In the matter of:
Terra Chappel 03/11/2009
Eric Mckinzie Jr 02/06/2013

Case No: 20223078, 20223079

CONFLICT OF INTEREST:

I am writing to request the removal of Tyler Cantrel as my appointed attorney in the cases 20223078, 20223079. I believe that Tyler Cantrels cannot effectively represent me in this matter, as he is currently suing me in a separate case. This could essentially be a conflict of interest and could have a negative impact on my case.

As per USC § 1002 and ORC § 4705.08, an attorney is prohibited from representing a client if there is a conflict of interest that could adversely affect the lawyer's professional judgment on behalf of the client. Mr. Cantrel's involvement in the separate case creates a conflict of interest that makes it impossible for him to act solely in my best interests in the current case.

In light of the situation, I respectfully request the court to remove Tyler Cantrel as my appointed attorney and appoint a new attorney who can represent me without any conflicts of interest, or remove my case from its jurisdiction to the District court where civil rights matters can also be addressed. I appreciate your attention to this matter and look forward to your prompt response.

Respectfully submitted
Dawn Chappel
211 Sunshine Avenue
Winchester, Ohio 45697
937-205-4602
04/28/23



# EXHIBIT D

*My first lawyer*

← 🔍 Search

 **Jade Osman** is 🎵 attending a live concert with **Sarah Shelton** at The Andrew J Brady Music Center.

Jun 15, 2022 · 🌐

*with CPS*

Whiskey Myers!!!!





| | | ‹

*D1*

## IN THE COURT OF COMMON PLEAS
## JUVENILE DIVISION
## ADAMS COUNTY, OHIO

IN RE:                              :       CASE NUMBER: 20223078/3079
                                    :
               :
                                    :
                                    :
                                    :
                                    :
                                    :       **MOTION TO WITHDRAW**
                                    :

Now comes the undersigned counsel, and hereby makes a motion to withdraw in this matter under the Ohio Rules of Procedure. Counsel has obtained full-time employment in Clermont County and will be unable to handle private cases in any other counties.

Respectfully submitted,

Sarah E. Shelton (0088910)
(937)779-0588

## CERTIFICATION

I hereby certify that I have delivered a copy of the foregoing Motion to Withdraw to the Adams County Prosecutor, 112 Courthouse, 110 West Main Street, West Union, Ohio 45693, this 20th day of December, 2022 by placing it in the appropriate box with the Court.

Sarah E. Shelton (0088910)

FILED
ADAMS COUNTY
COURT OF COMMON PLEAS
JUVENILE DIVISION

**2022 DEC 20 PM 2:51**

*Brett M Spencer*
JUDGE

IN THE COURT OF COMMON PLEAS
JUVENILE DIVISION
ADAMS COUNTY, OHIO

IN RE:                    :      CASE NUMBER: 20223078/3079

E~~RIC M~~ :
TE~~SA CHAPPEL~~ :
                   :
                   :
                   :
                   :      ENTRY
                   :

       It is HEREBY ORDERED that Counsel's Motion to Withdraw is GRANTED and Counsel is released from all further proceedings. TYLER CANTRELL is appointed to represent the mother, Dawn Chappel.

*[signature]*
---------------------------------------
MAGISTRATE DAVID HUNTER
12-20-22

cc: Parties



this second claim for relief as if fully rewritten herein.

12. In addition to restitution of the premises, Plaintiff is entitled to receive damages in the amount up to $15,000 for destruction of property. Plaintiff is entitled to per diem rent for each day the Defendant holds over and detains the premises from Plaintiff from February 5, 2023, until the Defendant vacates the premises.

WHEREFORE, Plaintiff demands restitution of the premises and judgment in favor of Plaintiff against the Defendants, for the same; further that a writ of possession issue to the Plaintiff, and that Plaintiff be restored to the premises; Plaintiff further demands judgment in money damages in the amount up to $15,000 (Fifteen Thousand Dollars); Plaintiff further demands their costs expended and Plaintiff demands such other and additional relief as shall be necessary, equitable, and proper.

Respectfully submitted,

YOUNG & CALDWELL, LLC

TYLER E. CANTRELL #0086817
Attorney for Plaintiff
225 N. Cross Street
West Union, Ohio 45693
(937) 544-2152
Fax (937) 544-9770

*[handwritten: Tyler Cantrell took this case while representing me in my juvenile dependency case]*



## Forensic Fluids Laboratories

Oral Fluid Drug Testing
225 Parsons Street  Kalamazoo, MI 49007
(866)492-2517 ph  (269)492-7704 fax

**Report To** Adams County Children Services
300 North Wilson Dr
West Union, OH  45693

**Collected:** 3/27/2023 00:00 EST
**Received:** 3/30/2023 09:18 EST
**Report Date:** 3/30/2023 22:43 EST
**Collector:** Jade Osman

### Oral Fluid

**Specimen ID:** S4230721
**Donor Name:** ~~~~~~~
**Lab ID:** 4263754
**Donor ID:**

*HHS guidelines are 50 ng/ml and 25 ng/ml*

**Medications:** Vyvanse, Escitalopram, Levothyroxine*, Birth Control*, Prazosin*

| Panels: | Result | Quantitation | Screen Cutoff | Confirm Cutoff |
|---|---|---|---|---|
| AMPHETAMINE | POSITIVE | | 6 ng/mL | |
| Amphetamine | POSITIVE | 24.2 ng/mL | | 3 ng/mL |
| MDA | Negative | | | 3 ng/mL |
| METHAMPHETAMINE | POSITIVE | | 6 ng/mL | |
| Methamphetamine | POSITIVE | 7.2 ng/mL | | 6 ng/mL |
| Ephedrine | Negative | | | 3 ng/mL |
| MDMA | Negative | | | 3 ng/mL |
| THC | Negative | | 1 ng/mL | |
| COCAINE | Negative | | 3 ng/mL | |
| OPIATES | Negative | | 7 ng/mL | |
| BENZODIAZEPINES | Negative | | 5 ng/mL | |
| METHADONE | Negative | | 10 ng/mL | |
| OXYCODONE | Negative | | 7 ng/mL | |
| TRAMADOL | Negative | | 20 ng/mL | |
| BUPRENORPHINE | Negative | | 1 ng/mL | |

### Sample Comments

*FFL does not test for this drug.

### Approved By:

| | |
|---|---|
| Bridget Lorenz Lemberg | Lab Director/Toxicologist |
| Jerome "Pete" Reed | Certifying Scientist |
| Troy deHagen | Certifying Scientist NRCC-TT |
| Matthew Levitas | Certifying Scientist d-ABFT-FT |
| John Epsten, MD | Clinical Consultant |

CLIA # 23D1045429
Confirmed by LC/MS/MS.



**FINAL**

Updated: March 2023

Department of Health and Human Services (HHS)
Substance Abuse and Mental Health Services Administration (SAMHSA)

Title: State List of Current HHS-Certified Laboratories and Instrumented Initial Testing
Facilities (IITFs) Which Meet Minimum Standards to Engage in Urine and Oral Fluid Drug
Testing for Federal Agencies (18 UNITED STATES LABS and 1 CANADIAN LAB and 1
CANADIAN IITF, for a total of 19 HHS Certified Labs and 1 IITF).

The Department of Health and Human Services (HHS) notifies federal agencies of the
laboratories and IITFs currently certified to meet the standards of the Mandatory Guidelines for
Federal Workplace Drug Testing Programs (Mandatory Guidelines) using Urine or Oral Fluid.

The Mandatory Guidelines using Urine were first published in the Federal Register on April 11,
1988 (53 FR 11970), and subsequently revised in the Federal Register on June 9, 1994 (59 FR
29908); September 30, 1997 (62 FR 51118); April 13, 2004 (69 FR 19644); November 25, 2008
(73 FR 71858); December 10, 2008 (73 FR 75122); April 30, 2010 (75 FR 22809); and on
January 23, 2017 (82 FR 7920).

The Mandatory Guidelines using Oral Fluid were first published in the Federal Register on
October 25, 2019 (84 FR 57554) with an effective date of January 1, 2020.

A notice listing all currently certified Laboratories and IITFs is published in the Federal Register
during the first week of each month. If any Laboratory or IITFs' certification is suspended or
revoked, the Laboratory/IITF will be omitted from subsequent lists until such time as it is
restored to full certification under the Mandatory Guidelines.

**List of HHS-Certified Laboratories Approved to Conduct Oral Fluid Drug Testing Listed
By State:**

At this time, there are no laboratories certified to conduct drug and specimen validity tests on
oral fluid specimens.

**List of HHS-Certified Instrumented Initial Testing Facilities Approved to Conduct Urine
Drug Testing in the United States and in Canada:**

At this time, there are no IITFs in the United States certified to conduct urine drug testing.

Canada

    Alberta
    Dynacare
    780-784-1190



 

| Add to album | Move to Archive | Delete from device | Order photo | Mo Loc Fol | | Add to album | Move to Archive | Delete from device | Order photo | Mo Loc Fol |

Mon, Jan 9, 2023 • 10:06 PM

Add a caption...

Search inside this photo

Mon, Jan 9, 2023 • 10:03 PM

Add a caption...

Search inside this photo

This test + many others were reported to the court as POSITIVE



Another FAINT LINE

E4

- Mrs. C█████ & Mr. Ri█████ have completed their assessment with Mrs. Heather Dickens at the Health Department. Mrs. C█████ had her first treatment of Vivitrol.
- 11/1/2021- Mrs. C█████ came to the agency and provided a urine drug screen. She was negative for all substances.
- 11/12/2021- Mrs. C█████ provided worker with her updated work schedule.
- Drug Screens:
- A█████
  -01/26/2022 (Negative for all substances)
  -02/02/2022 (Negative for all substances)
  -02/16/2022 (Negative for all substances)
  -02/23/2022 (Negative for all substances)
  -03/02/2022 (Given an oral mouth swab-would not register. Provided a urine drug screen and was negative for all illegal substances)
  -03/09/2022 (Negative for all substances)
  -03/16/2022 (Negative for all substances)
  -03/23/2022 (Negative for all substances)
- M█████
  -01/26/2022 (Negative for all substances)
  -02/02/2022 (Negative for all substances)
  -02/16/2022 (Negative for all substances)
  -02/23/2022 (Negative for all substances)
  -03/02/2022 (Instant Drug Screen-Negative for all substances)
  -03/09/2022 (Negative for all substances)
  -03/16/2022 (Negative for all substances)
  -03/23/2022 (Negative for all substances)

*Proves the agency KNOWS a faint line is NEGATIVE*

*It was reported by Case Aide, Denise Sowards that most Mr. Ri█████ drug screens are faint for methamphetamine and amphetamine. Because the line is faint, it is marked negative.

Clients have not shown progress in the following areas/ Concerns:

- Cord blood results came back for O██ Ri█████ and is positive for fentanyl, oxycodone, Methamphetamines, and Amphetamines. Mrs. C█████ only admits to the use of oxycodone once or twice during her pregnancy due to pain she was in when trying to work. She advised that she works at a gas station and handles money and thinks she may have got those drugs on her and absorbed through the skin. Mrs. Cortijo still has not admitted any drug usage other than a one time use of oxycodone before she gave birth.
- 10/5/2021- Worker met with Mrs. Cortijo and Mr. Richards at the agency. Mrs. Cortijo submitted to a mouth swab drug screen and was positive for oxycodone. Worker attempted to give Mr. Richards a mouth swab and he advised he had to go out to his car to get his phone. Mr. Richards was seen leaving the building on the cameras and did not come back to the agency for around 12-15 mins. When Mr. Richards came back, he smelled of mouth wash. He stated that he just put on hand sanitizer. Worker advised that she must wait to do the mouth swab due to him using mouth wash. Worker asked if he would provide a urine screen and he became angry with worker. He didn't understand why he had to provide another drug screen when he did for court. He told worker that she was illegally kidnapping his child. He then left out of the building and did not provide a drug screen.

E5

There is currently no visitation between parents and child. Dawn and Eric have failed to complete five negative drug screens as required by the court.

**Clients have shown progress in the following areas:**
- The Parents attended the case planning meeting.
- The home has been cleaned and has been maintained for every home visit in an acceptable manner.
- Both parents self- reported that they attended an assessment at UC Health. Agency has no confirmation from UC Health.

**Clients have not shown progress in the following areas:**
- Parents have not passed 5 substance abuse screens to begin visits with the children.
- Parents deny any substance abuse.

*[handwritten: A methamphetamine user would test for]*

- Drug Screens
  - 12/12/22- Dawn negative for all substances, Eric admitted using THC and tested positive for THC
  - 12/16/22- Dawn positive for Methamphetamines, Eric Negative for all substances despite a positive screen and admission of using THC two days earlier.
  - 12/30/22- Dawn negative for all substances, Eric positive for Methamphetamines
  - 1/9/23- Dawn positive for Methamphetamines, Eric positive for Methamphetamines and Amphetamines
  - 1/13/23- Dawn and Eric negative for all substances.
  - 1/17/23- Dawn positive for Alcohol, Amphetamines, MDMA, Methamphetamine, Eric negative for all substances.
  - 1/27/23- Dawn and Eric positive for Methamphetamines

*[handwritten left margin: BOTH MET + AMP the agency consistently reported us for positive for ONLY MET]*

- **HOME VISITS:**
  - 11/14/22- Children were placed with their grandmother.
  - 11/30/22- In the kinship home kinship placement for ▓▓▓
  - 12/08/22- In the licensed foster home placement for Terra. Completed by Transitions for Youth.
  - 12/16/22- In the parents' home. The home was relatively clean. A drug screen was administered to both parents.
  - 12/21/22- 4 week in the foster home for T▓▓▓
  - 12/28/22- In the kinship home kinship placement for ▓▓▓
  - 1/03/23- In the kinship home kinship placement for ▓▓▓
  - 1/03/23- In the licensed foster home placement for T▓▓▓
  - 1/09/23- In the parents' home. The home was relatively clean. A drug screen was administered to both parents.
  - 1/12/23- In the licensed foster home placement for T▓▓▓ Completed by Transitions for Youth.
  - 1/27/23- Unannounced home visit to the parents' home to administer a random drug screen both parents tested positive for Methamphetamines

*[handwritten bottom right: E6]*



Roughly 20 minutes after taking
this test all test lines disappeared

FAULTY DEVICES

E8

*Oral swab package*



**VistaFlow Oral Fluid Test**

(AMP25/MOR30)/(BZO10/MTD30)/(COC15/MET25)/
6AM3/BUP5/FEN10/K2+ 10/KET30/OXY20/
THC40(parent)/TRA30/ALC0.02%

For Forensic Use Only

Cat# VFO-15CJ          L/N: FDOA21030043

Exp: 2023-03-23       Store at 2-30°C

**VistaFlow-Cup with AD**

AMP500/BUP10/BZO300/COC150/EtG500/FEN50/
MDMA500/MET500/MTD300/OPI300/OXY100/
THC50/TRA100/(OX/pH/SG)/(GL/NI/CR)
For Forensic Use Only
Store at 2-30°C

Cat#: G-VFCupC-13-12      Item#: VFA-13ETG-6
L/N:FDOA22080018          Exp: 2025-02-01

*Often the probation department has said they get bad batches of tests.*

*Urine device Package*

*E9*



**Support at FDA/DICE Re:Re: Support at FDA/DICE Re:Questions**
1 message

"DICE" <dice@fda.hhs.gov> <dice@fda.hhs.gov>                    Wed, Jul 26, 2023 at 10:37 AM
To: artkitten2@gmail.com <artkitten2@gmail.com>



Dear Ms. Chappel:

Thank you for contacting the Division of Industry and Consumer Education (DICE) at FDA's Center for Devices and Radiological Health (CDRH) DICE@fda.hhs.gov e-mail account.

I have searched all our databases with the information you provided and cannot locate this manufacturer or device.

I would suggest you contact the manufacturer directly to learn their status with the FDA.

If you have any further questions, feel free to write us back at dice@fda.hhs.gov I hope this information is helpful.

Sincerely,

Consumer Team
Division of Industry and Consumer Education
Office of Communication and Education
Center for Devices and Radiological Health
U.S. Food and Drug Administration



URINE DRUG TEST INFORMATION SHEET

# METHAMPHETAMINE AND AMPHETAMINE

**Classification:** CNS Stimulant Sympathomimetic Amine

**Background:** Methamphetamine and amphetamine belong to a group of structurally related drugs called Sympathomimetic amines (SMAs) that are central nervous system stimulants. Amphetamine was first synthesized in 1887 and has been used clinically since 1935. Currently the only approved uses are for the treatment of narcolepsy and attention deficit hyperactivity disorder (ADHD). Methamphetamine was first synthesized in 1919 and has been used clinically since 1933. Currently the only approved uses for methamphetamine are for the treatment of ADHD, methamphetamine exist as two isomers, d- and l-.

methamphetamine which d and l. The d-enantiomer has considerably more CNS stimulant activity compared to the l-enantiomer. The d-isomer also has dependence potential, the l-enantiomer of Vick's inhaler. The l-isomer is a constituent of a d-methamphetamine has considerable dependence and addiction potential.

**Legally Obtained With Prescription As:**

Methamphetamine Schedule II
Desoxyephedrine, Desoxyn, Metetamine

Amphetamine Schedule II
Dexadrine, Benzedrine, Adderall, Vyvanse
Amphetamine salts, Dexmethamphetamine

**Legally Obtained Without Prescription As:**
Inhaler (l-methamphetamine)

**Street Names:**

Methamphetamine Meth, Crank, Crystal, Crystal Meth, Glass, Ice, Speed

Amphetamine Black Beauties, Bennies, Dexies, Hearts, Uppers, Speed

**Mode of Use:** Can be taken orally, snorted, smoked or injected

**Appearance:**

Methamphetamine: White (or slightly yellow) powder or crystals, waxy rock

Amphetamine: pills (most commonly)

**Detection in Urine:** Methamphetamine is metabolized to amphetamine and both are eliminated in the urine. Typically, the detection time following the last dose is 2–4 days. The elimination of amphetamine and methamphetamine is pH dependent. In alkaline urine (increased pH) results in reduced excretion rate and acidic urine (decreased pH) increases elimination rate.

**Physiological Effects:** Increased metabolism, heart rate, energy, nervousness, alertness and reduced appetite.

**Psychological Effects:** Meth has a long list of potentially disastrous side effects, including paranoid hallucinations and repetitive behavior patterns, heart attacks and strokes. High dosages and long term use can bring on full blown psychosis with violent aggressive behavior and can lead to symptoms that resemble schizophrenia.

**Metabolism:** Methamphetamine is metabolized to amphetamine and both are excreted in the urine. Amphetamine is NOT metabolized to methamphetamine.

**Cutoff Levels:**

Methamphetamine plus Amphetamine

Methamphetamine 500 ng/mL

Amphetamine 500 ng/mL



Cordant

  

| Exposure | Metabolism - Phase I | Metabolism - Phase II | Elimination |
|---|---|---|---|
| Parent drug is ingested (swallowed, injected, smoked, or snorted) | (Oxidation, Reduction, and/or Hydrolysis) Breaks down parent drug into metabolites (mostly in liver) | (Conjugation) Binds with Phase I metabolites, making them water soluble | Excretion through urine, kidneys, skin, sweat, bile/intestines |

# SAMHSA Panel: Analyte Attributes

## ▼ Methamphetamines

| Common Name | Analytes | Detection Window | Screening for Abuse |
|---|---|---|---|
| Meth | Parent: d-Methamphetamine | up to 2 days[9] | d-Methamphetamine and its active metabolite, d-Amphetamine, remain in the urine for up to two days after consumption and thus, are both required to detect for abuse.[15] |
| | Metabolite: d-Amphetamine | | |

| Thermo Scientific Assay | Analytes | Cutoff (ng/mL) | Cross-reactivity |
|---|---|---|---|
| DRI Amphetamine | Amphetamine | 500 | 100% |
| | Methamphetamine | | 100% |



4 8

 9:55   10%

← **Adams County Courts** 🔍

 **Darlene Anderson**
Thank you so much. How many drug tests are given each month in our county and what is the approximate savings for Children Services for a year?

1y   Like   Reply

 **Dawn M Chappel**
Darlene Anderson false info

5w   Like   Reply     1 

 **Adams County Courts**
Darlene Anderson I will get that information to you.

1y   Like   Reply

 **Adams County Courts**
Darlene Anderson we typically supply them 50 drug test every 25-30 days. The oral are double the cost than a urine. We have donated approximately 50 a month for 12 months at $4.25 a piece. $2550-approximately 10 oral and 40 urine.

1y   Like   Reply

View 10 replies...

 **Adriann Updike**
If someone who is friends with Kelsey

Comment as Dawn M Chappel

|||     ◯     ‹





Name: Dawn Chappel | DOB: 3/31/1982 | MRN: 03394213 | PCP: No Pcp | Legal Name: Dawn Chappel

## Progress Notes

Resident physician C Robards at 3/14/2023 3:30 PM

Attestation signed by Christopher Marett, M.D., M.P.H. at 3/19/2023 10:42 PM

I saw patient with the resident Dr. Robards via Zoom Pro while patient was in Adams County Health Department Clinic. I was present for key portions of the evaluation. I did an exam of the patient and reviewed diagnostic testing. I spoke with clinic staff who was physically present with patient for appointment. Appropriate consent for telehealth appointment obtained prior to start of appointment. Records made available to HD clinic and patient's pcp where appropriate following appointment. I participated in care and was responsible for medical decision making and treatment planning. The key issues are:

Ms. Chappel presented for initial evaluation. Has been having worsening depression, complicated by CPS having custody of her children. Does have hope that things will improve.Reasonable to start Wellbutrin to help with depression. Counseling would also be helpful.

Part of today's plan is for patient to obtain CPST, TBS and case management services through Adams County Health Department.

**Billing Code:** 90792

See the resident note for complete documentation of today's visit.

CHRISTOPHER P MARETT
3/19/2023
10:40 PM

---

**UC Health Department of Psychiatry & Behavioral Neuroscience**
**Initial Psychiatric Evaluation**

Dawn Chappel
DOB: ⬛1982
Date: 3/14/2023
Start Time: 1530
Stop Time: 1615

This was a Video visit, including two-way audio and video communication, in lieu of an in-person visit. I have discussed, with Dawn Chappel the risks associated with appointments using video platforms, which includes the risk of breach of PHI due to technology limitations. I have also discussed the benefit of getting immediate access to care during this crisis. The patient provided informed consent for this appointment via Zoom Pro which includes the use of synchronous audio/video.



I spent 45 minutes speaking with the patient, conducting an interview, performing a limited exam, and educating the patient on my assessment and plan. I also spent 15 minutes, on the same day as the encounter, preparing to see the patient (eg, review of tests), ordering medications, tests, or procedures, referring and communicating with other health care professionals  and providing care coordination .

**Chief Complaint:**

Dawn Chappel is a 40 y.o. White or Caucasian female, currently at Adams County Health Department, who is seen virtually on 3/14/2023 for establishment of care

**History of Present Illness:**

Patient reports that she has been struggling with depression. Thinks that this has been worsened by CPS taking custody of children. 10/22 daughter and another woman were visiting patient's home. After this a complaint filed that home was dirty, drug users were living there, and patient was non-compliant with CPS requests. After some court sessions, patient lost custody of children in late 2022. They are now in foster care system. 1/29/23 patient's mohter passed away, and children were not allowed to attend service. This has been very difficult for patient and the rest of her family. She is unsure how or if she will will be able to get custody of children again. Believes she will have to keep house clean, and attend counseling. Since then depression has been significantly worse. Thinks that things will improve for her going forward. Some things that would help would be getting a full time job, improving relationships with family, and having a routine during her day.

**Psychiatric Review of Symptoms:**

**Depression:** Endorses depressed mood ~5-6/10, impairments in interests/guilt/energy, denies SI/HI.
**Mania**: Denies episodes where she was notably distractible, indiscrete/disinhibited, grandiose, had flight of ideas, increased goal-directed activity, decreased sleep, or talkativeness.
**Psychosis**: Denies history of auditory hallucinations, visual hallucinations, or paranoia.
**Anxiety**: Difficulty Concentrating and Fatigue
**Panic**: Denies panic attacks (Palpitations/tachycardia, sweating, trembling/shaking, SOB/smothering, choking, chest pain/discomfort, nausea/abd distress, dizzy/unsteady/lightheaded/faint, chills/heat sensations, paresthesias, derealization/depersonalization, fear of losing control or going crazy, fear of dying)
**PTSD**: Denies flashbacks, dreams, amnesia, irritability, easily startled, sleep disturbances, hypervigilance, social avoidance,

**Psychiatric History**

**Diagnosis:** Bipolar Disorder (during period of substance use), Anxiety
**Medications:** Abilify (leaden gait, RLS, poor balance), Wellbutrin (feels was most helpful), Effexor, Lexapro, Zoloft, Prozac-none since 2005
**Outpatient Care:** Talbert House
**Inpatient Care:** has been hospitalized once - in early 20's for 3 days due to depression
**Suicide Attempts:** x1 age 13 via med OD (grandfather who raised her died)
**History of self-harm:** Denies
**History of aggression/violence:** Denies

**History of TBI:** Denies
**History of seizure:** Denies

**Substance Use History:**

**Nicotine**: 1ppd
**Alcohol**: Denies
**Illicit**: Denies recent - hx of addiction to opiates, cocaine, meth, wide variety of other things until SUD treatment after incarceration in 2014

**Past Medical and Past Surgical History**

Dawn Chappel has no past medical history on file. She also has no past surgical history on file.

**Social/Developmental**

**Origin**: Brown County
**Education**: HS, some college
**Relationship**: Husband2
**Children**:3 (M 10, F14, F 22)
**Housing**: House with husband
**Occupation**:  Self-employed - EZ Creations
**Legal history:**  Jail - aggravated possession in 2014.
**Abuse history:** Physical abuse in relationship in early 20's, none before or since

**Family History:**

Her family history is not on file.

**Allergies**

She has no allergies on file.

**Home Medications:**

**ROS:**

Denies headache, nausea, vomiting, blurry vision, chest pain, SOB, abdominal pain, diarrhea, constipation, dysuria, dizziness, new rash

**Physical Exam Via Video:**

Constitutional: She is oriented to person, place, and time. She is well-developed, well-nourished, and in NAD distress.
Head: Normocephalic and atraumatic.

Eyes: EOM are normal.

Neck: Normal range of motion.

Pulmonary/Chest: She is not intubated. No visible respiratory distress.

Neurological: She is alert and oriented to person, place, and time.

## Mental Status Exam Via Video:

Appearance: appears stated age, well developed, well nourished, normal attire and good grooming, good hygiene, good eye contact, cooperative with examiner.

Behavior/Movement: No PMR/PMA

Speech: regular rate, rhythm, tone and prosody. Naming and repeating intact. No aphasia. Production within normal limit. Fluent and nonpressured.

Mood: "Down"

Affect: fairly euthymic, content appropriate

Thought Process: organized and linear without any flight of ideas or loosening of associations.

Thought Content: Denies suicidal ideation, denies homicidal ideation. No ruminations or obsessions, no erotomanic, grandiose, persecutory, or bizarre delusions were noted.

Perceptions: Denies auditory hallucinations, denies visual hallucinations. Not seen responding to internal stimuli.

Orientation: oriented to person, place, situation and year

Memory: recent and remote intact as evidenced by historical recall of verifiable facts from patient's personal history.

Fund Of Knowledge: appears consistent with average intellect based on vocabulary, level of function, education.

Abstraction: intact

Insight: fair

Judgement: fair

## Risk Assessment:

**This patient has risks factors for future danger that include: (list all that apply)**
**Risk Factors:**
History of suicide attempt
Poor social support

**However the patient has the following protective factors: (list all that apply)**
**Protective Factors:**
Future oriented
Not actively endorsing SI or HI
Good social support
No substance abuse
In good medical health
No history of violence
Outpatient psychiatric services in place
Patient verbalizes a safety plan.

The patient is currently clinically sober, psychiatrically stable, and has a reasonable follow up plan. Therefore, the patient does not present as an imminent risk.

## Assessment and Plan:

Dawn Chappel is a 40 y.o. White or Caucasian female, currently seen at Adams County Health Department. She appears to be having some situationally worsened depression since losing custody of kids. Suspect adjustment disorder vs unspecified mood disorder most likely diagnosis. Will restart most helpful previous medication and assess for response. Details below.

**Diagnosis:**
No diagnosis found.
#Mood disorder, unspecified F 39
Suspect Adjustment Disorder

**#Pharmacology**
There are no diagnoses linked to this encounter.
-Start Wellbutrin XL 150mg daily

**# Safety and follow up:**
        -The patient's imminent risk is low, see risk assessment above. At this time, does not meet criteria for involuntary psychiatric hospitalization and is suitable for continued outpatient treatment.
        -Return to clinic in 6 weeks
        -Discussed all prescribed medications including risk, benefits, side effects, alternatives. Patient expressed understanding and agreement with the current treatment plan

**#Substance use**
        -Denies recent - hx polysubstance abuse

**# Labs/Imaging:**
        -Please obtain CBC, CMP, TSH, HGB A1C

**#Medical**
        -no acute issues

Patient seen and discussed with attending psychiatrist, Dr. Marett.


Chris Robards, MD PGY-4

Name: Dawn Chappel | DOB: 3/31/1982 | MRN: 03394213 | PCP: No Pcp | Legal Name: Dawn Chappel

## Progress Notes

Resident physician Z Wickline at 8/1/2023 1:30 PM

---

Attestation signed by Christopher Marett, M.D., M.P.H. at 8/8/2023 3:30 PM

I saw patient with the resident Dr. Wickline via Zoom Pro while patient was in Adams County Health Department Clinic. I was present for key portions of the evaluation. I did an exam of the patient and reviewed diagnostic testing. I spoke with clinic staff who was physically present with patient for appointment. Appropriate consent for telehealth appointment obtained prior to start of appointment. Records made available to HD clinic and patient's pcp where appropriate following appointment. I participated in care and was responsible for medical decision making and treatment planning.

Having ongonig mood and anxiety issues. Supportive therapy would be most helpful, particularly in navigating relationship with children and frustrations with custody system. At present not large need to adjust medications as she would prefer to maintain at current type and dose.

Part of today's plan is for patient to obtain CPST, TBS and case management services through Adams County Health Department.

**Billing Code:** 99214

See the resident note for complete documentation of today's visit.

CHRISTOPHER P MARETT
8/8/2023
3:28 PM

---

**UC Health Department of Psychiatry & Behavioral Neuroscience**
**Follow-up Psychiatric Evaluation**

Dawn Chappel
DOB: ████1982
Date: 8/1/2023
Start Time: 1:15 PM
Stop Time: 1:40 PM

This was a video visit, including two-way audio and video communication, in lieu of an in-person visit. The patient provided verbal consent to use the video visit.

**Chief Complaint:**

Follow-up

**History of Present Illness:**

Dawn Chappel is a 41 y.o. white female, currently at Adams County Health Department, who presents virtually on 8/1/2023 to establish care. She was last seen on 3/14/23 at which time Wellbutrin XL 150 mg daily was started.

Today on interview, patient reports she twisted her ankle on the way in today. Overall thought things are going well. Mood "a lot better." Patient recounts reasons for coming to clinic initially, notably losing custody of her children and feeling increasingly depressed this winter/spring. Reports having difficult past couple years including stressors of house burning down by arson. Her mood and anxiety has improved considerably with time. Has faith that things will improve with her court case, and that she will be able to see her children again. There was an appeal and she is fighting it in court. Mood does dip intermittently but she denies sustained low mood, hopelessness, and suicidal thoughts, intent or plan. Does endorse occasional nightmares about the court case. Denies anxiety out of proportion to stressors. She feels comforted that her oldest daughter is still able to see her 2 youngest kids. Reports sleeping and eating well.

She has been taking Wellbutrin. Felt like it helped with motivation at first but this effect seemed to go away. She stopped taking for awhile but then restarted and has been taking it consistently the last few weeks.

She has been working as a free lance writer, penning articles on the website, Medium. Gets paid per click on the article. Has made >$400 for about 15 articles.

She has been able to visit with her 7 months granddaughter which has been great. This has helped her maintain a regular routine. Spends her days writing.

**Psychiatric History**

**Diagnosis:** Bipolar Disorder (during period of substance use), Anxiety
**Medications:** Abilify (leaden gait, RLS, poor balance), Wellbutrin (feels was most helpful), Effexor, Lexapro, Zoloft, Prozac-none since 2005
**Outpatient Care:** Talbert House
**Inpatient Care:** has been hospitalized once - in early 20's for 3 days due to depression
**Suicide Attempts:** x1 age 13 via med OD (grandfather who raised her died)
**History of self-harm:** Denies
**History of aggression/violence:** Denies
**History of TBI:** Denies
**History of seizure:** Denies

**Substance Use History:**

**Nicotine**: 1 PPD
**Alcohol**: Denies
**Illicit**: Denies recent - hx of addiction to opiates, cocaine, meth, wide variety of other things until SUD treatment after incarceration in 2014

**Past Medical and Past Surgical History**

Dawn Chappel has no past medical history on file. She also has no past surgical history on file.

**Social/Developmental**

**Origin**: Brown County
**Education**: HS, some college
**Relationship**: Husband
**Children**:3 (M 10, F14, F 22), lost custody of children in 2022, there was "no contact" order. Has 1 granddaughter she sees.
**Housing**: House with husband
**Occupation:** Self-employed - writes articles/blog posts and gets paid per view
**Legal history:** Jail - aggravated possession in 2014.
**Abuse history:** Physical abuse in relationship in early 20's, none before or since

**Family History:**

Her family history is not on file.

**Allergies**

She has No Known Allergies.

**Home Medications:**

Mentions water pill, unknown dose

**ROS:**

Denies headache, nausea, vomiting, blurry vision, chest pain, SOB, abdominal pain, diarrhea, constipation, dysuria, dizziness, new rash

**Physical Exam Via Video:**

Constitutional: She is oriented to person, place, and time. She is well-developed, well-nourished, and in NAD distress.
Head: Normocephalic and atraumatic.
Eyes: EOM are normal.
Neck: Normal range of motion.
Pulmonary/Chest: She is not intubated. No visible respiratory distress.
Neurological: She is alert and oriented to person, place, and time.

**Mental Status Exam Via Video:**

Appearance: appears stated age, well developed, well nourished, normal attire and good grooming, good hygiene, good eye contact, cooperative with examiner, white middle aged woman, blond hair
Behavior/Movement: No PMR/PMA
Speech: regular rate, rhythm, tone and prosody. Naming and repeating intact. No aphasia. Production within normal limit. Fluent and nonpressured.
Mood: "better"
Affect: fairly euthymic, content appropriate
Thought Process: organized and linear without any flight of ideas or loosening of associations.
Thought Content: Denies suicidal ideation, denies homicidal ideation. No ruminations or

obsessions, no erotomanic, grandiose, persecutory, or bizarre delusions were noted.
Perceptions: Denies auditory hallucinations, denies visual hallucinations. Not seen responding to internal stimuli.
Orientation: oriented to person, place, situation and year
Memory: recent and remote intact as evidenced by historical recall of verifiable facts from patient's personal history.
Fund Of Knowledge: appears consistent with average intellect based on vocabulary, level of function, education.
Abstraction: intact
Insight: fair
Judgement: fair

**Risk Assessment:**

**This patient has risks factors for future danger that include: (list all that apply)**
**Risk Factors:**
History of suicide attempt
Poor social support

**However the patient has the following protective factors: (list all that apply)**
**Protective Factors:**
Future oriented
Not actively endorsing SI or HI
Good social support
No substance abuse
In good medical health
No history of violence
Outpatient psychiatric services in place
Patient verbalizes a safety plan.

The patient is currently clinically sober, psychiatrically stable, and has a reasonable follow up plan. Therefore, the patient does not present as an imminent risk.

**Assessment and Plan:**

Dawn Chappel is a 41 y.o. female with a history of SVT s/p ablation, CHF, anxiety, and depression currently seen at Adams County Health Department. She appears to be having some situationally worsened depression since losing custody of kids, improved in recent months. Suspect adjustment disorder. Will continue Wellbutrin to support mood; as well, it may support her trying to cut back on cigarettes if she so chooses.

**Diagnosis:**
1.    Adjustment disorder with depressed mood          buPROPion XL (WELLBUTRIN XL) 150 MG 24 hr tablet

#Mood disorder, unspecified F 39
Suspect Adjustment Disorder

**#Pharmacology**
**1. Adjustment disorder with depressed mood**
- buPROPion XL (WELLBUTRIN XL) 150 MG 24 hr tablet; Take 1 tablet (150 mg total) by mouth daily. Dispense: 30 tablet; Refill: 5

-Continue Wellbutrin XL 150mg daily

# Safety and follow up:

-The patient's imminent risk is low, see risk assessment above. At this time, does not meet criteria for involuntary psychiatric hospitalization and is suitable for continued outpatient treatment.

-Return to clinic in 8 weeks

-Discussed all prescribed medications including risk, benefits, side effects, alternatives. Patient expressed understanding and agreement with the current treatment plan

#Substance use

-Denies recent - hx polysubstance abuse

# Labs/Imaging:

-no new labs

#Medical

-no acute issues

Patient seen and discussed with attending psychiatrist, Dr. Marett.


Zachary Wickline, DO, PGY-4


MyChart® licensed from Epic Systems Corporation © 1999 - 2023

Name: Dawn Chappel | DOB: 3/31/1982 | MRN: 03394213 | PCP: No Pcp | Legal Name: Dawn Chappel

Progress Note

Signed by: Maher, M.D., M.P.H. at 10/3/2023 1:00 PM

### UC Health Department of Psychiatry & Behavioral Neuroscience
### Follow-up Psychiatric Evaluation

Dawn Chappel
DOB: ████/1982
Date: 10/3/2023
Start Time: 1:14 PM
Stop Time: 1:32 PM

This was a video visit, including two-way audio and video communication, in lieu of an in-person visit. The patient provided verbal consent to use the video visit.

**Chief Complaint:**

Follow-up

**History of Present Illness:**

Dawn Chappel is a 41 y.o. white female, currently at Adams County Health Department, who presents virtually on 8/1/2023 to establish care. She was last seen on 8/1/23 at which time no medication changes were made.

Today on interview, patient reports she is doing well overall. Positive events include her lawsuit being accepted to be heard by the court of appeals. She is relieved and hopeful about the pending court case.

Patient recounts the series of events, laying out an argument for harrassment by law enforcement which ultimately led to the removal of her children by CPS. Briefly, she reports that the police chief tased her dogs and made unreasonable complaints about the state of her home. Reports her house later burned down which she suspects was arson. Subsequent housing applications were rejected until new housing was found 2021. There was a series of lease violations for late rent, parking, having pets she claims she didn't actually have, and having unauthorized visitors. CPS later came and she took a saliva drug test that she argues may have been inaccurate and/or fraudulent. She reports frustration with the way her children were treated and the actions taken by authorities generally. Takes issue in particular with the interpretation of her drug screens.

With regard to her mood, patient reports ongoing frustration with inability to see her children. Has been "depressed" and "stressed out" lately. Typically sleeps well. Appetite is intact. Denies anhedonia. Acknowledges her mood is likely normally given the stress she is under. Reports adherence with bupropion, denies side effects.

**Psychiatric History**

**Diagnosis:** Bipolar Disorder (during period of substance use), anxiety

**Medications:** Abilify (weaden gait, RLS, poor balance), Wellbutrin, Bus-son, Benadryl,
Effexor, Lexapro, Zoloft, Prozac-none since 2005
**Outpatient Care:** Talbert House
**Inpatient Care:** has been hospitalized once - in early 20's for 3 days due to depression
**Suicide Attempts:** x1 age 13 via med OD (grandfather who raised her died)
**History of self-harm:** Denies
**History of aggression/violence:** Denies
**History of TBI:** Denies
**History of seizure:** Denies

**Substance Use History:**

**Nicotine:** 1 PPD
**Alcohol:** Denies
**Illicit:** Denies recent - hx of addiction to opiates, cocaine, meth, wide variety of other
things until SUD treatment after incarceration in 2014

**Past Medical and Past Surgical History**

Dawn Chappel has no past medical history on file. She also has no past surgical history
on file.

**Social/Developmental**

**Origin:** Brown County
**Education:** HS, some college
**Relationship:** Husband
**Children:** 3 (M 10, F14, F 22), lost custody of children in 2022, there was "no contact" order.
Has 1 granddaughter she sees.
**Housing:** House with husband
**Occupation:** Self-employed - writes articles/blog posts and gets paid per view
**Legal history:** Jail - aggravated possession in 2014.
**Abuse history:** Physical abuse in relationship in early 20's, none before or since

**Family History:**

Her family history is not on file.

**Allergies**

She has No Known Allergies.

**Home Medications:**

Mentions water pill, unknown dose

ROS:

Denies headache, nausea, vomiting, blurry vision, chest pain, SOB, abdominal pain,
diarrhea, constipation, dysuria, dizziness, new rash

**Physical Exam Via Video:**

Constitutional: She is oriented to person, place, and time. She is well-developed, well-nourished, and in NAD distress.
Head: Normocephalic and atraumatic.
Eyes: EOM are normal.
Neck: Normal range of motion.
Pulmonary/Chest: She is not intubated. No visible respiratory distress.
Neurological: She is alert and oriented to person, place, and time.

**Mental Status Exam Via Video:**

Appearance: appears stated age, well developed, well nourished, normal attire and good grooming, good hygiene, good eye contact, cooperative with examiner, white middle aged woman, blond hair
Behavior/Movement: No PMR/PMA
Speech: regular rate, rhythm, tone and prosody. Naming and repeating intact. No aphasia. Production within normal limit. Fluent and nonpressured.
Mood: "better"
Affect: fairly euthymic, content appropriate
Thought Process: organized and linear without any flight of ideas or loosening of associations.
Thought Content: Denies suicidal ideation, denies homicidal ideation. No ruminations or obsessions, no erotomanic, grandiose, persecutory, or bizarre delusions were noted.
Perceptions: Denies auditory hallucinations, denies visual hallucinations. Not seen responding to internal stimuli.
Orientation: oriented to person, place, situation and year
Memory: recent and remote intact as evidenced by historical recall of verifiable facts from patient's personal history.
Fund Of Knowledge: appears consistent with average intellect based on vocabulary, level of function, education.
Abstraction: intact
Insight: fair
Judgement: fair

Risk Assessment:

**This patient has risks factors for future danger that include: (list all that apply)**
**Risk Factors:**
History of suicide attempt
Poor social support

**However the patient has the following protective factors: (list all that apply)**
**Protective Factors:**
Future oriented
Not actively endorsing SI or HI
Good social support
No substance abuse
In good medical health
No history of violence
Outpatient psychiatric services in place
Patient verbalizes a safety plan.

The patient is currently clinically sober, psychiatrically stable, and has a reasonable follow up plan. Therefore, the patient does not present as an imminent risk.

**Assessment and Plan:**

Dawn Chappel is a 41 y.o. female with a history of SVT s/p ablation, CHF, anxiety, and depression currently seen at Adams County Health Department. She appears to be having some situationally worsened depression since losing custody of kids, improved in recent months. Suspect adjustment disorder. Will continue Wellbutrin to support mood; as well, it may support her trying to cut back on cigarettes if she so chooses.

**Diagnosis:**
1. Adjustment disorder, unspecified type


#Mood disorder, unspecified F 39
Suspect Adjustment Disorder with depressed mood F43.21

#Pharmacology
1. Adjustment disorder, unspecified type

-Continue Wellbutrin XL 150mg daily

# Safety and follow up:
        -The patient's imminent risk is low, see risk assessment above. At this time, does not meet criteria for involuntary psychiatric hospitalization and is suitable for continued outpatient treatment.
        -Return to clinic in 3 months
        -Discussed all prescribed medications including risk, benefits, side effects, alternatives. Patient expressed understanding and agreement with the current treatment plan

#Substance use
        -Denies recent - hx polysubstance abuse

# Labs/Imaging:
        -no new labs

#Medical
        -no acute issues

Patient seen and discussed with attending psychiatrist, Dr. Marett.


Zachary Wickline, DO, PGY-4

I saw patient with the resident Dr. Wickline via Zoom Pro while patient was in Adams County Health Department Clinic. I was present for key portions of the evaluation. I did an exam of the patient and reviewed diagnostic testing. I spoke with clinic staff who was physically present with patient for appointment. Appropriate consent for telehealth appointment obtained prior to start of appointment. Records made available to HD clinic and patient's pcp where appropriate following appointment. I participated in care and was responsible for medical decision making and treatment planning.

Ms. Chappel had many complaints today regarding her legal proceedings related to

Adams County CPS. We did supportive listening to them. While she has some ongoing anxiety and mood difficulty,she (and we concurrently) believes that it is related to these legal matters and not likely to be impacted by medication changes. For now, agree with plan of continuing Wellbutrin at current dose.. no acute safety issues at present.

Part of today's plan is for patient to obtain CPST, TBS and case management services through Adams County Health Department.

**Billing Code:** 99214

See the resident note for complete documentation of today's visit.

CHRISTOPHER P MARETT
10/3/2023
1:53 PM

MyChart® licensed from Epic Systems Corporation © 1999 - 2023

Ohio

# License Look Up

10/5/2023 2:47 AM

## Shayla Leigh Tumbleson

| | |
|---|---|
| License Number | APP-000760368 |
| Status | Submitted |
| Sub-Status | |
| Board | Chemical Dependency Professionals Board |
| License Type | Chemical Dependency Counselor Assistant Preliminary |
| Compact/Multi-State Eligible | |
| License Issue Date | |
| License Expiration Date | |
| License Effective Date | |
| City | Manchester |
| State | OH |
| Country | United States |
| Board Action | No |

Current date & time: **10/5/2023 2:47 AM**

**Disclaimer:** License lookups using eLicense Ohio reflect an accurate representation of information maintained by the Board. Information accessed through this website is provided as a public service. No user may claim detrimental reliance thereon.

Page 1 of 1





‹ Ⓢ Sonya Meyer ⌄ ⋮

planned to remove my
kids prior to without
even conducting an
9:58 AM investigation

Wednesday, September 20

Dawn i called UC
Health yesterday &
Shayla did try to reach
you but could not
get you & wasn't able
to leave a voicemail
so you need to call
her again. Not sure if
they will do your drug
screens there for free
but you need to ask
them.
9:46 AM

2:51 PM Thank u

YW 2:51 PM

Tuesday, October 3 ⌄

🖼 ◎ + ☺ ᭧

||| ▢ ‹





< Shayla Tumbleson :

Hey Dawn it Shayla from the health department. I have been trying to get ahold of you to schedule you an appointment. Sonya from cps had reached out to me. Call me at your earliest convenience. Thank you

Hey Shayla thank you for texting. I accidentally put my phone on silent a lot when I'm scrolling so I don't always know when I get phone calls. Basically you can throw us on your schedule for any day or time and just let me know when so we know to be there.

I've been trying to get in touch with you too I've left messages with the health department they did say you work at the probation department now. So my only question is where will we have

i will have to look when I get in Monday. Sorry I run classes till 4 on Fridays 4:14 PM

I'm at the health department on Wednesdays if u wanted me to schedule u that day so we can use health department screens 4:16 PM

That would be absolutely amazing

Thank you so much I hope you and the baby are doing well

!'ll let you know as soon as I get u scheduled. Ur welcome 4:39 PM

U can message me if u need anything 4:40 PM

Monday, September 25

September 27th, 10-11 and 11-12 9:36 AM

Thank you 10:28 AM





< Shayla Tumbleson ⌄ ⋮

Wednesday, September 27

> Shayla my car is overheating I'm going to have to reschedule unless I find a ride I'm trying but didn't want to give last minute notice
Read 9:03 AM

> Correction we think it's a quick fix so we may just be a few minutes late
Read 9:15 AM

How are you looking on time
9:55 AM

Read 10:07 AM 5 min

Okay 10:09 AM

Thursday, September 28

> Thank you so much for working with us!!!!!
Read

> My child just texted my oldest daughter last night saying she wanted to come home so bad
Read 7:18 PM

Aww ur welcome! Kids deserve there parents when they r tryinf
7:19 PM

> It breaks my heart b your helping us get



< Shayla Tumbleson ⌄ ⋮

> It breaks my heart but your helping us get there I feel like
Read 7:18 PM

Read 7:19 PM I agree

> I have to be honest I appreciate Sonya doing rhis too ima have to text n tell her I hope you have a good night with your kids especially with your new one
Read 7:20 PM

Im glad I can give yall hope <3
7:20 PM

> Most definitely and we needed some kind of light lol
Read 7:21 PM

Thank you! You guys have a good evening and keep on fighting!
7:22 PM

Saturday, September 30

> Sorry I'm excited have to share the news the court is finally going through our case wish us luck lol
Read

F23

Because I'm upset I don't want to say something I don't mean or shouldn't say I'm waiting for Eric to get In the car now I just don't know my lawyer friend told me not to do it

I'll be there but I'll be late for counseling I'll call them shortly

You have to come do the drug screens I brought from the health department and screen for Me (I will be doing it with the screen from health department) or I have to say u refused.

They say when something seems to good to be true it probably is! I trusted Sonya in the past to get my kids with family and to get us phone calls like she said instead she put in the case plan we could only communicate



## Me
1:10 PM, Oct 3

They say when something seems to good to be true it probably is! I trusted Sonya in the past to get my kids with family and to get us phone calls like she said instead she put in the case plan we could only communicate by mail through the agency despite what she said in the meeting that she claimed we weren't present for! All of the sudden Ashlee Moore decides to do my daughter home visit claiming to know nothing about my case saying things to my child she should not say the following week Sonya herself shows up at my home playing nice and making me believe she's trying to help. Just because your not at the Health department doesn't mean we can't be called in for a random there! I just got a response from the US Court of Appeals about my case and I'm giving yall nothing to twist and turn against me! My lawyer friend don't trust it neither do i!?!? Why would I feel comfortable with this all of the sudden? I'll keep my appointment with you tomorrow but I will start going elsewhere I don't trust any of that and I will not be tricked into any more bullshit!



Copy text        Share        More





## Adams County Health Department



**Brooke Stafford,** CDCA, QBHS
*Care Coordinator*

923 Sunrise Avenue
West Union, OH 45693
(937) 544-5547 ext. 112
(937) 303-1052
bstafford@adamscountyhealth.org

**Public Health**
Prevent. Promote. Protect.

### Together We Care

## Appointment

If you are unable to keep your appointment,
please contact us as soon as possible.

For: Maria Dawn w/ Shayla
Date: 6/28/23
Time:
Location: ACHD

---

## Adams County Health Department



**Brooke Stafford,** CDCA, QBHS
*Care Coordinator*

923 Sunrise Avenue
West Union, OH 45693
(937) 544-5547 ext. 112
(937) 303-1052
bstafford@adamscountyhealth.org

**Public Health**
Prevent. Promote. Protect.

### Together We Care

## Appointment

If you are unable to keep your appointment,
please contact us as soon as possible.

For: Erica w/ Shayla
Date: 6/28/23
Time: 2:00
Location: ACHD



# EXHIBIT G



# Emergency meeting held at courthouse, concerns for drugs and youth

December 2, 2021



Judge Brett Spencer addresses the crowd. (Photo by Ashley McCarty)



By Ashley McCarty

People's Defender

An emergency meeting was held at the courthouse on Nov. 22 with several county agencies in attendance as concerns rise over the thriving drug problem and its detriment to the county's youth.

The agencies were summoned per a letter delivered on Nov. 12 by Judge Brett M. Spencer.

"I've invite

but this is the room where, when I first went through judicial training, I was told "your most powerful asset as a judge is the ability to bring the community together, even your foes." We've only had two or three of these meetings in 18 years. So, why is this meeting being called? On Oct. 29 we had a three-page docket. We only had three people, other than staff and attorneys, that appeared in this courtroom that didn't test positive for methamphetamine," said Spencer.

This was three people out of nearly 30 cases scheduled for that day.

"Four of those cases involved abuse, neglect, dependency and truancy. Every parent tested positive for methamphetamine. In little Adams County, every week, we have three to four times where staff comes from juvenile court, hold a paper to their chest, and I know it's another emergency. Every week. I went to a meeting on Oct. 28 in Columbus. When I left, we only had one. By the time I got to 247, I got a call. We had three more filed. Nov. 8-9, we took 14 children away before noon. That's where we are. The defense attorneys come in and say it's a victimless crime. My client was doing methamphetamines, my client was doing LSD, whatever it may be, it's a victimless crime," said Spencer.

He paused, before posing a question to those in attendance – what do you think happens to these children when the parents go home?

"These parents say they don't deal drugs, they don't traffic, they just do the drugs, and they're proud of that. What do you think happens when they go home? They rape, beat and starve these children. They have no food, no water, no parent even at home. This is all since Oct. 28. It's a cycle," said Spencer.

In attendance were Adams County Children Services, the Adams County Cmmissioners, Adams County Health Department, Ohio Means Jobs, the Prosecutor's Office and the Sheriff's Office.

"The schools are here as well, and maybe it's not so obvious why you're here. You are the first line of defense. That bus driver that drives up and sees those kids getting on without coats — there's your first indicator. We need you. When a child comes back for their third sandwich, there's a problem. They don't have a coat, there's a problem. If their house doesn't have any electricity when you pick them up, they're in the dark, there's a problem. When they want something to drink on the bus because they don't have any water, there's a problem. When they're dirty, they have no shoes, there's a problem. We have to know about it," said Spencer.

At this point, the attendees were shown three court recordings from a four-week period.

"One we're not going to show you, the mother gave birth at home under the influence of drugs. She had to be life-flighted. She tested positive for opiates and methamphetamine. She admitted to doing heroin the day of the birth. The baby was premature and treated for withdrawal. The father went to the hospital and overdosed on heroin in the bathroom in her room. He had to be revived

with Narc.

grandparent. A no-contact order was in place, and after a brief period, the mother who was supposedly getting treatment was allowed to visit with the child again. Eventually, we found this child in a bathroom with 17.13 grams of methamphetamine, cereal, powdered donuts, chocolate milk, a tablet, and a mother overdosing with 17.13 grams of methamphetamine. Had that child touched any one of those 1,700 doses of methamphetamine, she would have been dead or in toxic shock. We're not going to show you that," said Spencer.

The room was a baited hush as the footage began on the courtroom televisions.

In the first case, a 25-day-old child had multiple fractures throughout their body. The second case, a teenage male who had not attended school in two months. The male complained that he allegedly had no pants to wear, his backpack was stolen and he had no parental support. At one time, nine people were counted living in the household.

In the third case, two parents were in the courtroom and tested positive for methamphetamine. The parents claimed that they were done taking methamphetamine. The male would not disclose who their supplier was. The male claimed the children, despite their drug use, were taken care of. According to the male, after the kids are asleep, he and the female do methamphetamine in their bedroom.

"Three or four days later, they called and can't come to hearing. They thought they may have COVID-19. This was just an obvious clue they couldn't test negative. We did a safety check along with Children's Services. There were four children, three in the home. You'd cry if you saw pictures. Remember, he said he always takes care of his children. They don't do without. There were four cans of green beans in the house and no can opener. They signed their five-year-old out of school on Sept. 24. How do we let that happen with no follow-up? The little girl didn't know the last time she had eaten. No clothes. The methamphetamine and paraphernalia were in the bedroom where the kids were," said Spencer.

He reiterated that four or five times a week, the court deals with these issues.

==We just recently had a case where the children were originally removed because the mother was acting bizarre.== Somebody overdosed in the house. They ended up putting her in a lockdown chair at the jail. She was having constant outbursts. The thought was that she was doing what is called wasp. People spray wasp killer on a screen, electrify the screen, take the crystals off and ingest them. It causes symptoms similar to bath salts, but it's not detectable. So, she's working a case plan for about a year. We're excited, she comes in for a review hearing. She was pregnant. She tested negative when she came in, so we gave her custody back. The next morning, her allegation was she had just taken a Percocet. The baby tested positive. She didn't make it to the hospital — she delivered the baby in a car. We took the kids back. They work case plans, we think we have all the information, but there is stuff they're doing out there that is not detectable. Another major

problem w

said Magistrate David Hunter.

The children which witness these behaviors either get help or become the next generation of users, he said.

"So, we're not asking for more help. We're not asking for money. We're asking you to think. You're in the strongest positions of anybody in this county. Today, we're just sowing some seeds. We've kept this quiet because we wanted you to have peace of mind. I can't keep quiet about this. We need your thoughts and ideas. The ultimate goal is that we get them sober, we get them jobs, they're productive, they're a parent. It takes seven months from casual use of methamphetamine before your brain can begin to think rationally. That's just a start. We just need to take everybody's resources and figure this out. How do we help these children? What we've shown you today is nothing," said Spencer.

According to Adams County Children Services, there are only 64 placement beds available in Adams County for children. A single day in court can easily take 25 percent of that capacity.

"What has gone up is the number of cases our workers are substantiating and indicating. Those cases lead to emergency custody, temporary custody and permanent custody. In 2016, there were 16 neglect cases substantiated. In 2021, there were 47. In 2016, there were 19 physical abuse intakes substantiated. In 2021, there were 37. The year isn't over, there will be more. It just keeps going up, which means our need for foster and placements keep going up," said Intake Supervisor Angela Ross.

According to Director Jill Wright, some emergency custody cases result in children sleeping in their conference room because no placement can be found. If there are three children, the likelihood of those siblings being separated is high, she said.

"I would like to thank you for having this meeting. We've needed to do this for a long time. The biggest problem is that when these kids go home, they need to have love. The parents never experienced love when they were raised, and they don't know how to give love. It's going to continue generation after generation. If you can solve that love problem, you'll have it under control. It all comes down to the family. You can pass all the legislation you want, give them money, everything, but we can't teach them how to love. Until we solve that, we're just going to do the same thing over and over," said Adams County Children Services board member Hart Wallingford.

The meeting came to a close with a prayer from Administrator Amy Mason from the Adams County Christian School. Another meeting will be held in January.

## Meeting reminder clarification

January 7, 2020, 9:44 AM

From:  M⬛⬛ Powell

DETAILS

Good morning!

Sorry about the confusion!

So Prevention: Thursday January 9th 5:00pm at the Health Department

Coalition: Thursday January 9th 6:30pm at the Adams County Courthouse-upstairs in Spencer's Courtroom

I hope this helps, have a good day!



**Special Grant Coordinator**

**Adult/DW Career Specialist**

Ohio | Adams-Brown ⬛⬛ties

▶ Read mail

 



R█████ Chandler, Chair
Da█████ Poe, Vice Chair
M█████ Powell, Secretary
937-544-5547 ext. 113

dpoe@adamscountyhealth.org

# Coalition for a Drug Free Adams County

January 9th, 2020

L███ Hoop Opened with prayer.
Meeting called to order by Ra███ Chandler.
Minutes approved- motion approved L██ Hoop, seconded Susan Huff

Members Present:

1. Ra██y Chandler- Coalition Chair
2. Da████ Poe- Vice Chair
3. Ma███ Powell- Secretary Coalition/OMJ
4. Brett Spencer- Common Pleas Judge
5. He████Roush- Early Head Start
6. S████ Huff- OhioMeansJobs
7. Rh███Burton- Mid West Dream Center
8. C███Sheridan- Celebrate Recovery Church 180
9. Ha██y Pa███- Youth Coalition
10. Ca███Rains- Youth Coalition
11. S████Gross- 3 Waters Program Coordinator
12. Ashl██ Klickner- Youth Coalition
13. L███ Hoop- Link
14. Ja███ Francis- Mobility Manager
15. A█████Rust- Reporter
16. Sh████Ashley- Volunteer
17. B████y Mathias- Volunteer
18. W█████Jones- Volunteer
19. Sonya Meyer- ACCSB
20. T██Ballein- 3 Waters
21. Da███Black- Youth Coalition Chair
22. Pa███Cassidy- Winchester Baptist RU Addiction Recovery
23. Ki████McCann- Volunteer
24. R███Franklin- Prevention Committee
25. L██Becknell- Recovery Org.
26. K█████Jenkins- Recovery Org.

Review of Minutes- Approved no issues

Special Guest: Courtesy to Judge Spencer for Court Room space

## Sub Committees:

### Harm Reduction:

Accomplishments- medication drop boxes by sheriff's office, grant that helped us get and give out drug deactivation bags, national drug take-back day twice a year. Next take back is April 25th, promote Narcan distribution, and Hep C & HIV testing via Health Department.

Goals 2020: To unite/work with youth led coalition to provide support to Adams County Youth, look into other counties and see what else is out there, advertise the drug take-back day, promote involvement with community leaders... law enforcement... etc. utilize community calendar, maybe promote other forms of pain relief besides pain medication.



Coalition Chair: Randy Chandler (GE Aviation, US)
randy.chandler@ge.com
Vice Chair: Danielle Poe (Adams County Health Dep
dpoe@adamscountyhealth.org
Secretary: Roberta Osman (Adams County Courts)
rosman@adamscountycourts.com

## Coalition for a Drug Free Adams County
## Meeting Agenda 10/14/21

卟 SFY 2022 Specialized Dockets Subsidy Project Funding Opportunities

- OhioMHAS **Specialized Docket Subsidy** Project has two separate funding opportunities available to specialized dockets not currently receiving specialized docket subsidy funding or drug court grant funding from the Department and **must target addiction and/or mental health disorders.** One Request for Applications (RFA) has been made available for specialized dockets receiving final certification after July 1, 2019 and not previously certified. The other RFA is for specialized dockets which received its initial final certification before July 1, 2019 and operational specialized dockets seeking re-certification. The purpose of these funds is to offset the payroll costs for specialized dockets staff members. These funds can also be used to pay for clinical services provided by OhioMHAS certified addiction and/or mental health providers, medication assisted treatment (MAT) medications, urinalysis and recovery supports. The funding will be available for the periods of SFY 2022 - July 1, 2021 through June 30, 2022. And SFY 2023 – July 1, 2022 through June 30, 2023 . These funds can be retroactively applied for allowable expenses incurred on or after July 1, 2021. The RFAs, Project Application and Allowable Costs list are posted on the OhioMHAS Funding Opportunities webpage. All applications and accompanying documentation must be submitted via email at specialized.docket@mha.ohio.gov. This solicitation will remain open until all available funds have been awarded. Questions should be submitted to specialized.docket@mha.ohio.gov by Nov. 12.

G4

attendees as possible.

- **Drug Free Communities Grant-** 10-year grant. D█████ still working the grant specifics.

- **Health Department collaborating with UC on COSAC Grant-** contract in place with UC for Psychiatry Team for 3 days per week within Adams County. Therapy services are a part of the process used. There are also two case managers working at the Health Department that track each individual through the process. Referral process is in place for example with Dr. Quereshi and Dr. Campbell. This service is for everyone in the County to utilize. Coordinator A█████ Jordan is located in the Courthouse several days a week to assist with courthouse referral needs. D█████ will have R█████ provide the referral form to the group. Currently this service is for adults however, juveniles can be referred the process is slightly different on the Health Department end.

**New Business-**

- **Grants-** R████ Chandler suggested it would be nice if there was someone in the group that could focus specifically on identifying grant opportunities.



## ADAMS COUNTY PROBATION DEPARTMENT
### 110 WEST MAIN STREET
### WEST UNION, OHIO 45693

ADAMS COUNTY
COURTS

2023 APR 10 AM 11: 11

STATE OF OHIO
PLAINTIFF

VS.

R█████, ██████
DEFENDANT

CASE NO: CRI 20220065

NOTICE OF ALLEGED
SANCTION VIOLATIONS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The above-named Defendant was placed on Community Control by the Adams County Common Pleas Court on 11/29/2022 for a period of 3 years and signed the Conditions of Community Control with Chief Probation Officer, Chelsea Blevins, and acknowledged that he understood and would obey said conditions.

The undersigned alleges that the Defendant has violated the Conditions of Community Control in the following manner:

**Violation of Condition #1:** On April 1, 2023, Mr. Redmon had negative contact with Law Enforcement at West Union High School at the conclusion of a Pee Wee Cheer Competition and failed to report it to the courtesy supervising officer, Emily Ernst, Brown County Chief Probation officer.

**Violation of Condition #11:** On April 1, 2023, Mr. Redmon had personal contact with the victim, Kelsey Redmon, in Adams County, Ohio. It was reported to Brown County Probation that Mr. Redmon yelled at the victim from a distance, including telling their son to call the victim fat.

It is therefore requested that a Motion to Revoke Community Control heretofore granted said Defendant, be filed.

_Chelsea Blevins_

Chelsea Blevins, Chief Probation Officer
Adams County Probation Department

66

J517 P 490

FILED

2022 NOV -4 AM 11:56

Case # 2022-0065

Dear Judge Nusbaum,

I am asking the court to modify the order of no contact between myself and Joshua Redmon. We are currently on a parenting schedule and are unable to communicate or figure out transportation without contacting members of his family. I think that it is in the best interest for the children that myself and Joshua Redmon be able to contact each other through a parenting application where we will only speak about the children and parenting time arrangements. At this time, third party communication is not working out well.

Thank You,

*Kelsey Redmon*

Kelsey Redmon

G7



COURT OF COMMON PLEAS
CRIMINAL DIVISION
ADAMS COUNTY, OHIO

STATE OF OHIO                                    CASE No. 20220065

  PLAINTIFF

  VS                                             JUDGMENT ENTRY ON BOND
                                                 MODIFICATION

███████ REDM███           

  DEFENDANT

* * * * *

The Court grants the request of the alleged victim, in that the current court ordered no contact order on the bond, be modified to allow contact through a parenting application. This would allow for parenting time scheduling and transportation issues to be addressed and any other communication in regards to the children.

The clerk is instructed to deliver a copy of this Entry to counsel of record, and to the defendant

Dated:

_Scott W. Nusbaum_, w/ p\
SCOTT W. NUSBAUM, JUDGE. Coter
                                        11/9/3



J510



**Fwd: Visitation**

<██████████@gmail.com>                                            Wed, Sep 13, 2023 at 9:08 AM
To: Dawn Chappel <artkitten2@gmail.com>

---------- Forwarded message ----------
From: Kelsey.Redmon@jfs.ohio.gov <Kelsey.Redmon@jfs.ohio.gov>
Date: Thu, Nov 4, 2021, 10:44 AM
Subject: RE: Visitation
To: ████████████@gmail.com>
Cc: ████████████@gmail.com>

Hi ██████,

Thank you for reaching out.

I am in and out of the office today.

You can see your two older children at your mothers house when ████ and the other kids are not there.

Someone is suppose to reach out to you about visitations with onyx. Her name is Denise Sowards.

9375442511 ex 136

Again I am in and out of the office with a family emergency.

From: ████████████████
Sent: Wednesday, November 3, 2021 2:45 PM
To: Redmon, Kelsey N <██████████████>
Subject: Visitation

This is ████████████ and I would like to set up visitation with ████ and I was informed by my attorney to contact you prior to visiting ████ and ████ if you would call me at ██████████ the soonest possible time I would appreciate it

G10

| FAMILY NAME: | PLAN STATUS: | AGENCY CASE NUMBER: |
|---|---|---|
| Sv___ Da___ | Approved | 61573212 |

J___ is currently on probation through Adams County Juvenile Probation and has an ankle monitor. J___ is in placement at Wilson Children's Home. J___ will receive mental health counseling, medication monitoring services, independent living and transportation for all needed appointments while in placement at Wilson Children's Home.

**How will the placement meet the Family Case Plan Goals of the Child?**
The case plan goal is reunification. Visitations with mother will be coordinated by caseworker.

**What is the proximity of the placement to the parent, guardian, custodian? What transportation problems might create obstacles to visitation? How will the agency resolve these obstacles?**
Transportation is provided by agency

**Is the youth receiving Prevention Services to help with the parenting of their child?**
No

*Educational Stability Assurances*

**Did the child remain in the school in which the child was enrolled at the time of placement?**
No

**Describe how the agency considered the appropriateness of the current educational setting and the proximity to the school in which the child is enrolled at the time of the placement.**
J___ was attending school online prior to placement and will be enrolled in West Union High School upon admission. All necessary documents will be completed by caseworker for transfer.

**Since the child did not remain in the same school, describe how the agency coordinated the appropriate local educational agencies to determine this was in the best interest of the child.**
J___ was attending school online prior to placement and will be enrolled in West Union High School upon admission. All necessary documents will be completed by caseworker for transfer.

**Describe how the agency and local educational agencies ensured the immediate and appropriate enrollment in the new school with all the educational records of the child provided to the new school.**
J___ was attending school online prior to placement and will be enrolled in West Union High School upon admission. All necessary documents will be completed by caseworker for transfer.

## VISITATION

*Visitation Summary:*

Ja___n Sv___k-Female Age 17 has no ault visitors

**Justification for not having adult visitors:**
No visitations face to face with mother at this time as mother, Da___ Sv___ ordered no contact. Approved for supervised phone calls only.

*Adult Visitation Summary:*
No Visitation Plans

### Sibling Visitation Summary

*Details about siblings visiting each other has not yet been added.*

### Sibling Not Visiting Each Other
*Details about siblings not visiting each other has not yet been added.*

9:26   ·

⟨ Ashlee Moore ⋮

I have the paperwork to
be able to prove these
facts if you need them
just letting you know
and you told me that we
needed three negative
screens shirley says five
could u please let me
know which you need we
are prepared to get five if
need be

Were prepared to aim for
five i should say

5:17 PM

Thursday, November 17, 2022

We normally say 3 but
the magistrate at times
says 5 so that will be up
to him on Wednesday at
the court hearing. Again
we will only accept drug
screens completed by us
or by a licensed physician
or hospital. The mouth
swab should be back next
week to tell for sure what
we are looking at

8:43 AM ⌄

G72

⊠ In addition to any drug screen conducted at visitation the agency is to conduct at least ⊠1 ☐2 ☐3 random, unannounced drug screen(s) every ⊠1 ☐2 ☐ 3 months until the next hearing. The Agency is to inform the GAL of the results of any screen conducted within 48 hours of receiving the result.

⊠ If a parent fails a drug screen, visitation with the child shall be suspended until such time as the parent has three consecutive clean drug screens within two weeks of the failed screen. At least one of the screens must be random and unannounced. If the parent is unable to complete three consecutive clean drug screens, the GAL shall be notified, visitation will be suspended, and a motion for hearing shall be filed with the Court.

⊠ April COMBS ⊠ Michael RICHARDS shall submit to toxicology screens at the discretion of the substance use disorder treatment provider, the ACCSB and/or the Court. the results

⊠ April COMBS and Michael RICHARDS shall provide their caseworker with their current work schedule within 7 days of this entry in order that home visits, visitation, and/or drug screens may be conducted.

⊠ IT IS FURTHER ORDERED, that the Adams County/Ohio Valley School District bear the costs of education pursuant to Sections 2151.35(8)(3) and 2151.362 of the Ohio Revised Code. In accordance with 42 U.S.C. Section 11431, the above-referenced child is entitled to immediate enrollment in school as defined by O.R.C. Section 3313.64. The enrollment of a child in a school district under this division shall not be denied due to a delay in the school district's receipt of any records required under Section 3313.672 of the Revised Code or any other records required/or enrollment. The child's grades, credits, official transcripts, diploma, IEPs or 504 plans shall be transferred immediately upon request of the child's new school. The parent(s) or custodians shall sign a release of school records. *Pursuant to R.C.2151.362, the Court is only required to make the initial determination of which school district is to bear costs of education and any subsequent change to the responsible district shall be made by the Ohio Department of Education.*

1. IT IS FURTHER ORDERED, that this remains scheduled for Disposition on Wednesday, December 15, 2021 at 2:00 PM.

⊠ *Due to the COVID-19 pandemic, your next hearing date may be continued or you may be ordered to appear by audio/video conference. You must maintain contact with your Agency caseworker. You are ordered provide a working cell phone number and an email address if available to your caseworker.*

NOTE: Facial Coverings (Masks) are required at the Court while you are waiting for your hearing and in the Courtroom. If you don't have a mask, the Court will provide one. If you refuse to wear a mask you may be deemed to have not appeared for your hearing, or may be subject to Contempt proceedings, and you may be asked to leave the Courthouse. If you have a medical condition that prevents you from wearing a mask, you must bring documentation of the condition from a medical provider. All until further order of the Court.



department for drug screening AFTER you check in at the Juvenile Court window. If your cas[e] plan requires you to participate in a program, you are ordered to meaningfully participate in th[e] program, not just merely attend. The goal of a case plan is to resolve and address the behavio[r] and/or issues that resulted in the agency involvement. If the issues have not been resolve[d] reunification and/or termination of agency involvement may not occur.

☒ That BOTH PARENTS are ordered to have ☒ mental health ☒ substance abuse assessment[s] ☒ as required by the case plan ☒ with Community Coordinator Angela Jordan and the writte[n] assessments with recommendations are to be forwarded to the Adams County Children Service[s] Board (ACCSB) and the GAL within thirty days of the order requiring said assessments. Th[e] recommendations of the assessor shall then be incorporated into the case plan. The ☒ GAL ☒ Caseworker is to communicate with the community coordinator prior to the assessment t[o] inform her of the nature of the assessment required.

☒ IT IS ORDERED, that it is in the best interest of the child(ren) that the following orders sha[ll] apply with regards to **visitation and drug screening**:

☒ Visitation with ☒ All Parents ☐ Dawn CHAPPEL ☐ Eric McKINZIE is at th[e] discretion of the ☒ agency ☒ GAL subject to ☒ clean drug screens ☒ compliance wit[h] case plan and any restrictions imposed by the COVID-19 pandemic.

☒ In addition to any drug screen conducted at visitation the agency is to conduct at lea[st] ☒ 1 ☐ 2 ☐ 3 random, unannounced drug screen(s) every ☒ 1 ☐ 2 ☐ 3 months un[til] the next hearing. The Agency is to inform the GAL of the results of any scree[n] conducted within 48 hours of receiving the result.

☒ If a parent fails a drug screen, visitation with the child shall be suspended until such tim[e] as the parent has three consecutive clean drug screens within two weeks of the faile[d] screen. At least one of the screens must be random and unannounced. If the parent [is] unable to complete ☐ Three (3) ☒ Five (5) consecutive clean drug screens, the GA[L] shall be notified, visitation will be suspended, and a motion for hearing shall be file[d] with the Court.

☒ If any parent has failed a drug screen, the visitation order set forth above shall not beg[in] until they have had ☐ Three (3) ☒ Five (5) clean drug screens since their last faile[d] drug screen.

☒ Dawn CHAPPEL ☒ Eric MCKINZIE shall submit to toxicology screens at th[e] discretion of the substance use disorder treatment provider, the ACCSB and/or the

☒ IT IS FURTHER ORDERED, that the Adams County/Ohio Valley School District bear the cos[t] of education pursuant to Sections 2151.35(8)(3) and 2151.362 of the Ohio Revised Code. [In] accordance with 42 U.S.C. Section 11431, the above-referenced child is entitled to immedia[te] enrollment in school as defined by O.R.C. Section 3313.64. The enrollment of a child in [a] school district under this division shall not be denied due to a delay in the school distric[t] receipt of any records required under Section 3313.672 of the Revised Code or any other recor[d] required and/or enrollment. The child's grades, credits, official transcripts, diploma, IEPs or 50[4] plans shall be transferred immediately upon request of the child's new school. The parent(s) or custodians shall sign a release of school records. *Pursuant to R.C.2151.362, the Court is on[ly] required to make the initial determination of which school district is to bear costs of educatio[n] and any subsequent change to the responsible district shall be made by the Ohio Departme[nt] of Education.*

G14



Ashlee Moore
JUL 13 AT 11:34 PM

👍❤️ 101                                          14 comments

↪ Share

G15

**E-mail:**  chris.moore@adamscountyoh.gov

**Address:** 110 West Main Street Room # 133 West Union, OH 45693







**‹ Ashlee Moore**
3:48 PM, Nov 15

We always want children with their parents as that is the best scenario but we have to make sure that the children are in no danger of harm. When there are people we know to be using drugs in your home then we have to verify that you are not using them. If we cannot verify that we have to be concerned that something could cause the children harm. Our job is to help you get the help you need so that you can be a successful family. Without drug screens and cooperation it is hard for us to work together with you to accomplish that

3:12 🖼 🖨 M ·

**‹ Ashlee Moore**
3:22 PM, Nov 30

The workers for April have already testified to what happened with her and there statements were found to be true in court. You can continue to disagree with everything and act as if none of this happened but it has been proven true. The drug use by you and by Eric is the main reason your children were removed from your home. Focus on that and get clean so they can come home

*If Kelsey's testimony was proven true the Ashlee's must be proven false*

2:58 🖼 🖨 M ·

**‹ Ashlee Moore**
9:41 AM, Nov 18

You will need to talk with your attorney about the motion for discovery. Although there will not be much for that aside from pictures and the drug screen results. When the results of the mouth swab come back I will have you come in and do another urine screen. I will come and look at the house next week most likely before the court hearing on Wednesday. We will discuss on Wednesday at court about thanksgiving after hearing what the magistrate orders

*H1*

3:04 M  ⊕ ⌨ • 🕐 📶 25%

< **9378928147**
11:23 AM, Apr 21

I look forward to working with you guys. I have met both of your kids and they love you guys very much. ==So I hope we can work well together in order to get them home. That's what they want more than anything.== I will touch base with the health department before court so that I have all of your information updated for the court.

ᕼᗝ

Copy text    Share    More

# 1040-X

Department of the Treasury—Internal Revenue Service

## Amended U.S. Individual Income Tax Return

OMB No. 1545-0074

(Rev. July 2021)

▶ Use this revision to amend 2019 or later tax returns.
▶ Go to *www.irs.gov/Form1040X* for instructions and the latest information.

This return is for calendar year (enter year) **2021** or fiscal year (enter month and year ended)

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| dawn M | chappel | 387 |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |

| Current home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | Your phone number |
|---|---|---|
| | | (513)339-3830 |

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below. See instructions.

Winchester OH 45697

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|

**Amended return filing status.** You **must** check one box even if you are not changing your filing status. **Caution:** In general, you can't change your filing status from married filing jointly to married filing separately after the return due date.

☐ Single ☐ Married filing jointly ☐ Married filing separately (MFS) ☒ Head of household (HOH) ☐ Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ▶

| Enter on lines 1 through 23, columns A through C, the amounts for the return year entered above. Use Part III on page 2 to explain any changes. | | A. Original amount reported or as previously adjusted (see instructions) | B. Net change— amount of increase or (decrease)— explain in Part III | C. Correct amount |
|---|---|---|---|---|
| **Income and Deductions** | | | | |
| 1 Adjusted gross income. If a net operating loss (NOL) carryback is included, check here ▶ ☐ | 1 | 14,914. | -610. | 14,304. |
| 2 Itemized deductions or standard deduction | 2 | 18,800. | 0. | 18,800. |
| 3 Subtract line 2 from line 1 | 3 | -3,886. | -610. | -4,496. |
| 4a Reserved for future use | 4a | | | |
| b Qualified business income deduction | 4b | 0. | 0. | 0. |
| 5 Taxable income. Subtract line 4b from line 3. If the result is zero or less, enter -0- | 5 | 0. | 0. | 0. |
| **Tax Liability** | | | | |
| 6 Tax. Enter method(s) used to figure tax (see instructions): Table | 6 | 0. | 0. | 0. |
| 7 Nonrefundable credits. If a general business credit carryback is included, check here ▶ ☐ | 7 | 0. | 0. | |
| 8 Subtract line 7 from line 6. If the result is zero or less, enter -0- | 8 | 0. | 0. | 0. |
| 9 Reserved for future use | 9 | | | |
| 10 Other taxes | 10 | 0. | 0. | 0. |
| 11 Total tax. Add lines 8 and 10 | 11 | 0. | 0. | 0. |
| **Payments** | | | | |
| 12 Federal income tax withheld and excess social security and tier 1 RRTA tax withheld. **(If changing,** see instructions.) | 12 | 288. | 0. | 288. |
| 13 Estimated tax payments, including amount applied from prior year's return | 13 | 0. | 0. | |
| 14 Earned income credit (EIC) | 14 | 2,930. | -280. | 2,650. |
| 15 Refundable credits from: ☒ Schedule 8812 Form(s) ☐ 2439 ☐ 4136 ☐ 8863 ☐ 8885 ☐ 8962 or ☒ other (specify): | 15 | 4,400. | 300. | 4,700. |
| 16 Total amount paid with request for extension of time to file, tax paid with original return, and additional tax paid after return was filed | 16 | | | 0. |
| 17 Total payments. Add lines 12 through 15, column C, and line 16 | 17 | | | 7,638. |
| **Refund or Amount You Owe** | | | | |
| 18 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 18 | | | 7,618. |
| 19 Subtract line 18 from line 17. (If less than zero, see instructions.) | 19 | | | 20. |
| 20 **Amount you owe.** If line 11, column C, is more than line 19, enter the difference | 20 | | | |
| 21 If line 11, column C, is less than line 19, enter the difference. This is the amount **overpaid** | 21 | | | 20. |
| 22 Amount of line 21 you want **refunded** to you | 22 | | | 20. |
| 23 Amount of line 21 you want **applied** to your (enter year): estimated tax | 23 | | | |

Complete and sign this form on page 2.

# Form 1040

Department of the Treasury—Internal Revenue Service (99)

## U.S. Individual Income Tax Return

**2020** OMB No. 1545-0074 IRS Use Only—Do not write or staple in this space.

**Filing Status**
Check only one box.

☐ Single ☐ Married filing jointly ☐ Married filing separately (MFS) ☒ Head of household (HOH) ☐ Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| dawn M | chappel | ▨ 87 |

| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
|---|---|---|

Home address (number and street). If you have a P.O. box, see instructions.      Apt. no.

| City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code |
|---|---|---|
| Winchester | OH | 456979417 |

Foreign country name | Foreign province/state/county | Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

At any time during 2020, did you receive, sell, send, exchange, or otherwise acquire any financial interest in any virtual currency? ☐ Yes ☒ No

**Standard Deduction**

Someone can claim: ☐ You as a dependent ☐ Your spouse as a dependent

☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: ☐ Were born before January 2, 1956 ☐ Are blind    Spouse: ☐ Was born before January 2, 1956 ☐ Is blind

**Dependents** (see instructions):
If more than four dependents, see instructions and check here ▶

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) ✔ if qualifies for (see instructions): | |
|---|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
| ▨ n ▨ | ▨ 78 | Daughter | ☒ | ☐ |
| ▨ | ▨ 16 | Son | ☒ | ☐ |
| ▨ | ▨ 31 | Other | ☐ | ☒ |
| | | | ☐ | ☐ |

Attach Sch. B if required.

Standard Deduction for—
• Single or Married filing separately, $12,400
• Married filing jointly or Qualifying widow(er), $24,800
• Head of household, $18,650
• If you checked any box under Standard Deduction, see instructions.

| | | | | |
|---|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | 1 | |
| 2a | Tax-exempt interest | 2a | b Taxable interest | 2b | |
| 3a | Qualified dividends | 3a | b Ordinary dividends | 3b | |
| 4a | IRA distributions | 4a | b Taxable amount | 4b | |
| 5a | Pensions and annuities | 5a | b Taxable amount | 5b | |
| 6a | Social security benefits | 6a | b Taxable amount | 6b | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | | 7 | |
| 8 | Other income from Schedule 1, line 9 | | 8 | 13,696. |
| 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** ▶ | | 9 | 13,696. |
| 10 | Adjustments to income: | | | |
| a | From Schedule 1, line 22 | 10a | | |
| b | Charitable contributions if you take the standard deduction. See instructions | 10b | | |
| c | Add lines 10a and 10b. These are your **total adjustments to income** ▶ | | 10c | |
| 11 | Subtract line 10c from line 9. This is your **adjusted gross income** ▶ | | 11 | 13,696. |
| 12 | **Standard deduction or itemized deductions** (from Schedule A) | | 12 | 18,650. |
| 13 | Qualified business income deduction. Attach Form 8995 or Form 8995-A | | 13 | 0. |
| 14 | Add lines 12 and 13 | | 14 | 18,650. |
| 15 | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0- | | 15 | 0. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.      Form **1040** (2020)



# 1040 U.S. Individual Income Tax Return

Department of the Treasury—Internal Revenue Service (99)

2021 OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space.

**Filing Status**
Check only one box.

☐ Single ☐ Married filing jointly ☐ Married filing separately (MFS) ☒ Head of household (HOH) ☐ Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| dawn M | chappel | ███ 87 |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | **Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.
☐ You ☐ Spouse

City, town, or post office. If you have a foreign address, also complete spaces below. | State OH | ZIP code 45697
Winchester

Foreign country name | Foreign province/state/county | Foreign postal code

At any time during 2021, did you receive, sell, exchange, or otherwise dispose of any financial interest in any virtual currency? ☐ Yes ☒ No

**Standard Deduction** Someone can claim: ☐ You as a dependent ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: ☐ Were born before January 2, 1957 ☐ Are blind Spouse: ☐ Was born before January 2, 1957 ☐ Is blind

**Dependents** (see instructions):
If more than four dependents, see instructions and check here ▶ ☐

| (1) First name  Last name | (2) Social security number | (3) Relationship to you | (4) ✔ if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| ███ | ███78 | Daughter | ☒ | ☐ |
| ███ | ███16 | Son | ☒ | ☐ |
| ███ | ███31 | Other | ☐ | ☒ |

Attach Sch. B if required.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | | | | 1 | |
| 2a | Tax-exempt interest | 2a | | b Taxable interest | | 2b | |
| 3a | Qualified dividends | 3a | | b Ordinary dividends | | 3b | |
| 4a | IRA distributions | 4a | | b Taxable amount | | 4b | |
| 5a | Pensions and annuities | 5a | | b Taxable amount | | 5b | |
| 6a | Social security benefits | 6a | | b Taxable amount | | 6b | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | | | | | 7 | |
| 8 | Other income from Schedule 1, line 10 | | | | | 8 | 14,914. |
| 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** ▶ | | | | | 9 | 14,914. |
| 10 | Adjustments to income from Schedule 1, line 26 | | | | | 10 | |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** ▶ | | | | | 11 | 14,914. |
| 12a | Standard deduction or itemized deductions (from Schedule A) | 12a | 18,800. | | | | |
| b | Charitable contributions if you take the standard deduction (see instructions) | 12b | | | | | |
| c | Add lines 12a and 12b | | | | | 12c | 18,800. |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | | | | | 13 | 0. |
| 14 | Add lines 12c and 13 | | | | | 14 | 18,800. |
| 15 | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0- | | | | | 15 | 0. |

**Standard Deduction for—**
- Single or Married filing separately, $12,550
- Married filing jointly or Qualifying widow(er), $25,100
- Head of household, $18,800
- If you checked any box under Standard Deduction, see instructions.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.

Form **1040** (2021)

| SCHEDULE C (Form 1040) | **Profit or Loss From Business** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | (Sole Proprietorship)<br>Go to *www.irs.gov/ScheduleC* for instructions and the latest information.<br>Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships must generally file Form 1065. | 2022<br>Attachment Sequence No. 09 |

| | | |
|---|---|---|
| Name of proprietor<br>dawn M chappel | | Social security number (SSN)<br>___-__-887 |

| A | Principal business or profession, including product or service (see instructions)<br>personalized goods and engravings | B | Enter code from instructions<br>9 9 9 9 9 9 |
|---|---|---|---|
| C | Business name. If no separate business name, leave blank.<br>EaZy Creations | D | Employer ID number (EIN) (see instr.)<br>___ 2 7 |

| E | Business address (including suite or room no.) |
|---|---|
| | City, town or post office, state, and ZIP code    Winchester, OH 45697 |

| F | Accounting method: | (1) ☒ Cash | (2) ☐ Accrual | (3) ☐ Other (specify) | | | |
|---|---|---|---|---|---|---|---|
| G | Did you "materially participate" in the operation of this business during 2022? If "No," see instructions for limit on losses | | | | | ☒ Yes | ☐ No |
| H | If you started or acquired this business during 2022, check here | | | | | ☐ | |
| I | Did you make any payments in 2022 that would require you to file Form(s) 1099? See instructions | | | | | ☐ Yes | ☒ No |
| J | If "Yes," did you or will you file required Form(s) 1099? | | | | | ☐ Yes | ☐ No |

**Part I    Income**

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked    ☐ | 1 | 16,280. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 16,280. |
| 4 | Cost of goods sold (from line 42) | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 16,280. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | Gross income. Add lines 5 and 6 | 7 | 16,280. |

**Part II    Expenses.** Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | 35. | 18 | Office expense (see instructions) | 18 | |
| 9 | Car and truck expenses (see instructions) | 9 | 2,044. | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | 12 | | b | Other business property | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 21 | Repairs and maintenance | 21 | |
| | | | | 22 | Supplies (not included in Part III) | 22 | 428. |
| | | | | 23 | Taxes and licenses | 23 | |
| | | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | a | Travel | 24a | |
| 15 | Insurance (other than health) | 15 | | b | Deductible meals (see instructions) | 24b | 125. |
| 16 | Interest (see instructions): | | | 25 | Utilities | 25 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) | 26 | |
| b | Other | 16b | | 27a | Other expenses (from line 48) | 27a | |
| 17 | Legal and professional services | 17 | | b | Reserved for future use | 27b | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27a | | | | | 28 | 2,632. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | | | | | 29 | 13,648. |

| | |
|---|---|
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions.<br>**Simplified method filers only:** Enter the total square footage of (a) your home: _____<br>and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 |

| | | |
|---|---|---|
| | | 30 | |

| | | |
|---|---|---|
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | 13,648. |
| | • If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions.) Estates and trusts, enter on **Form 1041, line 3.**<br>• If a loss, you **must** go to line 32. | |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions. | |
| | • If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.** | 32a ☐ All investment is at risk.<br>32b ☐ Some investment is not at risk. |
| | • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | |

H5



| DATE | DOCUMENT ID | DESCRIPTION | FILING | EXPED | CERT | COPY |
|------|-------------|-------------|--------|-------|------|------|
| 08/20/2020 | 202023005798 | TRADE NAME REGISTRATION (RNO) | 39.00 | 0.00 | 0.00 | 0.00 |

**Receipt**

This is not a bill. Please do not remit payment.

EAZY CREATIONS

~~██████████ RD~~

WINCHESTER, OH 45697

# STATE OF OHIO
## CERTIFICATE

### Ohio Secretary of State, Frank LaRose
4527619

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**EAZY CREATIONS**

and, that said business records show the filing and recording of:

| Document(s) | Document No(s): |
|-------------|-----------------|
| **TRADE NAME REGISTRATION** | **202023005798** |

**Effective Date:   08/17/2020**

Date of First Use:      01/01/2018          DAWN M CHAPPEL

                                            WINCHESTER, OH 45697

Expiration Date:        08/17/2025

United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the
Secretary of State at Columbus, Ohio this
20th day of August, A.D. 2020.

**Ohio Secretary of State**

# Certificate of Completion

### THIS ACKNOWLEDGES THAT

# Dawn Chappel

## HAS COMPLETED THE PARENTING SKILLS
## TOOLS AND MODULES PROGRAM

Conducted by the Adams County Probation Department

*Roberta Ooman*
COURSE FACILITATOR

FEBRUARY 8, 2023



North Adams High School
96 Green Devil Dr
Seaman, OH 45679
(937)386-2528

Mr. Karl Boerger
Principal

| STUDENT NAME | BIRTHDATE | GENDER | GRADE | SCHOOL YEAR | STUDENT ID | HOMEROOM |
|---|---|---|---|---|---|---|
| Chappell, Terra | 2009 | F | 08 | 2022 | 9056616 | |

| COURSE | SEC | COURSE NAME | TEACHER | Qtr1 | | FIN | | CRED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Qtr | | Finl | | | |
| 0860 | 41 | COMPUTER/TEC LITE | Gustin | 86 | B | 86 | B | 0.000 | |

| COURSE | SEC | COURSE NAME | TEACHER | Qtr1 | Qtr2 | Qtr3 | Qtr4 | EXAM | FIN | CRED | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Qtr | Qtr | Qtr | Qtr | Exam | Finl | | |
| 0818 | 1 | LANGUAGE ARTS 8 | Collett | 74 C | | | | | | 0.000 | |
| 0830 | 2 | MATH 8 | McIntosh | 91 B | | | | | | 0.000 | |
| 0840 | 4 | SCIENCE 8 | Young | 87 B | | | | | | 0.000 | |
| 0820 | 3 | SOCIAL STUDIES 8 | Smiley | 83 B | | | | | | 0.000 | |

*I got a call from T.C. teacher a week prior to ~~their~~ my childrens coerced removal*

*#13*

| Attendance Hours | | | | | | |
|---|---|---|---|---|---|---|
| | Qtr1 | | | | Total | |
| Present | Absent | | Tardy # | Present | Absent | Tardy # |
| 236.65 | 32.35 | 1 | 0 | 236.65 | 32.35 | 0 |

*Stating T.C. was doing exceptionally well this year ↓*

Terra Chappell
341 Sunshine Ave
Winchester, OH                45697

**Grade Scale:**

| A 93-100 | C 73-82 | F 64 and below |
|----------|---------|----------------|
| B 83-92  | D 65-72 |                |

## Language Arts

| Reading | 1 | 2 | 3 | 4 | Final |
|---------|---|---|---|---|-------|
| Reading Level | 2.1 | | | | |
| Mark | C | | | | |
| Final | | | | | |
| Promoted | | | | | |
| Placed | | | | | |
| Retained | | | | | |

| Writing | 1 | 2 | 3 | 4 | Final |
|---------|---|---|---|---|-------|
| Mark | B | | | | |
| Final | | | | | |
| Comment: | | | | | |

| Science | 1 | 2 | 3 | 4 | Final |
|---------|---|---|---|---|-------|
| Mark | C | | | | |
| Final | | | | | |
| Comment: | | | | | |

| Social Studies | 1 | 2 | 3 | 4 | Final |
|----------------|---|---|---|---|-------|
| Mark | C | | | | |
| Final | | | | | |
| Comment: | | | | | |

| Health | 1 | 2 | 3 | 4 | Final |
|--------|---|---|---|---|-------|
| Mark | A | | | | |
| Final | | | | | |
| Comment: | | | | | |

| Mathematics | 1 | 2 | 3 | 4 | Final |
|-------------|---|---|---|---|-------|
| Mark | C | | | | |
| Final | | | | | |
| Comment: | | | | | |

H14



Grade Scale:
O - Outstanding
N - Needs Improvement
S - Satisfactory

| Art | 1 | 2 | 3 | 4 | Fin |
|---|---|---|---|---|---|
| Mark | A | | | | |
| Final | | | | | |
| Comment: | | | | | |

| Physical Education | 1 | 2 | 3 | 4 | Fin |
|---|---|---|---|---|---|
| Mark | A | | | | |
| Final | | | | | |
| Comment: | | | | | |

| Music | 1 | 2 | 3 | 4 | Fin |
|---|---|---|---|---|---|
| Mark | A | | | | |
| Final | | | | | |
| Comment: | | | | | |

| Band | 1 | 2 | 3 | 4 | Fin |
|---|---|---|---|---|---|
| Mark | | | | | |
| Final | | | | | |
| Comment: | | | | | |

| Computer Tech Literacy | 1 | 2 | 3 | 4 | Fin |
|---|---|---|---|---|---|
| Mark | A | | | | |
| Final | | | | | |
| Comment: | | | | | |

| Attendance | 1 | 2 | 3 | 4 | Fin |
|---|---|---|---|---|---|
| Days Absent | 7 | | | | |
| Hours Absent | 42.07 | | | | |
| Times Tardy | 0 | | | | |

| PATIENT: | E█M█ |
|---|---|
| DATE OF BIRTH: | █/2013 |
| DATE: | 08/19/2019 12:15 PM |
| HISTORIAN: | mother |
| VISIT TYPE: | Office Visit |

This 6 year 6 month old male presents for f/u ADHD meds.

History of Present Illness:

1. f/u ADHD meds
Previously switched in May from 5mg XR Adderall to 10mg. Last year the teacher was saying that it was wearing off after lunch. Used to take it at 6:30am. At home mother noticed on the new dosage that he had problems saying what was on his mind, seemed to struggling talking or thinking straight. Denies, insomnia, palpitations or decreased appetite.

Intake Comments: mom states pt not taking meds felt higher dose was too stronge, pt was stuttering and pt didn't like meds.

## PAST MEDICAL/SURGICAL HISTORY (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| Methicillin-resistant Staphylococcus aureus (MRSA) | 2013 | oral antibiotic therapy | | |
| Pneumonia | 2013 | Hospitalization | | |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| Close relative | | | | Obesity | | N |
| Father | | | | Allergies | | N |
| Father | | | | Hearing problems | | N |
| Father | | | | Asthma | | N |
| Mother | | | | Migraines | | N |
| Mother | | | | Heart disease | | N |
| Mother | | | | vision problems | | N |

# HealthSource
of Ohio

| PATIENT: | E  M |
|---|---|
| DATE OF BIRTH: | 2013 |
| DATE: | 10/23/2019 10:15 AM |
| HISTORIAN: | mother |
| VISIT TYPE: | Office Visit |

This 6 year 8 month old **male presents for f/u ADHD meds.**

History of Present Illness:

1. f/u ADHD meds
6 yr old M here for medication f/u
-currently in first grade. he is doing poorly in school. He has been suspended from bus 3 times and school twice already this year mainly for not keeping his hands to himself. He often refuses to do work and can't sit still. Family stoped medicine about 2 weeks ago because they felt it was making things worse. School disagrees

Intake Comments: mom states they stopped ADHD meds last week, seemed to make pt worse was getting into trouble at school and teachers were removing pt from class

## PAST MEDICAL/SURGICAL HISTORY (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| Methicillin-resistant Staphylococcus aureus (MRSA) | 2013 | oral antibiotic therapy | | |
| Pneumonia | 2013 | Hospitalization | | |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| Close relative | | | | Obesity | | N |
| Father | | | | Asthma | | N |
| Father | | | | Hearing problems | | N |
| Father | | | | Allergies | | N |
| Mother | | | | Heart disease | | N |
| Mother | | | | Migraines | | N |
| Mother | | | | vision problems | | N |

M  B  000000116938  2013 10/23/2019 10:15 AM 1/5



**HealthSource** of Ohio

PATIENT:              Er█ M█████
DATE OF BIRTH:        ██████2013
DATE:                 11/11/2021 11:30 AM
HISTORIAN:            mother
VISIT TYPE:           Well child

This 8 year 9 month old male presents for Well child HPI.

History of Present Illness:
1. Well child HPI
He has not been taking medication which we were on last year behavior has improved markedly.
- He is less hyperactive or acting out has reduced
- no longer having problems keeping his has to himself


Teachers report his most recent difficulty at school is with his reading ability

He enjoys playing video games
- he eats school food and a varied diet at home
- favorite vegetable is "tomato soup"

## PAST MEDICAL/SURGICAL HISTORY  (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| Methicillin-resistant Staphylococcus aureus (MRSA) | 2013 | oral antibiotic therapy | | |
| Pneumonia | 2013 | Hospitalization | | |

## Family History  (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|

M█████, ██ 000000116938█ ████2013 11/11/2021 11:30 AM 1/5

**HealthSource Of Ohio**
**424 Wards Corner Road Suite 200**

**Loveland, OH 451406966**

Patient: Te█ Ct████
Date of Birth: █████1/2009
Report Date: 02/20/2023

CDC Recommended Vaccines (Pediatric)

| Vaccine Group | Dose 1 | Dose 2 | Dose 3 | Dose 4 | Dose 5 | Dose 6 | Dose 7 | Most Recent |
|---|---|---|---|---|---|---|---|---|
| Td | | | | | | | | |
| Zoster | | | | | | | | |
| Meningococcal B | | | | | | | | |

| Vaccine Group | Dose 1 | Dose 2 | Dose 3 | Dose 4 | Dose 5 | Dose 6 | Dose 7 | Most Recent |
|---|---|---|---|---|---|---|---|---|
| Influenza | 10/6/2009 Age: 6 mo -5 days | 12/2/2009 Age: 8 mo -9 days | 1/11/2010 Age: 10 mo | 12/4/2013 Age: 4 | 12/4/2013 Age: 4 | 10/6/2015 Age: 6 | 9/20/2016 Age: 7 | 11/11/2021 Age: 12 |
| Tdap | 11/11/2021 Age: 12 | | | | | | | |
| Varicella | 6/11/2010 Age: 15 mo | 7/26/2013 Age: 4 | | | | | | |
| HPV | 11/11/2021 Age: 12 | | | | | | | |
| MMR | 6/11/2010 Age: 15 mo | 7/26/2013 Age: 4 | | | | | | |
| Pneumococcal | 6/1/2009 Age: 2 mo -10 days | 7/19/2009 Age: 4 mo 8 days | 9/18/2009 Age: 6 mo 7 days | 6/11/2010 Age: 15 mo | | | | |
| Meningococcal | 11/11/2021 Age: 12 | | | | | | | |
| Hep A | 7/26/2013 Age: 4 | 9/20/2016 Age: 7 | | | | | | |
| Hep b | 3/11/2009 | 4/14/2009 Age: 1 mo 3 days | 9/18/2009 Age: 6 mo 7 days | | | | | |
| HIB | 6/1/2009 Age: 2 mo -10 days | 7/19/2009 Age: 4 mo 8 days | 9/18/2009 Age: 6 mo 7 days | 6/11/2010 Age: 15 mo | | | | |
| Rotavirus | 6/1/2009 Age: 2 mo -10 days | 7/19/2009 Age: 4 mo 8 days | 9/18/2009 Age: 6 mo 7 days | | | | | |
| DTaP | 6/1/2009 Age: 2 mo -10 days | 7/19/2009 Age: 4 mo 8 days | 9/18/2009 Age: 6 mo 7 days | 6/11/2010 Age: 15 mo | 7/26/2013 Age: 4 | | | |
| Polio | 6/1/2009 Age: 2 mo -10 days | 7/19/2009 Age: 4 mo 8 days | 9/18/2009 Age: 6 mo 7 days | 7/26/2013 Age: 4 | | | | |

**Immunization Allergies**

| Allergy | Status |
|---|---|
| Egg Allergy | No |
| Neomycin Allergy | No |
| Latex Allergy | No |
| Gelatin Allergy | No |





## Physical Exam

**Constitutional:**

No acute distress. Well nourished.

**Eyes:**

Right

No injection.

PERRLA.

Left

No injection.

PERRLA.

**Ears:**

Right:

Unremarkable to inspection. Canal normal in caliber, no excessive cerumen, no drainage. Normal tympanic membrane.

Left:

Unremarkable to inspection. Canal normal in caliber, no excessive cerumen, no drainage. Normal tympanic membrane.

**Nose / Mouth / Throat:**

**Right Naris:** No discharge

**Left Naris:** No discharge

**Nasal Mucosa:** No mucosal abnormality

**Lips/Teeth/Gums:** Normal teeth and gums

**Palate & Uvula:** appear symmetric and normal

**Tonsils:** No tonsillar hypertrophy or exudates

**Oropharynx:** post nasal discharge.

**Lymphatic:** No abnormal cervical, supraclavicular or axillary adenopathy is noted.

**Respiratory:**

Lungs clear to auscultation. There is no cough. Respiratory effort is normal.

**Cardiovascular:**

**Murmurs:** None.

**Rate and Rhythm:** Rhythm is regular.

**Vascular:**

**Pulses:**

Capillary refill is: less than 2 seconds.

**Integumentary:**

No impressive skin lesions present.

## Assessment Plan

**Upper respiratory infection (465.9)**

## MEDICATIONS: ACTIVE

| Started | Medication | Directions | Date Last Renewed |
|---|---|---|---|
| 07/18/2013 | Claritin 5 mg/5 mL Oral Soln | take 5 Milliliter (5MG) by oral route every evening | 07/18/2013 |

**Office Services:**

**Instructions / Education:**

| Status | Completed | Order | Reason |
|---|---|---|---|
| completed | 07/18/2013 | Claritin daily | |
| completed | 07/18/2013 | Saline spray, nasal aspiration, humidifier in | |



Left:

Canal normal in caliber, no excessive cerumen, no drainage. Normal tympanic membrane.

**Nose / Mouth / Throat:**

**Right Naris:** discharge - clear.

**Left Naris:** discharge - clear.

**Nasal Mucosa:** swollen turbinates.

**Tonsils:** No tonsillar hypertrophy or exudates

**Oropharynx:** and post nasal discharge.

**Respiratory:**

Lungs clear to auscultation. Cough can be described as and hacking. Respiratory effort is normal.

**Cardiovascular:**

**Murmurs:** None.

**Rate and Rhythm:** Rhythm is regular.

**Abdomen:**

Soft, nontender, no organomegaly.

There is no abdominal tenderness.

## Assessment Plan

**Otitis media (382.9)**
-amox x 10 days.
-ibuprofen prn pain/fever
-call no better in 2-3 days

## MEDICATIONS: ACTIVE

| Started | Medication | Directions | Date Last Renewed |
|---------|-----------|-----------|-------------------|
| 09/03/2013 | amoxicillin 400 mg/5 mL Oral Susp | take 7 milliliter (560MG) by oral route every 12 hours | 09/03/2013 |
| 07/18/2013 | Claritin 5 mg/5 mL Oral Soln | take 5 Milliliter (5MG) by oral route every evening | 07/18/2013 |
| 09/03/2013 | ibuprofen 100 mg/5 mL Oral Susp | 7.5 ml po q 6 hr prn fever/pain | |

Electronically signed by: Stephanie Flynn MD   09/14/2013

**DOCUMENT GENERATED BY: Stephanie Flynn 09/14/2013**

**Healthsource of Ohio**
**Georgetown Pediatrics**
5160 St Rt 125
Georgetown, OH 45121-9518
Phone: (937) 378-6387
Fax: (937) 378-4253

Electronically signed by Stephanie Flynn MD on 09/14/2013 10:34 PM

 2009

**Ears:**

Right:

Canal normal in caliber, no excessive cerumen, no drainage. Normal tympanic membrane.

Left:

Canal normal in caliber, no excessive cerumen, no drainage. Normal tympanic membrane.

**Nose / Mouth / Throat:**

**Right Naris:** discharge - clear.

**Left Naris:** discharge - clear.

**Nasal Mucosa:** swollen turbinates.

**Tonsils:** No tonsillar hypertrophy or exudates

**Oropharynx:** and post nasal discharge.

**Respiratory:**

Auscultation can be described as right diffuse crackles. Cough can be described as and hacking. Respiratory effort is normal.

**Cardiovascular:**

**Murmurs:** None.

**Rate and Rhythm:** Rhythm is regular.

**Abdomen:**

Soft, nontender, no organomegaly.

There is no abdominal tenderness.

## Assessment Plan

**Pneumonia (486)**

--community acquired pneumonia likely S pneumo

-will treat with amoxicillin x 10 days

-encourage fluids and avoid OTC cough medicines

-call worsening symptoms or no imp in 3-4 days

## MEDICATIONS: ACTIVE

| Started | Medication | Directions | Date Last Renewed |
|---------|-----------|------------|-------------------|
| 12/12/2013 | amoxicillin 400 mg/5 mL Oral Susp | take 7 milliliter (560MG) by oral route every 12 hours | 12/12/2013 |
| 07/18/2013 | Claritin 5 mg/5 mL Oral Soln | take 5 Milliliter (5MG) by oral route every evening | 07/18/2013 |

Electronically signed by: Stephanie Flynn MD   12/13/2013

**DOCUMENT GENERATED BY: Stephanie Flynn 12/13/2013**

**Healthsource of Ohio**

**Georgetown Pediatrics**

5160 St Rt 125

Georgetown, OH 45121-9518

Phone: (937) 378-6387

Fax: (937) 378-4253

Electronically signed by Stephanie Flynn MD on 12/15/2013 04:19 PM



2/2

| | | |
|---|---|---|
| Ears | Neg | Canal - Right: Normal, Left: Normal. TM - Left: Normal. |
| Ears | Pos | TM - Right: erythematous, bulging. |
| Nasopharynx | Neg | Tonsils - Normal. |
| Nasopharynx | Pos | Nares - Right: discharge - clear, Left: discharge - clear. Nasal mucosa - swollen turbinates. Oropharynx - cobblestoning, post nasal discharge. |
| Respiratory | Pos | Auscultation - Side: bilateral, Location: diffuse, Findings: wheezing-mild. Cough - hacking. |
| Cardiovascular | Neg | Rhythm - Regular. Murmurs - None. |

## Assessment Plan

**Acute otitis media wo spontaneous rupture of eardr (382.00)**
Today's instructions / counseling includes infrequent ear infections, tx w/ amoxil high dose, tylenol, warm compresses and elevate head of bed.
**Upper Respiratory Infection, Acute (465.9)**
**Wheezing (786.07)**
-first time wheezing likely triggered byviral URI
-albuterol q 4 hr x 2 days then wean
-steroids x 5days
-call inc WOB or requiring albuterol more than q 4 hr

## MEDICATIONS: ACTIVE

| Started | Medication | Directions | Date Last Renewed |
|---|---|---|---|
| 03/11/2014 | albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1 neb q 4 hr prn wheezing | |
| 03/11/2014 | amoxicillin 400 mg/5 mL Oral Susp | take 7 milliliter (560MG) by oral route every 12 hours | 03/11/2014 |
| 07/18/2013 | Claritin 5 mg/5 mL Oral Soln | take 5 Milliliter (5MG) by oral route every evening | 07/18/2013 |
| 03/11/2014 | Orapred 15 mg/5 mL oral solution | 5 ml po daily x 5 days | |

**Office Services:**
**Instructions / Education:**

| Status | Completed | Order | Reason |
|---|---|---|---|
| completed | 03/15/2014 | Infrequent ear infections, tx w/ Amoxil high dose | |
| completed | 03/15/2014 | tylenol, warm compresses, elevate head of bed | |
| ordered | | Call if no improv in 2-3days | |
| completed | 03/15/2014 | vaporizer/steamy BR | |
| completed | 03/15/2014 | elevate HOB or sleep in carseat if infant | |
| completed | 03/15/2014 | tylenol prn | |

Electronically signed by: Stephanie Flynn MD  03/15/2014

**DOCUMENT GENERATED BY: Stephanie Flynn 03/15/2014**
**Healthsource of Ohio**
**Georgetown Pediatrics**

 C█████, T██ █████/2009          2/3

| Time | BP | Pulse | Resp | Temp | Ht ft | Ht in | Wt lb | Wt oz | BMI |
|---|---|---|---|---|---|---|---|---|---|
| 11:49 AM | | | | 98.1 | 3.0 | 3.50 | 32.00 | | 14.42 |

## Physical Exam
### Constitutional:
No acute distress. Well nourished. Well developed.
### Ears:
Right:
Unremarkable to inspection. Canal normal in caliber, no excessive cerumen, no drainage. Normal tympanic membrane.
Left:
Unremarkable to inspection. Canal normal in caliber, no excessive cerumen, no drainage. Normal tympanic membrane.
### Nose / Mouth / Throat:
**Right Naris:** discharge - clear.
**Left Naris:** discharge - clear.
**Nasal Mucosa:** No mucosal abnormality
**Lips/Teeth/Gums:** Normal teeth and gums
**Palate & Uvula:** appear symmetric and normal
**Tonsils:** No tonsillar hypertrophy or exudates
**Oropharynx:** No pharyngeal erythema or exudates or mucosal lesion
### Respiratory:
Lungs clear to auscultation. There is no cough.   Respiratory effort is normal.
### Cardiovascular:
**Murmurs:** None.
**Rate and Rhythm:** Rhythm is regular.
### Abdomen:
Symmetric - no distention.  Bowel sounds present, no bruits.  Soft, nontender, no organomegaly.
There is no abdominal tenderness.
## Assessment Plan

**Acute sinusitis (461.9)**
-given length of symptoms more suspicious for bacterial etiology
-will tx with amox x 10 days.
-call no improvement

## MEDICATIONS: ACTIVE

| Started | Medication | Directions | Date Last Renewed |
|---|---|---|---|
| 10/09/2013 | amoxicillin 400 mg/5 mL Oral Susp | take 7 milliliter (560MG) by oral route  every 12 hours | 10/09/2013 |
| 07/18/2013 | Claritin 5 mg/5 mL Oral Soln | take 5 Milliliter (5MG)  by oral route  every evening | 07/18/2013 |
| 09/03/2013 | ibuprofen 100 mg/5 mL Oral Susp | 7.5 ml po q 6 hr prn fever/pain | |

Electronically signed by: Stephanie Flynn MD   10/11/2013

**DOCUMENT GENERATED BY: Stephanie Flynn 10/11/2013**
Healthsource of Ohio



age.

## Assessment Plan

### Cervical lymphadenitis (289.3)
Hx and exam consistent w/ infected lymphnode w/ overlying cellulitis, firm/doesn't feel drainable, will tx w/ clinda for staph/strep coverage and close f/u but if worse over weekend, needs to f/u w/ CHMC for poss I&D

## MEDICATIONS: ACTIVE

| Started | Medication | Directions | Date Last Renewed |
|---------|-----------|------------|-------------------|
| 03/11/2014 | albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1 neb q 4 hr prn wheezing | |
| 04/30/2014 | Claritin 5 mg/5 mL oral solution | take 5 Milliliter (5MG) by oral route every evening | 04/30/2014 |
| 05/30/2014 | Cleocin 75 mg/5 mL oral solution | 7 mL by Oral route every 8 hours ;administer with large glass of water | |

**Office Services:**
**Instructions / Education:**

| Status | Completed Order | Reason |
|--------|-----------------|--------|
| completed | 05/30/2014 Warm compresses | |
| completed | 05/30/2014 CHMC ER over weekend if increasing in size | |
| completed | 05/30/2014 Recheck next wk, consider U/S and ENT eval if not resolving | |

Electronically signed by: Bauman MD Anya  05/30/2014

**DOCUMENT GENERATED BY: Anya Bauman 05/30/2014**

**Healthsource of Ohio**
**Georgetown Pediatrics**
5160 St Rt 125
Georgetown, OH 45121-9518
Phone: (937) 378-6387
Fax: (937) 378-4253

Electronically signed by Anya Bauman MD on **05/30/2014** 04:28 PM



not taking                 solution                              ;administer with large glass of water

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| CEFTRIAXONE SODIUM | Rash | | Rocephin |

Reviewed, no changes.

## VITAL SIGNS

| Time | BP mm/Hg | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt oz | BMI kg/m2 | BSA m2 | O2 Sat% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2:44 PM | | | | 98.3 | | | | 38.00 | | | | |

## MEASURED BY

| Time | Measured by |
|---|---|
| 2:44 PM | Monica Martin |

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | Normal | No acute distress. Well nourished. Well developed. |
| Respiratory | Normal | Auscultation – Normal. Cough – Absent. Effort – Normal. |
| Cardiovascular | Normal | Heart rate - Regular rate. Murmurs – None. |
| Abdomen | Normal | Inspection - Normal. Auscultation - Normal. |
| Skin | Comments | small 1 cm boil on left neck. Small amount of purulent draiange. Minimal tenderness |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Abscess, neck (682.1). |
| | Patient Plan | -appears to have spontaneously drained. |
| | | -given hx of MRSA in family, treat with bactrim |
| | | -warm compresses for the next 24 hr |
| | | -wound culture sent |
| | | --call increased pain or swelling |
| | Plan Orders | Anaerobic and Aerobic Culture to be performed today. |

## Medications (Added, Continued or Stopped this visit)

| Started | Medication | Directions | Instruction | Stopped |
|---|---|---|---|---|
| 07/03/2014 | ALBUTEROL 0.083% INH SOL (25 VIALS) | INHALE ONE VIAL VIA NEBULIZER BY MOUTH EVERY 4 HOURS AS NEEDED FOR WHEEZING | | 08/20/2014 |

| | | |
|---|---|---|
| Back/Spine | * | Back inspection - no abnormality. |
| Musculoskeletal | Normal | Visual overview of all four extremities is normal. |
| Neurological | Normal | Cranial nerves II-XII - Normal. Sensory - Normal. Balance and gait - Normal. DTRs - Normal. |
| Psychiatric | * | Oriented to time, place, person and situation |
| Psychiatric | Normal | Behavior appropriate for age. |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Malaise and fatigue (780.79). |
| | Patient Plan | -normal exam |
| | | -likely tired from school |
| | | -improve sleep hygiene with consistent bedtime |
| | | -no naps. |
| | | -call with concerns |

## Medications (Added, Continued or Stopped this visit)

| Started | Medication | Directions | Instruction | Stopped |
|---|---|---|---|---|
| 10/29/2014 | Claritin 5 mg/5 mL oral solution | take 5 Milliliter (5MG) by oral route every evening | | 12/09/2014 |
| 12/09/2014 | Claritin 5 mg/5 mL oral solution | take 5 Milliliter (5MG) by oral route every evening | | |
| 10/29/2014 | ibuprofen 100 mg/5 mL oral suspension | 7.5 ml po q 6 hr prn fever/pain | | 12/09/2014 |
| 12/09/2014 | ibuprofen 100 mg/5 mL oral suspension | 7.5 ml po q 6 hr prn fever/pain | | |
| 08/20/2014 | sulfamethoxazole 200 mg-trimethoprim 40 mg/5 mL oral suspension | take 7.5 milliliter by oral route every 12 hours | | 12/09/2014 |

The patient was checked out at 3:59 PM by Kim Simms.

*Stephanie Flynn MD* (signature)

Rendering Provider: Stephanie Flynn MD
Electronically signed by: Flynn MD Stephanie 12/19/2014 09:22 AM
Document generated by: Stephanie Flynn 12/19/2014 09:22 AM

**Healthsource of Ohio**
**Georgetown Pediatrics**

C████, Te███ 00000006327█████████2009 12/09/2014 03:45 PM 3/4

| Neuro | Positive | Headache. |
| MS | Positive | Arthralgias. |
| MS | Negative | Neck stiffness. |

## VITAL SIGNS

| Time | BP mm/Hg | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt oz | BMI kg/m2 | BSA m2 | O2 Sat% |
|------|----------|------------|-----------|--------|-------|-------|-------|-------|-------|-----------|--------|---------|
| 3:05 PM | | | | 99.5 | 3.0 | 8.09 | 112.00 | 41.00 | | 14.83 | | |

## MEASURED BY

| Time | Measured by |
|------|-------------|
| 3:05 PM | Brandy Neal |

## Physical Exam

| Exam | Findings | Details |
|------|----------|---------|
| Constitutional | Normal | No acute distress. Well nourished. Well developed. |
| Ears | Normal | Canal - Right: Normal, Left: Normal. TM – Right: Normal, Left: Normal. |
| Nasopharynx | * | Nares - Right: discharge - clear, Left: discharge - clear. Nasal mucosa - swollen turbinates. Oropharynx - post nasal discharge. |
| Nasopharynx | Normal | Tonsils – Normal. |
| Neck Exam | * | Cervical lymph nodes - Abnormal. |
| Respiratory | * | Cough - hacking. |
| Respiratory | Normal | Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Rhythm – Regular, Murmurs - None. |
| Abdomen | Normal | Palpation - Normal. No abdominal tenderness. |

Immunizations:

| Immunization | Status | Ordered Date | Completed Date |
|--------------|--------|--------------|----------------|
| Influenza, injectable, quadrivalent, preservative free, 3 yrs or older | Completed | 10/06/2015 02:45 PM | 10/6/2015 4:00:56 PM |
| flu (split) (3 yrs or older) preservative free | Completed | 12/04/2013 08:45 AM | 12/4/2013 12:00:00 AM |
| Flu Quad;INJ;Pres Free 3+ YRS | Completed | 12/04/2013 08:45 AM | 12/4/2013 9:45:00 AM |
| ProQuad (MMRV) | Completed | 07/26/2013 03:15 PM | 7/26/2013 4:13:00 PM |
| Hep A (ped/adol, 2 dose) | Completed | 07/26/2013 03:15 PM | 7/26/2013 4:13:00 PM |
| polio, inactive | Completed | 07/26/2013 03:15 PM | 7/26/2013 4:13:00 PM |
| DTaP (younger than 7 yrs) | Completed | 07/26/2013 03:15 PM | 7/26/2013 4:12:00 PM |
| MMRV | Completed | 03/20/2013 01:16 PM | 6/11/2010 12:00:00 AM |
| pneumo (under 5) (PCV7) | Completed | 03/20/2013 01:16 PM | 6/11/2010 12:00:00 AM |
| HIB – unspecified | Completed | 03/20/2013 01:16 PM | 6/11/2010 12:00:00 AM |
| DTaP | Completed | 03/20/2013 01:16 PM | 6/11/2010 12:00:00 AM |
| flu (split) (6-35 mos) | Completed | 03/22/2010 12:46 PM | 1/11/2010 12:00:00 AM |

## VITAL SIGNS

| Time | BP mm/Hg | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt oz | BMI kg/m2 | BSA m2 | O2 Sat% |
|------|----------|------------|-----------|--------|-------|-------|-------|-------|-------|-----------|--------|---------|
| 1:04 PM | | | | 99.4 | | | | 44.00 | | | | |

## MEASURED BY

| Time | Measured by |
|------|-------------|
| 1:04 PM | Monica Martin |

## Physical Exam

| Exam | Findings | Details |
|------|----------|---------|
| Constitutional | Normal | No acute distress. Well nourished. Well developed. |
| Ears | * | TM - Right: erythematous, bulging. |
| Ears | Normal | Canal - Right: Normal, Left: Normal. TM - Left: Normal. |
| Nasopharynx | * | Nares - Right: discharge - clear, Left: discharge - clear. Nasal mucosa - swollen turbinates. Oropharynx - post nasal discharge. |
| Nasopharynx | Normal | Tonsils - Normal. |
| Respiratory | * | Cough – hacking. |
| Respiratory | Normal | Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Rhythm - Regular. Murmurs - None. |
| Abdomen | Normal | Palpation - Normal. No abdominal tenderness. |

## Assessment/Plan

| # | Detail Type | Description |
|---|-------------|-------------|
| 1. | Assessment | Acute suppurative otitis media without spontaneous rupture of ear drum, right ear (H66.001). |
| | Plan Orders | Today's instructions / counseling include(s) Call if no improv in 2-3days, Infrequent ear infections, tx w/ Amoxil high dose and tylenol, warm compresses, elevate head of bed. |

## Medications (Added, Continued or Stopped this visit)

| Started | Medication | Directions | Instruction | Stopped |
|---------|-----------|------------|-------------|---------|
| 10/06/2015 | amoxicillin 400 mg/5 mL oral suspension | take 7 milliliter (560MG) by oral route every 12 hours | | 03/22/2016 |
| 03/22/2016 | amoxicillin 400 mg/5 mL oral suspension | 10 ml po bid x 10 days | | |
| 10/06/2015 | Claritin 10 mg tablet | 1 tablet by Oral route every day prn allergy symptoms | | |

The patient was checked out at 1:43 PM by Megan Dotson.

| | | Details |
|---|---|---|
| ENMT | Negative | Ear drainage, hearing loss and nasal drainage. |
| Eyes | Negative | Eye discharge and vision loss. |
| Respiratory | Negative | Cough, dyspnea and wheezing. |
| Cardio | Negative | Cool extremity and irregular heartbeat/palpitations. |
| GI | Negative | Abdominal pain, constipation, decreased appetite, diarrhea and vomiting. |
| GU | Negative | Dysuria, hematuria and polyuria. |
| Endocrine | Negative | Abnormal sleep pattern, increased activity, polydipsia and polyphagia. |
| Psych | Negative | Inappropriate interaction, inconsolable and psychiatric symptoms. |
| Integumentary | Negative | Pruritus and rash. |
| MS | Negative | Bone/joint symptoms. |
| Hema/Lymph | Negative | Easy bleeding and easy bruising. |
| Allergic/Immuno | Negative | Environmental allergies and food allergies. |
| Reproductive | Negative | Vaginal discharge. |

## VITAL SIGNS

| Time | BP mm/Hg | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt oz | BMI kg/m2 | BSA m2 | O2 Sat% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3:20 PM | 108/60 | | | 97.8 | 3.0 | 11.00 | 119.38 | 51.00 | | 16.23 | 0.88 | |

MEASURED BY

| Time | Measured by |
|---|---|
| 3:20 PM | Darlene Scott |

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | * | Level of distress - awake & alert. Nourishment - well nourished, well developed. Overall appearance - good hygiene. |
| Head/Face | * | Skull - normocephalic, atraumatic. |
| Eyes | * | Pupil - Right: PERLA, red reflex present, Left: PERLA, red reflex present. Ocular muscles - Right: ROM, full, Left: ROM, full. |
| Ears | * | TM - Right: landmarks visible, Left: landmarks visible. |
| Ears | Normal | Canal - Right: Normal, Left: Normal. |
| Nasopharynx | Normal | Nares - Right: Normal, Left: Normal. Tonsils - Normal. Oropharynx - Normal. |
| Neck Exam | * | Neck inspection - Normal. Thyroid gland - Normal. |
| Lymph Detail | Normal | No palpable cervical, supraclavicular, or axillary adenopathy. |
| Respiratory | * | Auscultation - Findings: CTAB w/o w/r/c. |
| Respiratory | Normal | Cough - Absent. Effort - Normal. |
| Cardiovascular | Normal | Rhythm - Regular. Murmurs - None. |
| Vascular | Normal | Capillary refill - less than 2 seconds. |
| Abdomen | Normal | Inspection - Normal. Auscultation - Normal. Palpation - Normal. |
| Skin | Normal | General inspection - Normal. |
| Back/Spine | * | Back inspection - no abnormality. |
| Musculoskeletal | Normal | Visual overview of all four extremities is normal. |
| Neurological | Normal | Cranial nerves II-XII - Normal. Sensory - Normal. Balance and gait - Normal. DTRs - Normal. |
| Psychiatric | * | Oriented to time, place, person and situation |
| Psychiatric | Normal | Behavior appropriate for age. |

| Immunization | | Status | Ordered Date | Completed Date |
|---|---|---|---|---|
| Immunizations: | | | | |

C___ T__ a  0000006327 ___ ___ 009 09/20/2016 02:45 PM 2/5

1:56 PM          98.8    3.0    10.85  119.00  52.00        16.65

## MEASURED BY

| Time | Measured by |
|------|-------------|
| 1:56 PM | Brandy Neal |

## Physical Exam

| Exam | Findings | Details |
|------|----------|---------|
| Constitutional | Normal | No acute distress. Well nourished. Well developed. |
| Ears | Normal | Canal - Right: Normal, Left: Normal. TM - Right: Normal, Left: Normal. |
| Nasopharynx | * | Tonsils - erythematous, 3+. Oropharynx - erythema. |
| Nasopharynx | Normal | Nares - Right: Normal, Left: Normal. Nasal mucosa - Normal. Palate & uvula - Normal. |
| Neck Exam | * | Cervical lymph nodes - Abnormal. |
| Respiratory | * | Cough - hacking. |
| Respiratory | Normal | Auscultation - Normal. |
| Cardiovascular | Normal | Rhythm - Regular. Murmurs - None. |

## Assessment/Plan

| # | Detail Type | Description |
|---|-------------|-------------|
| 1. | Assessment | Strep throat (J02.0). |
|   | Plan Orders | Rapid Strep to be performed.    Today's instructions / counseling include(s) Call if concerns for dehydration, Complete all abx as prescribed, Increase fluids and rest, soft diet and May return to school/daycare when without fever for 24 hours. |

## Medications (Added, Continued or Stopped this visit)

| Started | Medication | Directions | Instruction | Stopped |
|---------|------------|------------|-------------|---------|
| 12/05/2016 | amoxicillin 400 mg/5 mL oral suspension | take 7 milliliter (560MG) by oral route every 12 hours | | |
| 09/20/2016 | Claritin 10 mg tablet | 1 tablet by Oral route every day prn allergy symptoms | | |

## Completed Orders (this encounter)

| Order | Details | Reason | Side | Interpretation | Result |
|-------|---------|--------|------|----------------|--------|
| Increase fluids and rest, soft diet. | | | | | |
| Call if concerns for dehydration. | | | | | |
| May return to school/daycare when without fever for 24 hours. | | * | | | |
| Complete all abx as prescribed | | | | | |

C▨▨▨, T▨▨ 00000006327▨▨▨▨▨/2009 12/05/2016 01:45 PM 2/3

Oral Capsule or Tablet 24 Hour Extended Release
CETIRIZINE HCL                                    //                              Y

## Patient Status

Completed with information received for patient transitioning into care.

## Medication Reconciliation

Medications reconciled today.

### Medication Reviewed

| Adherence | Medication Name | Sig Desc | Elsewhere | Status |
|---|---|---|---|---|
| not taking | Claritin 10 mg tablet | 1 tablet by Oral route every day prn allergy symptoms | N | Verified |
| not taking | amoxicillin 400 mg/5 mL oral suspension | take 7 milliliter (560MG) by oral route every 12 hours | N | Verified |

## Allergies

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| CEFTRIAXONE SODIUM | Rash | | Rocephin |

## VITAL SIGNS

| Time | BP mm/Hg | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt oz | BMI kg/m2 | BSA m2 | O2 Sat% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11:52 AM | | | | 99.1 | 4.0 | | 121.92 | 51.20 | | 15.62 | 0.89 | |

### MEASURED BY

| Time | Measured by |
|---|---|
| 11:52 AM | Darlene Scott |

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | Normal | No acute distress. Well nourished. Well developed. |
| Eyes | Normal | Conjunctiva - Right: Normal, Left: Normal. Pupil - Right: Normal, Left: Normal. |
| Ears | * | TM - Right: erythematous, bulging. |
| Ears | Normal | Inspection - Right: Normal, Left: Normal. Canal - Right: Normal, Left: Normal. TM - Left: Normal. |
| Nasopharynx | * | Nasal mucosa - swollen turbinates. Oropharynx - post nasal discharge. |
| Nasopharynx | Normal | Nares - Right: Normal, Left: Normal. Tonsils - Normal. |
| Neck Exam | * | Neck inspection- Normal. |
| Respiratory | * | Auscultation - Side: bilateral, Location: base, Findings: rhonchi. Cough - hacking. |
| Respiratory | Normal | Effort - Normal. |
| Cardiovascular | Normal | Rhythm - Regular, Murmurs - None. |
| Vascular | Normal | Capillary refill - less than 2 seconds. |
| Extremity | Normal | No cyanosis. No edema. Clubbing - Absent. |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|

Cl____l, T____ 000000063272____/2009 02/03/2017 11:30 AM 2/4

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| CEFTRIAXONE | Rash | | Rocephin |
| SODIUM | | | |

Reviewed, no changes.

## REVIEW OF SYSTEMS

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Decreased activity, fever and irritability. |
| ENMT | Negative | Nasal congestion, otalgia and pharyngitis. |
| Respiratory | Negative | Cough. |
| GI | Negative | Decreased appetite. |
| Hema/Lymph | Positive | Lymphadenopathy. |
| Hema/Lymph | Negative | Easy bleeding and easy bruising. |

## VITAL SIGNS

| Time | BP mm/Hg | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt oz | BMI kg/m2 | BSA m2 | O2 Sat% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4:31 PM | | | | 98.8 | 4.0 | 2.00 | 127.00 | 57.40 | | 16.14 | 0.96 | |

MEASURED BY

| Time | Measured by |
|---|---|
| 4:31 PM | Darlene Scott MA |

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | Normal | No acute distress. Well nourished. Well developed. |
| Ears | Normal | Canal - Right: Normal, Left: Normal. TM - Right: Normal, Left: Normal. |
| Nasopharynx | * | Nares - Right discharge - clear, Left discharge - clear. Nasal mucosa - swollen turbinates. |
| Nasopharynx | Normal | Tonsils - Normal. Oropharynx - Normal. |
| Lymph Detail | Comments | multiple enlarged tender lymph nodes in right ant cerv chain. |
| Respiratory | * | Cough - hacking. |
| Respiratory | Normal | Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Rhythm - Regular. Murmurs - None. |
| Abdomen | Normal | Palpation - Normal. No abdominal tenderness. |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Lymphadenitis (I88.9). |
| | Patient Plan | treat with augmentin |
| | | call if develops increased swelling, high fever, or increased pain |
| | | nodes may remain large for 2-3 weeks but should become less painful |
| 2. | Assessment | BMI pediatric, 5th percentile to less than 85% for age (Z68.52). |

ANTICIPATORY GUIDANCE:
The following items were discussed today; encourage opportunities for physical activity (1 hour/day).
DIET:
The following items were discussed today; balanced diet.

Chart ID 0000000063273 (xxx) 00 xx xxx 2018 04:00 PM 2/3

## REVIEW OF SYSTEMS

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Chills, decreased activity, fever and weight loss. |
| ENMT | Negative | Pharyngitis. |
| Respiratory | Negative | Cough. |
| GI | Negative | Abdominal pain, constipation, decreased appetite and diarrhea. |
| MS | Negative | Bone pain, joint pain and muscle weakness. |
| Hema/Lymph | Positive | Lymphadenopathy. |
| Hema/Lymph | Negative | Easy bleeding and easy bruising. |
| Allergic/Immuno | Negative | Allergic rhinitis. |

## VITAL SIGNS

| Time | BP mm/Hg | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt oz | BMI kg/m2 | BSA m2 | O2 Sat% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3:06 PM | | | | 98.7 | 4.0 | 2.00 | 127.00 | 58.60 | | 16.48 | 0.97 | |

## MEASURED BY

| Time | Measured by |
|---|---|
| 3:06 PM | Darlene Scott MA |

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | Normal | No acute distress. Well nourished. Well developed. |
| Eyes | Normal | Conjunctiva - Right: Normal, Left: Normal. Sclera - Right: Normal, Left: Normal. Pupil - Right: Normal, Left: Normal. |
| Ears | Normal | Inspection - Right: Normal, Left: Normal. Canal - Right: Normal, Left: Normal. TM - Right: Normal, Left: Normal. |
| Nasopharynx | * | Tonsils - asymmetric. |
| Nasopharynx | Comments | Right tonsil 2+, left tonsil 1+ |
| Nasopharynx | Normal | Nares - Right: Normal, Left: Normal. Oropharynx - Normal. |
| Neck Exam | * | Neck inspection- Normal. |
| Lymph Detail | * | Anterior cervical. |
| Lymph Detail | Normal | Occipital. Postauricular. Submental. Submandibular. Parotid. Posterior cervical. Supraclavicular. Axillary. Epitrochlear. Inguinal. |
| Respiratory | Normal | Auscultation - Normal. Cough - Absent. Effort - Normal. |
| Abdomen | Normal | Inspection - Normal. Auscultation - Normal. Palpation - Normal. |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Lymphadenitis (I88.9). |
| | Patient Plan | Stop Keflex<br>Start Augmentin<br>F/U 2 weeks for recheck lymph nodes |
| 2. | Assessment | Tonsil asymmetry (J35.8). |
| 3. | Assessment | BMI pediatric, 5th percentile to less than 85% for age (Z68.52). |

## Adams County Regional Medical Center

### Radiology Report

PATIENT NAME: C█████
T█████

SERVICE DATE:
4/15/2018

ADDRESS: ██████████
HWY

MRN: 170529

WINCHESTER, OH 45697

PHYSICIAN

BILLING#:
6976199

ORDERING: AINA, OLAYINKA

DOB: ████2009

ATTENDING: AINA,
OLAYINKA

AGE: 9Y 1M

PRIMARY CARE: FLYNN,
STEPHANIE

ROOM: EME

**EXAMINATION:**
CT OF THE HEAD WITHOUT CONTRAST 4/15/2018 10:10 pm

**TECHNIQUE:**
CT of the head was performed without the administration of intravenous contrast.

**COMPARISON:**
None.

**HISTORY:**
Headache, vomiting, fever, paresthesia levels today. Acute symptoms initial study.

**FINDINGS:**
BRAIN/VENTRICLES: There is no acute intracranial hemorrhage, mass effect or midline shift. No abnormal extra-axial fluid collection. The gray-white differentiation is maintained without evidence of an acute infarct. There is no evidence of hydrocephalus.

ORBITS: The visualized portion of the orbits demonstrate no acute abnormality.

SINUSES: There is moderate circumferential right maxillary sinus mucosal thickening there are small fluid is suspected within the visualize right

Reviewed Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Positive | Irritability. |
| Constitutional | Negative | Fever and Fussiness. |
| ENMT | Positive | Otalgia (Bilateral). |
| ENMT | Negative | Nasal congestion, Pharyngitis, Rhinorrhea and Sneezing. |
| Respiratory | Negative | Cough and Wheezing. |
| GI | Negative | Diarrhea, Nausea and Vomiting. |
| Integumentary | Negative | Rash. |
| MS | Negative | Myalgia. |
| Hema/Lymph | Negative | Lymphadenopathy. |

Vital Signs

| Time | BP mm/Hg | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt kg | Weight % | BMI kg/m2 | BMI % | BSA m2 | O2 Sat% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4:06 PM | 102/68 | 78 | 18 | 99.2 | 4.0 | 3.00 | 129.54 | 59.40 | 26.943 | 21.3 | 16.06 | 40 | 0.98 | |

**Measured By**

| Time | Measured by |
|---|---|
| 4:06 PM | Darlene Scott MA |

Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | Normal | No acute distress. Well nourished. Well developed. |
| Ears | * | TM - Left: erythematous, bulging. |
| Ears | Normal | Canal - Right: Normal, Left: Normal. TM - Right: Normal. |
| Nasopharynx | * | Nares - Right: discharge - clear, Left: discharge - clear. Nasal mucosa - swollen turbinates. Oropharynx - post nasal discharge. |
| Nasopharynx | Normal | Tonsils – Normal. |
| Respiratory | * | Cough - hacking. |
| Respiratory | Normal | Auscultation – Normal. Effort - Normal. |
| Cardiovascular | Normal | Rhythm – Regular. Murmurs - None. |
| Abdomen | Normal | Palpation - Normal. No abdominal tenderness. |

## Completed Orders (this encounter)

| Order | Details | Reason | Side | Interpretation | Result | Initial Treatment Date | Region |
|---|---|---|---|---|---|---|---|
| Giving encouragement to exercise Lifestyle education regarding diet | | | | | | | |
| SDOH | | | | Intervention not needed | 0 | | |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|

CH███, Te██  000000063273 ███ ██/2009 09/25/2018 03:45 PM 2/4

Electronically Signed By: Flynn, Stephanie 03/01/2019 09:43:10 AM

```
Print date:  2/26/19  0:24     P A T I E N T   R E P O R T              Page     1
Printed by: JMCARVER                   **** FINAL ****      Patient phone#: (513) 446-6091
ADAMS COUNTY REGIONAL MEDICAL CENTER                       LABORATORY
230 MEDICAL CENTER DRIVE                                    BLAKE NESTOK, MD
SEAMAN     OH  45679

PAT NAME: C█████ ▓███         STATUS: O/P / ER      ADM DATE:  2/25/19
PATIENT#: 7022885  XREF#: 1860086     DOB:  █████/09    ADM PHYS: DURBIN RICHARD J
START DT:  2/25/19 23:57       AGE/SEX:   9 / F     ORD PHYS: DURBIN RICHARD J
ORDER#  : R    200                    MR#: 000170529  FAM PHYS: FLYNN STEPHANIE
SPECIAL INSTRUCTIONS: REFER TO METHOD PROCEDURE
          REPORTED:  2/26/19  0:24
                              ***MICROBIOLOGY***
------------------------------------------------------------------------------------
  Test Name                      Result  Flags   Reference Range    Units
------------------------------------------------------------------------------------
Collected: 2/26/19  0:01 RN    Received:  2/26/19  0:05 DKT   Verified:  2/26/19  0:24 JMC
INFLUENZA A&B                  Source: NOSE
  INFLUENZA A                    NEGATIVE            NEGATIVE
  FLU B                          NEGATIVE            NEGATIVE
------------------------------------------------------------------------------------
```

..tronically Signed By: Bauman, Anya 03/05/2019 04:40:27 PM on behalf of Flynn MD, Stephanie

```
Print date: 3/04/19 22:21        P A T I E N T   R E P O R T              Page    1
Printed by: CJWELLMAN                  **** FINAL ****          Patient phone#: (513) 446-6091
ADAMS COUNTY REGIONAL MEDICAL CENTER                           LABORATORY
230 MEDICAL CENTER DRIVE                                       BLAKE NESTOK, MD
SEAMAN      OH  45679

PAT NAME: CH████AL TE████          STATUS: O/P / ER            ADM DATE: 3/04/19
PATIENT#: 7024111  XREF#: 1862563      DOB: ███/09             ADM PHYS: MANNING MAURA
START DT: 3/04/19 21:57            AGE/SEX: 9 / F              ORD PHYS: MANNING MAURA
ORDER#  : R    200                    MR#: 000170529           FAM PHYS: FLYNN STEPHANIE
SPECIAL INSTRUCTIONS:
          REPORTED: 3/04/19 22:17
                                   ***HEMATOLOGY***
```

| Test Name | Result | Flags | Reference Range | Units |
|-----------|--------|-------|-----------------|-------|
| Collected: 3/04/19 22:13 RN    Received: 3/04/19 22:13 HRT    Verified: 3/04/19 22:17 CJW | | | | |
| CBC WITH AUTO DIFF | | | | |
| WBC | 9.0 | | 4.5 - 13.5 | x(10)3/uL |
| RBC | 4.80 | | 4.0 - 5.2 | x(10)6/uL |
| HEMOGLOBIN | 12.7 | | 11.5 - 15.5 | g/dL |
| HEMATOCRIT | 39.7 | | 35 - 45 | % |
| MCV | 82.7 | | 77 - 92 | fl |
| MCH | 26.5 | | 25 - 33 | pg |
| MCHC | 32.0 | | 31 - 37 | g/dL |
| RDW | 13.8 | | <14.7 | % |
| PLATELET COUNT | 206 | | 135 - 466 | x(10)3/uL |
| AUTODIFF | | | ****** - ****** | ******** |
| NEUTROPH | 86.8 | H | 40 - 59 | % |
| LYMPH% | 8.2 | L | 38 - 46 | % |
| MONO% | 4.5 | | 0 - 8 | % |
| EOS% | 0.0 | | 0 - 4 | % |
| BASO% | 0.2 | | 0 - 1 | % |
| IG% | 0.3 | | 0.0 - 0.5 | % |
| ABSOLUTE NEUTROPHIL COUNT | 7.8 | H | 1.8 - 7.2 | x(10)3/uL |
| ABSOLUTE LYMPHOCYTE COUNT | 0.7 | L | 1.1 - 2.7 | x(10)3/uL |

```
NEW IMMATURE GRANULOCYTE REFERENCE RANGE EFFECTIVE 12/27/17.
INFANTS
NEUTROPENIA:  <0.25 x(10)3/uL
ADULTS
MILD NEUTROPENIA:  1.00-1.80 x(10)3/uL
MODERATE NEUTROPENIA:  0.50-1.0 x(10)3/uL
SEVERE NEUTROPENIA:  <0.50 x(10)3/uL
NEW ABSOLUTE NEUTROPHIL REFERENCE RANGE EFFECTIVE 12/27/17.
NEW ABSOLUTE LYMPHOCYTE REFERENCE RANGE EFFECTIVE 12/27/17.
```

Electronically Signed By: Bauman, Anya 11/15/2019 02:13:11 PM on behalf of Flynn MD, Stephanie

```
Print date: 11/13/19 16:32      P A T I E N T   R E P O R T           Page      1
Printed by: PHNELSON                  **** FINAL ****        Patient phone#: (513) 446-6091
ADAMS COUNTY REGIONAL MEDICAL CENTER                         LABORATORY
230 MEDICAL CENTER DRIVE                                     BLAKE NESTOK, MD
SEAMAN     OH  45679


PAT NAME: C█████L TH███          STATUS: O/P / ER        ADM DATE: 11/13/19
PATIENT#: 7106219  XREF#: 1939060     DOB:   ██████09    ADM PHYS: MANNING MAURA
START DT: 11/13/19 16:14         AGE/SEX: 10 / F         ORD PHYS: MANNING MAURA
ORDER#  : R   100                MR#: 000170529          FAM PHYS: FLYNN STEPHANIE
SPECIAL INSTRUCTIONS:
           REPORTED: 11/13/19 16:32
                           ***URINALYSIS***
```

| Test Name | Result | Flags | Reference Range | Units |
|---|---|---|---|---|
| Collected: 11/13/19 16:22 PT | Received: 11/13/19 16:22 TSL | | Verified: 11/13/19 16:32 PHN | |
| URINALYSIS ACHLAB | | | | |
| CLARITY | CLEAR | | CLEAR | |
| COLOR | YELLOW | | YELLOW | |
| SPECIFIC GRAVITY | 1.022 | | 1.005 – 1.030 | |
| PH | 6.0 | | 6.0 | |
| GLUCOSE | NEGATIVE | | NEGATIVE | |
| BILIRUBIN | NEGATIVE | | NEGATIVE | |
| KETONES | NEGATIVE | | NEGATIVE | |
| BLOOD | TRACE-LYSED | | NEGATIVE | |
| PROTEIN | NEGATIVE | | NEGATIVE | |
| UROBILINOGEN | 0.2 | | 0.2-1.0 | mg/dL |
| NITRITE | NEGATIVE | | NEGATIVE | |
| LEUKOCYTE ESTERASE | NEGATIVE | | NEGATIVE | |
| MICROSCOPIC | | | ****** – ****** | |
| WBC | RARE | | NEGATIVE | |
| RBC | 0-5 | | NEGATIVE | |
| EPITHELIAL CELLS | NEGATIVE | | NEGATIVE | |
| BACTERIA | NEGATIVE | | NEGATIVE | |
| AMORPHOUS | NEGATIVE | | NEGATIVE | |
| MUCUS | RARE | | NEGATIVE | |
| CASTS | NEGATIVE | | NEGATIVE | |
| YEAST | NEGATIVE | | NEGATIVE | |
| TRICHOMONAS | NEGATIVE | | NEGATIVE | |
| CRYSTALS | NEGATIVE | | NEGATIVE | |

NEWBORN NOTE

Boy Dawn Chappel is a male patient born on 2/6/2013 8:37 AM Location: BETHESDA NORTH HOSPITAL MRN: 000000003587465

Subjective: Maternal Data: Information for the patient's mother: Chappel, Dawn Marie [000000001816627] 30 year old

Information for the patient's mother: Chappel, Dawn Marie [000000001816627] 39w2d

Gravida/Para: Information for the patient's mother: Chappel, Dawn Marie [000000001816627] G4P3013

Prenatal Labs: Information for the patient's mother: Chappel, Dawn Marie [000000001816627] O NEGATIVE

Information for the patient's mother: Chappel, Dawn Marie [000000001816627] ANTIBODYSC POSITIVE 2/6/2013 ANTIBODYSC Tested at Bethesda North Hospital 10500 Montgomery Rd 45242 2/6/2013 HBAG negative 12/12/2012 RUBI Immune 12/12/2012 RPR Non Reactive 12/12/2012 TPAB 0.20 2/6/2013 GBS Negative 1/17/2013

TPAB from delivery pending HIV negative per ACOG GC and Chlamydia: negative per ACOG

Information for the patient's mother: Chappel, Dawn Marie [000000001816627] THC NEGATIVE 2/6/2013 COC NEGATIVE 2/6/2013 OPI NEGATIVE 2/6/2013 AMP NEGATIVE 2/6/2013 BAR NEGATIVE 2/6/2013 BZO NEGATIVE 2/6/2013 MEDN NEGATIVE 2/6/2013 PRPX NEGATIVE 2/6/2013 OXYC NEGATIVE 2/6/2013

Other significant maternal history : mom with hypothyroidism that has not been treated and history of SVT with ablation in 2009 and no problem. Mom with some oligohydramnios at the end of pregnancy.

Maternal ultrasounds: normal

Delivery Information: Born on 2/6/2013 at 8:37 AM Delivery method: C-Section, Low Transverse [251]

Additional Information: Complications: None

Apgars: 1 Minute: 8; 5 Minute: 9; 10 Minute:

Resuscitation: Suctioning Dry/Tactile stimulation

Birth Measurements: Weight: 5 lb 15.2 oz (2700 g) Head Cir: 33 cm (12.99") (Filed from Delivery Summary), Height: 43 cm (16.93") (Filed from Delivery Summary)

Objective: Reviewed pregnancy & family history as well as nursing notes & vitals.

Physical Exam: Pulse 132 | Temp(Src) 36.8 C (98.3 F) (Axillary) | Resp 40 | Ht 43 cm (16.93") | Wt 2608 g (5 lb 12 oz) | BMI 14.11 kg/m2 | HC 33 cm (12.99") Percent weight change: -3% Urine x 6 Stool x 4

Constitutional: VSS. Alert and appropriate to exam. No distress. Head: Fontanelles are open, soft and flat. No facial anomaly noted. slight molding present. Small laceration on forehead that had been steri stripped in labor and delivery - not visualized Ears: External ears normal. Nose: Nostrils without airway obstruction. Nose appears visually straight Mouth/Throat: Mucous membranes are moist. No cleft palate palpated. Eyes: Red reflex is present

| | mg/5 mL Oral Susp | | |
| 12/04/2013 | Pulmicort 0.25 mg/2 mL Neb Suspension | 1 neb bid while sick then 1 neb daily | |

**Office Labs:**

| Status | Ordered | Order | Reason | Interpretation | Value |
| completed | 12/16/2013 | QUICK STREP | | negative | |

**Office Services:**

| Status | Order | Reason | Interpretation | Value |
| completed | Albuterol Non Comp Conc1 Mg | | | |
| completed | NEBULIZER TREATMENT (EA) | | | |
| completed | Rocephin Per 250 Mg/EA   500 mg Intramuscular | | | rocephin 500mg mixed lidocaine HCL 1 % 1ml 6004733 exp 4/14 - MN |

**To Be Scheduled / Ordered:**

| Status | Order | Reason | Assessment | Timeframe | Appointment |
| ordered | CHEST PA | | 780.60 | | |

Electronically signed by:  Stephanie Flynn MD   12/16/2013

**DOCUMENT GENERATED BY: Stephanie Flynn 12/16/2013**

**Healthsource of Ohio**
**Georgetown Pediatrics**
5160 St Rt 125
Georgetown, OH 45121-9518
Phone: (937) 378-6387
Fax: (937) 378-4253

Electronically signed by Stephanie Flynn MD  on 12/18/2013 09:08 PM

M██████, Er██  ██/██/2013          3/3

Assessment Plan

**Pneumonia (486)**
Medications ordered today include Atrovent and Albuterol Non Comp Conc1 Mg to be administered. He will be
scheduled for NEBULIZER TREATMENT (EA).
-low O2 says hanging 89-91% with no improvement with albuterol.
-direct admit to CCHMC. Spoke with Brian Volck CCHMC attending.
**Wheezing (786.07)**
**Hypoxemia (799.02)**

## MEDICATIONS: ACTIVE

| Started | Medication | Directions | Date Last Renewed |
|---------|-----------|------------|-------------------|
| 12/04/2013 | albuterol sulfate 2.5 mg/3 mL (0.083 %) Neb Solution | 1 neb q 4 hr prn wheezing | 12/04/2013 |
| 12/16/2013 | amoxicillin 400 mg/5 mL Oral Susp | 4.5 mL by Oral route every 12 hours | |
| 12/04/2013 | erythromycin 5 mg/gram (0.5 %) Eye Ointment | Apply to both eyes tid x 7 days | |
| 11/26/2013 | ibuprofen 100 mg/5 mL Oral Susp | 3.5 ml po q 6 hr prn fever | 11/26/2013 |
| 12/19/2013 | Orapred 15 mg/5 mL Oral Soln | 3.5 ml po daily x 5 days | 12/19/2013 |
| 12/04/2013 | Pulmicort 0.25 mg/2 mL Neb Suspension | 1 neb bid while sick then 1 neb daily | |

**Office Services:**

| Status | Order | Reason | Interpretation | Value |
|--------|-------|--------|----------------|-------|
| completed | Albuterol Non Comp Conc1 Mg | | | |
| completed | Atrovent | | | |
| completed | NEBULIZER TREATMENT (EA) | | | |

Electronically signed by: Stephanie Flynn MD  12/24/2013

**DOCUMENT GENERATED BY: Stephanie Flynn 12/24/2013**
**Healthsource of Ohio**
**Georgetown Pediatrics**
5160 St Rt 125
Georgetown, OH 45121-9518
Phone: (937) 378-6387
Fax: (937) 378-4253

Electronically signed by Stephanie Flynn MD on 12/24/2013 07:27 PM

Suspension

## Office Services:

| Status | Order | Reason | Interpretation | Value |
|--------|-------|--------|----------------|-------|
| completed | Hep A (ped/adol, 2 dose) 0.5 mL IM | | | |
| completed | MMR 0.5 mL SC | | | |
| completed | Pneumococcal, PCV-13 .50 mL IM | | | |

## Instructions / Education:

| Status | Completed | Order | Reason |
|--------|-----------|-------|--------|
| completed | 03/09/2014 | Age appropriate anticipatory guidance discussed | |
| completed | 03/09/2014 | Age appropriate diet discussed | |
| completed | 03/09/2014 | Age appropriate safety discussed | |
| completed | 03/09/2014 | Handout given | |

## Lab Studies:

| Status | Lab Study | Timeframe | Date | Comments | Interpretation | Value |
|--------|-----------|-----------|------|----------|----------------|-------|
| completed | Lead Standard Profile, Blood | today | | | 3 | |

Electronically signed by: Stephanie Flynn MD  03/09/2014

**DOCUMENT GENERATED BY: Stephanie Flynn 03/09/2014**

**Healthsource of Ohio**
**Georgetown Pediatrics**
5160 St Rt 125
Georgetown, OH 45121-9518
Phone: (937) 378-6387
Fax: (937) 378-4253

Electronically signed by Stephanie Flynn MD  on 03/09/2014 11:13 PM

| Nasopharynx | Pos | Nares - Right: discharge - clear, Left: discharge - clear. Nasal mucosa - swollen turbinates. Oropharynx - post nasal discharge. |
| Respiratory | Neg | Auscultation - Normal. Cough - Absent. Effort - Normal. |
| Cardiovascular | Neg | Rhythm - Regular. Murmurs - None. |
| Extremity | Neg | Cyanosis. |
| Abdomen | Neg | Inspection - Normal. Auscultation - Normal. Anterior palpation - Normal. |
| Skin | Neg | General inspection - Normal. |

## Assessment Plan

### Upper Respiratory Infection, Acute (465.9)
Your child was seen in the office today with an upper respiratory infection. THis is likely the result of a viral illness. Your child is too young for over the counter cold medicines. Treat with supportive care with suctioning with saline drops before feeding and as needed. Allow to sleep in car seat to heep propped up. The worst days tend to be days 3, 4 and 5 of illness with improvement of symptoms by day 7-10. Call if develops decreased oral intake, increased work of breathing or fever greater than 102 or with other concerns.

## MEDICATIONS: ACTIVE

| Started | Medication | Directions | Date Last Renewed |
|---|---|---|---|
| 02/20/2014 | albuterol sulfate 2.5 mg/3 mL (0.083 %) Neb Solution | 1 neb q 4 hr prn wheezing | 02/20/2014 |
| 03/11/2014 | Benadryl Allergy 12.5 mg/5 mL oral liquid | 3.5 ml po q 6 hr prn runny nose | |
| 02/20/2014 | ibuprofen 100 mg/5 mL Oral Susp | 3.5 ml po q 6 hr prn fever | 02/20/2014 |
| 02/20/2014 | Pulmicort 0.25 mg/2 mL Neb Suspension | 1 neb bid while sick then 1 neb daily | 02/20/2014 |

### Office Services:
### Instructions / Education:

| Status | Completed | Order | Reason |
|---|---|---|---|
| completed | 03/15/2014 | vaporizer/steamy BR | |
| completed | 03/15/2014 | elevate HOB or sleep in carseat if infant | |
| ordered | | Viral infections usually run their course in 7-10days | |
| ordered | | If no improvement in a week, need to recheck | |

Electronically signed by: Stephanie Flynn MD  03/15/2014

**DOCUMENT GENERATED BY: Stephanie Flynn 03/15/2014**

Healthsource of Ohio
**Georgetown Pediatrics**
5160 St Rt 125
Georgetown, OH 45121-9518
Phone: (937) 378-6387
Fax: (937) 378-4253

 2013                    2/3

| Nasopharynx | Pos | Nares - Right: discharge - clear, Left: discharge - clear. Nasal mucosa - swollen turbinates. |
| Respiratory | Neg | Auscultation - Normal. Cough - Absent. Effort - Normal. |
| Cardiovascular | Neg | Rhythm - Regular. Murmurs - None. |
| Extremity | Neg | Cyanosis. |
| Skin | Neg | General inspection - Normal. |

## Assessment Plan

**Upper Respiratory Infection, Acute (465.9)**

## MEDICATIONS: ACTIVE

| Started | Medication | Directions | Date Last Renewed |
|---|---|---|---|
| 04/09/2014 | albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1 neb q 4 hr prn wheezing | 04/09/2014 |
| 04/09/2014 | amoxicillin 400 mg/5 mL oral suspension | 5 ml po bid x 10 days | |
| 04/30/2014 | Benadryl Allergy 12.5 mg/5 mL oral liquid | 3.5 ml po q 6 hr prn runny nose | 04/30/2014 |
| 04/09/2014 | ibuprofen 100 mg/5 mL oral suspension | 3.5 ml po q 6 hr prn fever | 04/09/2014 |
| 04/09/2014 | Orapred 15 mg/5 mL oral solution | 3.5 ml po daily x 5 days | 04/09/2014 |
| 02/20/2014 | Pulmicort 0.25 mg/2 mL Neb Suspension | 1 neb bid while sick then 1 neb daily | 02/20/2014 |

**Office Services:**
**Instructions / Education:**

| Status | Completed | Order | Reason |
|---|---|---|---|
| completed | 05/12/2014 | vaporizer/steamy BR | |
| completed | 05/12/2014 | elevate HOB or sleep in carseat if infant | |
| completed | 05/12/2014 | tylenol prn | |
| ordered | | Viral infections usually run their course in 7-10days | |
| ordered | | If no improvement in a week, need to recheck | |

Electronically signed by: Flynn MD Stephanie 05/12/2014

**DOCUMENT GENERATED BY: Stephanie Flynn 05/12/2014**

Healthsource of Ohio
**Georgetown Pediatrics**
5160 St Rt 125
Georgetown, OH 45121-9518
Phone: (937) 378-6387
Fax: (937) 378-4253

Electronically signed by Stephanie Flynn MD on 05/12/2014 12:31 AM

 013     2/2

| | | | |
|---|---|---|---|
| | (0.065 %) solution for nebulization | | |
| 04/09/2014 | amoxicillin 400 mg/5 mL oral suspension | 5 ml po bid x 10 days | |
| 04/09/2014 | ibuprofen 100 mg/5 mL oral suspension | 3.5 ml po q 6 hr prn fever | |
| 04/09/2014 | Orapred 15 mg/5 mL oral solution | 3.5 ml po daily x 5 days | qs |
| 02/20/2014 | Pulmicort 0.25 mg/2 mL Neb Suspension | 1 neb bid while sick then 1 neb daily | |
| 07/03/2014 | Q-DRYL 12.5 MG/5 ML LIQUID | TAKE 3.5 MLS BY MOUTH EVERY 6 HOURS AS NEEDED FOR RUNNY NOSE | |

Stephanie Flynn MD

Rendering Provider: Stephanie Flynn MD
Electronically signed by: Flynn MD Stephanie 07/15/2014 01:58 PM
Document generated by: Darlene Scott 07/15/2014 01:58 PM

**Healthsource of Ohio**
**Georgetown Pediatrics**
5160 St Rt 125
Georgetown, OH 45121-9518
Phone: (937) 378-6387
Fax: (937) 378-4253

Electronically signed by Stephanie Flynn MD on 07/15/2014 08:26 PM

taking as directed Pulmicort 0.25 mg/2 mL    mL oral liquid    HOURS AS NEEDED FOR RUNNY NOSE

taking as directed Pulmicort 0.25 mg/2 mL    1 neb bid while sick then 1 neb daily    N    Verified
suspension for nebulization

## Allergies

No known allergies.

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

Reviewed, no changes.

## REVIEW OF SYSTEMS

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Positive | Fatigue, Fever. |
| ENMT | Positive | Nasal congestion, Post-nasal drainage, Rhinitis. |
| ENMT | Negative | Sore throat. |
| Respiratory | Positive | Dyspnea on exertion, Wheezing. |

## VITAL SIGNS

| Time | BP mm/Hg | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt oz | BMI kg/m2 | BSA m2 | O2 Sat% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5:42 PM | | | | 98.5 | 2.0 | 7.25 | 79.38 | 23.00 | | 16.56 | 0.48 | |

## MEASURED BY

| Time | Measured by |
|---|---|
| 5:42 PM | Darlene Scott |

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | Normal | No acute distress. Well nourished. Well developed. |
| Eyes | Normal | Conjunctiva – Right: Normal, Left: Normal. |
| Ears | Normal | Canal – Right: Normal, Left: Normal. TM – Right: Normal, Left: Normal. |
| Nasopharynx | * | Nares – Right: discharge – clear, Left: discharge – clear. Nasal mucosa – swollen turbinates. |
| Respiratory | Comments | tachypneic with diffuse exp wheezes. Intercostal retractions. Improved with albuterol |
| Respiratory | Normal | Auscultation – Normal. Cough – Absent. |
| Cardiovascular | Normal | Rhythm – Regular. Murmurs – None. |
| Skin | Normal | General inspection – Normal. |
| Extremity | Normal | No cyanosis. |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Wheezing (786.07). |

M████ Ec██ 000000116938██ ████2013 10/20/2014 06:00 PM 2/4

| | | | |
|---|---|---|---|
| Pneumococcal, PCV-13 | Completed | 05/01/2013 01:45 PM | 5/1/2013 2:57:00 PM |
| ACT Hib (PRP-T) | Completed | 05/01/2013 01:45 PM | 5/1/2013 2:57:00 PM |
| hep B (ped/adol, 3 dose) | Completed | 02/13/2013 08:15 AM | 2/7/2013 12:00:00 AM |

**Comments / Reaction:**

| Order | Given | Comments | Reaction |
|---|---|---|---|
| RotaTeq (Rotavirus 3 dose) #3  2.0 mL  Oral | 09/17/2013 | | |
| RotaTeq (Rotavirus 3 dose) #2  2.0 mL  Oral | 07/12/2013 | | |
| RotaTeq (Rotavirus 3 dose) #1  2.0 mL  Oral | 05/01/2013 | | |
| polio, inactive 0.5 mL SC | 07/12/2013 | | |
| Pneumococcal, PCV-13 .50 mL IM | 05/01/2013 | | |
| Pneumococcal, PCV-13 .50 mL IM | 07/12/2013 | | |
| Pneumococcal, PCV-13 .50 mL IM | 09/17/2013 | | |
| Pneumococcal, PCV-13 .50 mL IM | 02/20/2014 | | |
| Pentacel 0.5 mL IM | 09/17/2013 | | |
| Pediarix 0.5 mL IM | 05/01/2013 | | |
| MMR 0.5 mL SC | 02/20/2014 | | |
| Hep B (ped/adol, 3 dose) 0.5 mL IM | 09/17/2013 | | |
| hep B (ped/adol, 3 dose)  #1 | 02/07/2014 | | |
| Hep A (ped/adol, 2 dose) 0.5 mL IM | 02/20/2014 | | |
| Flu (preservative free) 6-35mos (0.25PFS) .25 mL IM | 09/17/2013 | | |
| Flu (preservative free) 6-35mos (0.25PFS) .25 mL IM | 12/04/2013 | | |
| DTaP (younger than 7 yrs) 0.5 mL IM | 07/12/2013 | | |
| ACT Hib (PRP-T) 0.5 mL IM | 05/01/2013 | | |
| ACT Hib (PRP-T) 0.5 mL IM | 07/12/2013 | | |

0

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Routine infant/child health Ck Over 28 Days Old (V20.2). |
| | Patient Plan | -overall seems to be doing well with resolution of recent URI and wheezing. |

-if has another wheezing episode requiring steroid burst would put add singulair to pulmicort  for prevention of wheezing
-no smoking around child
-updated immunizations including flu vaccines
-need to cut milk consumption in half and in cup only.
-next WCC after birthday

ANTICIPATORY GUIDANCE:
The following items were discussed today: consistent limit setting/discipline, language promotion/hearing (read, talk, sing, simple words, feeling and emotions), limit TV viewing, reading simple stories and temper tantrum management.
DIET:
The following items were discussed today: 3 meals/day; 2-3 snacks/day.
SAFETY:
The following items were discussed today: car seat safety (use back seat, rear facing), choking (toys/food/small objects) and drowning (tubs/toilets/pools).

M⬛⬛E⬛ 000000116938 ⬛⬛013 10/30/2014 02:30 PM 5/6

DIET
The following items were discussed today: 3 meals/day; 2-3 snacks/day, allow toddler to decide how much to eat, no bottle and nutritious snacks.

SAFETY:
The following items were discussed today: bathing, caution about hot liquids/cigarette ashes, choking (toys/food/small objects), drowning (tubs/toilets/pools), limit sun exposure/use of sunscreen, teach hand washing and toys/plastic bags.

Medications (Added, Continued or Stopped this visit)

| Started | Medication | Directions | Instruction | Stopped |
|---------|-----------|-----------|-------------|---------|
| 06/19/2015 | albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1 neb q 4 hr prn wheezing | | 07/17/2015 |
| 07/17/2015 | albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1 neb q 4 hr prn wheezing | | |
| 06/19/2015 | Benadryl Allergy 12.5 mg/5 mL oral liquid | TAKE 3.5 MLS BY MOUTH EVERY 6 HOURS AS NEEDED FOR RUNNY NOSE | | |
| 06/19/2015 | ibuprofen 100 mg/5 mL oral suspension | 5 ml po q 6 hr prn fever | | |
| 06/19/2015 | Pulmicort 0.25 mg/2 mL suspension for nebulization | 1 neb bid while sick then 1 neb daily | | 07/17/2015 |

The patient was checked out at 4:32 PM by Kim Simms.

*Stephanie Flynn MD*

Rendering Provider: Stephanie Flynn MD
Electronically signed by: Stephanie Flynn MD 07/19/2015 11:12 PM
Document generated by: Stephanie Flynn 07/19/2015 11:12 PM

**Healthsource of Ohio**
**Georgetown Pediatrics**
5160 St Rt 125
Georgetown, OH 45121-9518
Phone: (937) 378-6387
Fax: (937) 378-4253

M████e, B██ 000000116938████/2013 07/17/2015 02:45 PM 5/6

11/13/2015    Orapred 15 mg/5    7.5 ml po daily x 5 days            qs
              mL oral solution

## Completed Orders (this encounter)

| Order | Details | Reason | Side | Interpretation | Result |
|-------|---------|--------|------|----------------|--------|

Infrequent ear infections,
tx w/ Amoxil high dose
tylenol, warm
compresses, elevate head
of bed
Call if no improv in
2-3days
vaporizer/steamy BR
elevate HOB or sleep in
carseat if infant
tylenol prn
Albuterol nebulizer every
4-6hrs as needed for
wheezing
Steroid for 5 days
F/U if unable to wean
albuterol or no
improvement in 2-3days

*Anya Bauman MD*

Rendering Provider:   Anya Bauman MD
Electronically signed by:   Anya Bauman MD  11/13/2015 04:23 PM
Document generated by:   Anya Bauman 11/13/2015 04:22 PM

## Healthsource of Ohio
**Georgetown Pediatrics**
5160 St Rt 125
Georgetown, OH 45121-9518
Phone: (937) 378-6387
Fax: (937) 378-4253

Electronically signed by Anya Bauman MD on 11/16/2015 01:38 PM

| | | | | |
|---|---|---|---|---|
| | nebulization | | | |
| not taking | amoxicillin 400 mg/5 mL oral suspension | 5 mL by Oral route every 12 hours | N | Verified |
| not taking | Orapred 15 mg/5 mL oral solution | 7.5 ml po daily x 5 days | N | Verified |

## Allergies

No known allergies.

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

## REVIEW OF SYSTEMS

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Decreased activity, fever, irritability, lethargy and weight loss. |
| ENMT | Negative | Ear drainage, hearing loss and nasal drainage. |
| Eyes | Negative | Eye discharge and vision loss. |
| Respiratory | Negative | Cough, dyspnea and wheezing. |
| Cardio | Negative | Cool extremity and irregular heartbeat/palpitations. |
| GI | Negative | Abdominal pain, constipation, decreased appetite, diarrhea and vomiting. |
| GU | Negative | Dysuria, hematuria and polyuria. |
| Endocrine | Negative | Abnormal sleep pattern, increased activity, polydipsia and polyphagia. |
| Neuro | Negative | Headache. |
| Psych | Negative | Inappropriate interaction, inconsolable and psychiatric symptoms. |
| Integumentary | Positive | Rash. |
| Integumentary | Negative | Pruritus. |
| MS | Negative | Bone/joint symptoms. |
| Hema/Lymph | Negative | Easy bleeding and easy bruising. |
| Allergic/Immuno | Negative | Environmental allergies and food allergies. |
| Reproductive | Negative | Penile discharge. |

## VITAL SIGNS

| Time | BP mm/Hg | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt oz | BMI kg/m2 | BSA m2 | O2 Sat% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9:24 AM | | | | 96.4 | | | | 28.00 | | | | |

## MEASURED BY

| Time | Measured by |
|---|---|
| 9:24 AM | Brandy Neal |

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | Normal | No acute distress. Well nourished. Well developed. |
| Ears | Normal | TM - Right: Normal, Left: Normal. |

VITAL SIGNS

| Time | BP mm/Hg | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt oz | BMI kg/m2 | BSA m2 | O2 Sat% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1:48 PM | | | | 98.7 | | | | 29.00 | | | | |

MEASURED BY

| Time | Measured by |
|---|---|
| 1:48 PM | Darlene Scott |

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | Normal | No acute distress. Well nourished. Well developed. |
| Ears | Normal | Canal - Right: Normal, Left: Normal. TM - Right: Normal, Left: Normal. |
| Nasopharynx | * | Nares - Right: discharge - clear, Left: discharge - clear. Nasal mucosa - swollen turbinates. Oropharynx - cobblestoning, post nasal discharge. |
| Nasopharynx | Normal | Tonsils - Normal. |
| Respiratory | * | Auscultation - Side: bilateral, Location: diffuse, Findings: wheezing-mild, Side: bilateral, Location: diffuse, Findings: crackles. Cough - hacking. Effort - tachypneic. |
| Cardiovascular | Normal | Rhythm - Regular. Murmurs - None. |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment Patient Plan | Pneumonia in child (J18.9). -amoxicillin x 10 days -given hx of wheezing with current wheezing on exam start orapred.  Continue albuterol q 4 hr x 2 days the space -discussed signs of respiratory distress -call with any concerns |
| 2. | Assessment | Wheezing (R06.2). |

## Medications (Added, Continued or Stopped this visit)

| Started | Medication | Directions | Instruction | Stopped |
|---|---|---|---|---|
| 11/13/2015 | albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1 neb q 4 hr prn wheezing | | 04/08/2016 |
| 04/08/2016 | albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1 neb q 4 hr prn wheezing | | |
| 04/08/2016 | amoxicillin 400 mg/5 mL oral suspension | 6 ml po bid x 10 days | | |
| 04/08/2016 | Orapred 15 mg/5 | 5 ml po daily x 5 days | qs | |

M██████ E██  000000116938██ ██/██/2013 04/08/2016 02:00 PM 2/3

| | | |
|---|---|---|
| Lymph Detail | Normal | No palpable cervical, supraclavicular, or axillary adenopathy. |
| Respiratory | * | Auscultation – Findings: CTAB w/o w/r/c. |
| Respiratory | Normal | Cough - Absent. Effort - Normal. |
| Cardiovascular | Normal | Rhythm - Regular. Murmurs - None. |
| Vascular | Normal | Capillary refill - less than 2 seconds. |
| Abdomen | Normal | Inspection - Normal. Auscultation - Normal. Palpation - Normal. |
| Skin | Normal | General inspection - Normal. |
| Back/Spine | * | Back inspection - no abnormality. |
| Musculoskeletal | Normal | Visual overview of all four extremities is normal. |
| Neurological | Normal | Cranial nerves II-XII - Normal. Sensory - Normal. Balance and gait - Normal. DTRs - Normal. |
| Psychiatric | * | Oriented to time, place, person and situation |
| Psychiatric | Normal | Behavior appropriate for age. |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Encntr for routine child health exam w/o abnormal findings (Z00.129). |
| | Patient Plan | Well appearing on exam with adequate growth and development. |
| | | Reviewed age appropriate safety and nutrtion |
| | | Vaccines updated |
| | | Next Well Visit in 1 year |
| | | Call with concerns |
| 2. | Assessment | Asthma, mild intermittent, well-controlled (J45.20). |
| | Patient Plan | -good control with ni steroid need in over a year |
| | | -albuterol prn |
| | | -call with concerns |

ANTICIPATORY GUIDANCE:
The following items were discussed today: bedtime rituals, encourage opportunities for physical activity, praise good behavior, schedule first dental appointment, speech/language development (read daily and sing and play).
DIET:
The following items were discussed today: 3 meals/day (2-3 snacks/day) and balanced diet with self-feeding.
SAFETY:
The following items were discussed today: bicycle helmet use, car safety (use age appropriate seat in back seat facing forward) and supervise play near streets and cars.

Medications (Added, Continued or Stopped this visit)

| Started | Medication | Directions | Instruction | Stopped |
|---|---|---|---|---|
| 04/08/2016 | albuterol sulfate 2.5 mg/3 mL (0.083 %) solution for nebulization | 1 neb q 4 hr prn wheezing | | |
| 04/08/2016 | amoxicillin 400 | 6 ml po bid x 10 days | | 07/26/2016 |

M█████ E███ 000000116938█████ 2013 07/26/2016 04:00 PM 3/4

| System | | Details |
|---|---|---|
| Respiratory | Positive | Wheezing. |
| Allergic/Immuno | Positive | Animals at home (Animals include guinea pigs). |

## VITAL SIGNS

| Time | BP mm/Hg | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt oz | BMI kg/m2 | BSA m2 | O2 Sat% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11:48 AM | | | | 98.1 | 3.0 | 2.50 | 97.79 | 33.20 | | 15.75 | 0.64 | |

## MEASURED BY

| Time | Measured by |
|---|---|
| 11:48 AM | Darlene Scott |

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | Normal | No acute distress. Well nourished. Well developed. |
| Eyes | Normal | Conjunctiva – Right: Normal, Left: Normal. Pupil – Right: Normal, Left: Normal. |
| Ears | * | TM – Right: erythematous, bulging, Left: erythematous, bulging. |
| Ears | Normal | Inspection – Right: Normal, Left: Normal. Canal – Right: Normal, Left: Normal. |
| Nasopharynx | * | Nasal mucosa – swollen turbinates. Oropharynx – post nasal discharge. |
| Nasopharynx | Normal | Nares – Right: Normal, Left: Normal. Tonsils – Normal. |
| Neck Exam | * | Neck inspection- Normal. |
| Respiratory | * | Auscultation – Side: bilateral, Location: diffuse, Findings: rhonchi. Cough - hacking. |
| Respiratory | Normal | Effort – Normal. |
| Cardiovascular | Normal | Rhythm – Regular. Murmurs – None. |
| Vascular | Normal | Capillary refill – less than 2 seconds. |
| Extremity | Normal | No cyanosis. No edema. Clubbing – Absent. |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Bronchitis (J40). |
| | Patient Plan | Hx & exam consistent w/ viral bronchitis, went over natural course, not acutely wheezing but w/ hx asthma & prolonged cough will tx w/ orapred & albuterol |
| | Plan Orders | Today's instructions / counseling include(s) Albuterol Inhaler 4-6puffs every 4-6hrs as needed for wheezing, F/U if unable to wean albuterol or no improvement in 2-3days, F/U increase cough/difficulty breathing and Steroid for 5 days. |
| 2. | Assessment | Otitis media of both ears in pediatric patient (H66.93). |
| | Plan Orders | Today's instructions / counseling include(s) Call if no improv in 2-3days, Infrequent ear infections, tx w/ Amoxil high dose and tylenol, warm compresses, elevate head of bed. |

ANTICIPATORY GUIDANCE:
The following items were discussed today: encourage opportunities for physical activity.
DIET:
The following items were discussed today: nutritious snacks.

Mc████ E██ 000000116938 ████,2013 02/03/2017 11:30 AM 3/5

## Allergies

No known allergies.

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

Reviewed, no changes.

## REVIEW OF SYSTEMS

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Decreased activity, fever, irritability and lethargy. |
| ENMT | Negative | Ear drainage, hearing loss and nasal drainage. |
| Eyes | Negative | Eye discharge and vision loss. |
| Respiratory | Negative | Cough, dyspnea and wheezing. |
| Cardio | Negative | Cool extremity and irregular heartbeat/palpitations. |
| GI | Negative | Abdominal pain, constipation, decreased appetite, diarrhea and vomiting. |
| GU | Negative | Dysuria, hematuria and polyuria. |
| Endocrine | Negative | Abnormal sleep pattern, increased activity, polydipsia and polyphagia. |
| Psych | Negative | Inappropriate interaction, inconsolable and psychiatric symptoms. |
| Integumentary | Negative | Pruritus and rash. |
| MS | Negative | Bone/joint symptoms. |
| Hema/Lymph | Negative | Easy bleeding and easy bruising. |
| Allergic/Immuno | Negative | Environmental allergies and food allergies. |
| Reproductive | Negative | Penile discharge. |

## VITAL SIGNS

| Time | BP mm/Hg | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt oz | BMI kg/m2 | BSA m2 | O2 Sat% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11:00 AM | 98/42 | | | 97.6 | 3.0 | 3.75 | 100.97 | 35.60 | | 15.84 | 0.67 | |

## MEASURED BY

| Time | Measured by |
|---|---|
| 11:00 AM | Darlene Scott |

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | * | Level of distress - awake & alert. Nourishment - well nourished, well developed. Overall appearance - good hygiene. |
| Head/Face | * | Skull - normocephalic, atraumatic. |
| Eyes | * | Visual acuity - OD: Uncorrected: +0.50, OS: Uncorrected: +3.25. abnormal vision with vision screener. Pupil - Right: PERLA, red reflex present, Left: PERLA, red reflex present. Ocular muscles - Right: ROM, full, Left: ROM, full. |
| Eyes | Normal | Visual acuity - Corrective lenses - No. |
| Ears | * | TM - Right: landmarks visible, Left: landmarks visible. uncooperative |
| Ears | Normal | Canal - Right: Normal, Left: Normal. |
| Nasopharynx | Normal | Nares - Right: Normal, Left: Normal. Tonsils - Normal. Oropharynx - Normal. |

Electronically Signed By: Flynn, Stephanie 10/03/2018 05:45:05 PM

Print date: 10/01/18 14:38          **P A T I E N T   R E P O R T**                    Page    1
Printed by: CJGANNON                   **** FINAL ****           Patient phone#: (513) 560-1028
ADAMS COUNTY REGIONAL MEDICAL CENTER                             LABORATORY
230 MEDICAL CENTER DRIVE                                         BLAKE NESTOK, MD
SEAMAN      OH  45679

PAT NAME: MC▓▓▓▓ E▓          STATUS: **O/P / ER**        ADM DATE: 10/01/18
PATIENT#: 7001802  XREF#: 1816618      DOB:     /13       ADM PHYS: MANNING MAURA
START DT: 10/01/18 13:57      AGE/SEX:  5 / M             ORD PHYS: MANNING MAURA
ORDER#  : R    300               MR#: 000183276          FAM PHYS: FLYNN STEPHANIE
SPECIAL INSTRUCTIONS:
            REPORTED: 10/01/18 14:38      ***MICROBIOLOGY***

-----------------------------------------------------------------------------------------
                                       Result  Flags    Reference Range    Units
  Test Name
-----------------------------------------------------------------------------------------
Collected: 10/01/18 14:23 RN    Received: 10/01/18 14:23 MLL    Verified: 10/01/18 14:38 CJG
RAPID STREP                          NEGATIVE              NEGATIVE
Source: THROAT
-----------------------------------------------------------------------------------------

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| Methicillin-resistant Staphylococcus aureus (MRSA) | 2013 | oral antibiotic therapy | | |
| Pneumonia | 2013 | Hospitalization | | |

## Family History (Detailed)

| Relationship | Family Member Name | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|---|
| Close relative | | | | Obesity | | N |
| Father | | | | Asthma | | N |
| Father | | | | Hearing problems | | N |
| Father | | | | Allergies | | N |
| Mother | | | | Heart disease | | N |
| Mother | | | | Migraines | | N |
| Mother | | | | vision problems | | N |

## Past Medical/Surgical History (Detailed)

## Pediatric Social History (Detailed)

Preferred language is English.
PRIMARY RESIDENCE
The patient lives with mother, father and 2 sister(s).
SUPPORT NETWORK
Currently single.
Sleeping Habits
Sleep Concern Details
Patient sleeps through night, patient sleeps in parents' room, patient sleeps on back.
HOME ENVIROMENT
Patient has adequate privacy at home. Safe home environment. Water source: municipal. Water is chlorinated. Water is fluoridated. Home lead testing is negative.

SAFETY
The patient uses bike/skating helmet. Uses car seat: face front The home has smoke detectors. Carbon monoxide detector at home. The home has radon present.
No firearms at home.
There is not a pool or spa at home. He/she has pets at home: guinea pigs
EDUCATION
Attends Tiffin Head Start.
ENVIRONMENTAL HISTORY – HOME ENVIRONMENT

| Residence # | Type of Residence | Age of Building | Time at Current Address | Smoker in Home | Relationship to Smoker |
|---|---|---|---|---|---|
| 1 | | | | Y | |

| Residence # | Central Heating/Cooling | Type of Heat | Type of Bed | Down Bedding | Mattress Dust Mite Cover | Pillow Dust Mite Cover |
|---|---|---|---|---|---|---|
| 1 | | electric | | | | |

| Residence # | Bedroom Contents | Type of Floors | Vacuum | Damp/Mold | Allergy Symptoms at Work | Yard | Animals at Home | Number of Animals |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |

M▓▓▓, E▓▓ 000000116938▓▓▓ ▓2013 12/13/2018 11:15 AM 2/6

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Weight loss. |
| GI | Negative | Abdominal pain and Decreased appetite. |
| Neuro | Negative | Headache. |
| Psych | Positive | Behavioral changes. |

## Vital Signs

| Time | BP mm/H g | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt kg | Weight % | BMI kg/m2 | BMI % | BSA m2 | O2 Sat% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4:06 PM | 98/42 | 82 | 20 | 98.1 | 3.0 | 8.00 | 111.76 | 43.00 | 19.504 | 28.6 | 15.62 | 56 | 0.78 | |

### Measured By

| Time | Measured by |
|---|---|
| 4:06 PM | Darlene Scott MA |

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | Normal | No acute distress. Well nourished. Well developed. |
| Ears | Normal | TM – Right: Normal, Left: Normal. |
| Nasopharynx | Normal | Nares - Right: Normal, Left: Normal. Oropharynx - Normal. |
| Respiratory | Normal | Auscultation - Normal. Cough - Absent. Effort - Normal. |
| Cardiovascular | Normal | Heart rate - Regular rate. Rhythm – Regular. Murmurs - None. |
| Abdomen | Normal | Inspection - Normal. Auscultation – Normal. Palpation – Normal. |
| Psychiatric | Normal | Behavior appropriate for age. |

## Completed Orders (this encounter)

### Office Services:

| Order | Details | Completed By | Interpretation | Result |
|---|---|---|---|---|
| Giving encouragement to exercise | | Darlene Scott MA | | |
| Lifestyle education regarding diet | | Darlene Scott MA | | |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Attention deficit hyperactivity disorder (ADHD), combined type (F90.2). |
| | Patient Plan | reviewed parent and teacher Vanderbilt forms which are both consistent with ADHD |
| | | Reviewed drug contract with mom. |
| | | Trial Adderall XR 5mg |
| | | Reviewed side effects |
| | | F/u in office in one month |
| | Plan Orders | Active Medication: Adderall XR 5 mg capsule,extended release |
| 2. | Assessment | BMI pediatric, 5th percentile to less than 85% for age (Z68.52). |
| 3. | Assessment | Dietary counseling and surveillance (Z71.3). |
| | Plan Orders | Today's instructions / counseling include(s) Lifestyle education regarding diet.Giving encouragement to exercise |

needed

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Chills, Fever and Weight loss. |
| Respiratory | Negative | Cough and Dyspnea. |
| Cardio | Negative | Chest pain and Irregular heartbeat/palpitations. |
| GI | Negative | Abdominal pain and Decreased appetite. |
| Neuro | Negative | Headache. |
| Psych | Negative | Behavioral changes. |
| Allergic/Immuno | Positive | Animals at home. |

## Vital Signs

| Time | BP mm/H g | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt kg | Weight % | BMI kg/m2 | BMI % | BSA m2 | O2 Sat% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12:16 PM | 100/62 | 78 | 20 | 98.7 | 3.0 | 9.00 | 114.30 | 43.60 | 19.777 | 22.1 | 15.14 | 41 | 0.79 | |

## Measured By

| Time | Measured by |
|---|---|
| 12:16 PM | Darlene Scott MA |

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | Normal | No acute distress. Well nourished. Well developed. |
| Respiratory | Normal | Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Rhythm - Regular. Murmurs - None. |
| Psychiatric | Normal | Behavior is appropriate for age. |

## Completed Orders (This Visit)

| Order | Details | Reason | Side | Interpretation | Result | Initial Treatment Date | Region |
|---|---|---|---|---|---|---|---|
| Giving encouragemen t to exercise Lifestyle education regarding diet SDOH | | | | Intervention not needed | 0 | | |
| Take medication daily as prescribed Maintain good sleep habits | | | | | | | |

| Encounter Date | Performed Date | Instrument | Score | Severity/Interpretation | MDD Classification |
|---|---|---|---|---|---|
| 10/23/2019 | 10/23/2019 | SDOH | 1 | Intervention needed | |

## Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Weight loss. |
| GI | Negative | Abdominal pain and Decreased appetite. |
| Neuro | Negative | Headache. |
| Psych | Positive | Behavioral changes. |
| Allergic/Immuno | Positive | Animals at home. |

## Vital Signs

| Time | BP mm/Hg | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt kg | Weight % | BMI kg/m2 | BMI % | BSA m2 | O2 Sat% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10:20 AM | 98/42 | | | 98.7 | 3.0 | 9.00 | 114.30 | 44.00 | 19.958 | 20.0 | 15.28 | 44 | 0.80 | |

### Measured By

| Time | Measured by |
|---|---|
| 10:20 AM | Darlene Scott MA |

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Constitutional | Normal | No acute distress. Well nourished. Well developed. |
| Respiratory | Normal | Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Rhythm - Regular. Murmurs - None. |
| Psychiatric | Normal | Behavior is appropriate for age. |

## Completed Orders (This Visit)

| Order | Details | Reason | Side | Interpretation | Result | Initial Treatment Date | Region |
|---|---|---|---|---|---|---|---|
| Giving encouragement to exercise Lifestyle education regarding diet | | | | | | | |
| SDOH | | | | Intervention needed | 1 | | |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Attention deficit hyperactivity disorder (ADHD), combined type (F90.2). |
| | Patient Plan | ADHD is poorly controlled with degree of ODD likely due to inconsistent parenting at home. Increase Adderall XR to 10 mg. |

| Lymph Detail | | |
|---|---|---|
| Respiratory | * | Auscultation - Findings: CTAB w/o w/r/c. |
| Respiratory | Normal | Cough - Absent. Effort - Normal. |
| Cardiovascular | Normal | Rhythm - Regular. Murmurs - None. |
| Vascular | Normal | Capillary refill – less than 2 seconds. |
| Abd...en | Normal | Inspection - Normal. Auscultation - Normal. Palpation – Normal. |
| Skin | Normal | General inspection - Normal. |
| Back/Spine | * | Back inspection - no abnormality. |
| Musculoskeletal | Normal | Visual overview of all four extremities is normal. |
| Neurological | Normal | Cranial nerves II-XII - Normal. Sensory - Normal. Balance and gait - Normal. DTRs - Normal. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Behavior is appropriate for age. |

## Completed Orders (This Visit)

| Order | Details | Reason | Side | Interpretation | Result | Initial Treatment Date | Region |
|---|---|---|---|---|---|---|---|
| Controlled Substance Contract | | | | | | | |
| Giving encouragemen t to exercise | | | | | | | |
| Lifestyle education regarding diet | | | | | | | |
| SDC | | | | Intervention not needed | 0 | | |
| Age appropriate anticipatory guidance discussed | | | | | | | |
| Age ppropriate diet discussed | | | | | | | |
| Age ppropriate afety discussed | | | | | | | |
| Handout given | | | | | | | |

## Assessment/Plan

| Detail Type | Description |
|---|---|
| Assessment | Encntr for routine child health exam w/o abnormal findings (Z00.129). |
| Patient Plan | Well appearing on exam with adequate growth and development.<br>Reviewed age appropriate safety and nutrition<br>Vaccines updated<br>Next Well Visit in 1 year<br>Call with concerns |

Sat, Feb 13, 2021    Winche...



Fri, Feb 12, 2021    Winchester, OH



Thu, Mar 18, 2021 • 7:40 PM

Add a caption...



May 12, 2021 3:51 AM

169315465_4077199415634068_3900516134484679764_n_4077199
402300736.jpg

/OneDrive/Samsung Gallery/Android/
data/com.jrummy.root.browserfree/cache/
com.android.chrome.FileProvider/facebook-100007876670632/
messages/inbox/richwolfie_chu7srpvjg/photos

Image info







Add to album · Move to Archive · Download · Order photo · Move Loc Fol

Sun, May 2, 2021 • 10:48 PM

Add a caption...

Location

Open in Maps



Loop video on    Add to album    Move to Archive    Download    Move to Loc Fol

Tue, Jun 8, 2021 • 8:45 AM

Add a caption...





2021/09/23





Add to album    Move to Archive    Download    Order photo    Mov Loc Fol

Thu, Sep 23, 2021 • 4:42 PM

Add a caption...



Add to album   Move to Archive   Delete from device   Create   Or... ph...

Fri, Oct 29, 2021 • 7:55 PM

Add a caption...



9:25 

🔔 📶 31%

←



| Add to album | Move to Archive | Download | Order photo | Mov Loc Fol |

Fri, Dec 24, 2021 · 12:37 AM ✏️

Add a caption...



Add to album   Move to Archive   Download   Order photo   Mov Loc Fol

Tue, Jan 18, 2022 • 2:14 AM

Add a caption...



Add to album · Move to Archive · Download · Order photo · Mov Loc Fol

Sun, Jan 2, 2022 · 11:24 PM









February 12, 2022 8:42 AM

Edit

2022-02-12 07.42.56.mp4
/Internal storage/Download

LM-Q720

49.27 MB    1080x1920    FHD
0:23    H.264    AAC    30fps

Add to
album

Move to
Archive

Delete
from
device

Order
photo

Mov
Loc
Fol

Fri, Apr 1, 2022 • 10:36 PM

Add a caption...



Add to album    Move to Archive    Download    Order photo    Mov Loc Fol

Tue, May 3, 2022 • 3:32 PM

Add a caption

 Samson

Q Search in conversation



Tell her I'm throwing nothing at all away

Except the obvious garbage

AUG 21, 2022 AT 7:23 PM

 It looks good

Seen



Message

      





← Samson

AUG 21, 2022 AT 7:23 PM



    Message  

1 September 2022






Add to album    Move to Archive    Download    Order photo    Mov Loc Fol

Wed, Oct 5, 2022 • 9:14 AM



|  Add to album |  Move to Archive | ↓ Download | 🛒 Order photo |  Mov Loc Fol |

Thu, Oct 27, 2022 • 10:31 PM ✏️

Add a caption...

Search inside this photo

 Select text in image



Add to album    Move to Archive    Download    Order photo    Mov Loc Fol

Fri, Oct 14, 2022 • 5:39 AM

Add a caption...





3 days before search



Add to album          Move to Archive          Download          Order photo          Mov Loc Fol

Fri, Nov 11, 2022 • 4:34 PM

Day of the search



Add to album    Move to Archive    Download    Order photo    Mov Loc Fol

Mon, Nov 14, 2022 • 12:00 PM





November 18, 2022 10:06 AM          Edit

20221118_100542.jpg
/Internal storage/Pictures/Cloud&Mail.ru

Samsung SM-G950U

4.17 MB    3024x4032    12MP
F1.7    0.0ev    1/30 s    26mm    ISO 200

November 18, 2022 10:06 AM          Edit

20221118_100654.jpg
/Internal storage/Pictures/Cloud&Mail.ru

Samsung SM-G950U

3.13 MB    3024x4032    12MP
F1.7    0.0ev    1/17 s    26mm    ISO 200

This is a photo of my living room. Ashlee Moore took a photo of one area of my living room when you open the front door and look left you'd see a couch and a cedar trunk which I use as a coffee table. This area was the only area she photographed as it was a mess due to my paperwork. I was working on a FINRA case and representing myself. I had a mess of papers. You'll notice the trunk and the rest of the living room to compare. I also have photos of the home just 3 days prior showing it clean







This is a photo of kitchen, again Ashlee took a photo of the messiness area of my kitchen . The table area is where we do our self employees work. I understand it is where we're supposed to have dinner but our children would rather watch a movie and eat dinner with us in the living room. You'll notice how much bigger the kitchen is than the photo she took

15 November 2022



Case: 1:23-cv-00728-DRC-SKB Doc #: 5 Filed: 12/07/23 Page: 221 of 235 PAGEID #: 497



15 November 2022





 

Photo of my daughter's room also have a photo to compare later that evening after the visit

15 November 2022






Photo of my sons room. I have the photo to compare from later that evening and many photos from 3 days prior to the visit



15 November 2022















**Salana**
Active N...

5 48 PM

Dawn your an absolutely amazing mom and your always gonna have someone out there who wants to tell you how to raise them but how your bringing up your kids is how they should be raised they are happy, healthy, and know how much they are loved. Keep your head up you will have your babies back soon because your an amazing woman and mother!

Ty babe

Yw



Message

Ander...

Ur welcome

Hey girl your a great and beautiful person inside and out you have a heart of gold. I have seen u help out so many people including myself with out asking for anything in return. Your a dam good mother you would do absolutely anything in this World for ur kids. U make sure they have food clean clothes and u try ur hardest to get everything they want and yes they might not have everything they want but u make sure they have everything they need. Ur kids love u so much and they don't need to be anywhere else but with u what u guys r going through is not fair at all u guys don't deserve this. So keep that beautiful head up ur a very smart woman and I know u will beat this and get ur baby's home. I love u dawn ur one of the best woman I kno··· and a dam good frienc



Viola

like that

Ok. I'll do it tomorrow if that's ok...

Yeah ty love ya thanks for checking on them

Hi Dawn, I was very sorry and shocked to hear about what happened to you and Eric and the kids. This is horrible.. I know first hand, Terra and Eric had a happy home.. For sure if not, Terra especially would have told me as you know how close we were.
Let me know if I can be of any help. Love you all.





Chasity
Active 2.

Ok, thanks sweetheart. I just wanted to make sure you were OK. I might not come & pick it up until sometime next week if that's ok with you.

Yeah thats fine

Your a great person & a great mother! So, don't let anyone tell ya any different. Keep your head high for now you've done nothing to deserve this! You'll win when it's all said & done. Sometimes it just takes time to make sure you don't fuck up & make mistakes along the way.





Jasmi...
Active 20...

You are a very strong and great mother!! You have been through so much, even through 2 house fires you still stayed strong for your babies and made sure they had everything they needed and wanted. Regardless of the situation they always had everything. You never deserved this and neither did they, the system is messed up but it will come out that they are in the wrong and you will get them back. It's the right thing, you deserve to have your kids and they definitely deserve to be home with their family. You all are very strong and will get through whatever life

Message

Jasmi...
Active 20...

and wanted. Regardless of the situation they always had everything. You never deserved this and neither did they, the system is messed up but it will come out that they are in the wrong and you will get them back. It's the right thing, you deserve to have your kids and they definitely deserve to be home with their family. You all are very strong and will get through whatever life throws you. You raised your children to be as strong as you are and that is a very good trait to have. We are all rooting for you and those babies!! I have faith that you will win this before it's over❤️