AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| Dawn M. Chappel | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:23-cv-728 |
| David M. Hunter, et al. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: the R&R (Doc. 7) is adopted in part, modified in part, and rejected in part —the Court agrees with its ultimate recommendation of dismissal (though the Court concludes dismissal of this action should be without prejudice), (id. at #539). Accordingly, the Court overrules Chappel's objections (Doc. 8) and dismisses the action without prejudice. Because the case is dismissed, the Court denies as moot Chappel's Petition for Writ of Habeas Corpus (Doc. 3) and her Notice to Vacate Void Orders (Doc. 6). Finally, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal of this Opinion and Order would not be made in good faith and denies Chappel leave to appeal in forma pauperis.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date:   3/27/24

CLERK OF COURT

*Scott M.* [signature]

Signature of Clerk or Deputy Clerk